Court Name: United States District Court
Division: 2
Receipt Number: 24683021550
Cashier ID: tlevinso
Transaction Date: 11/22/2013
Payer Name: CRENSHAW WARE AND MARTIN PLC

CIVIL FILING FEE
  For: CRENSHAW WARE AND MARTIN PLC
  Amount:     $400.00

CHECK
  Check/Money Order Num: 24712
  Amt Tendered: $400.00

Total Due:      $400.00
Total Tendered: $400.00
Change Amt:    $0.00

CRENSHAW WARE & MARTIN
2:13cv658