Law Offices
## CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510

TELEPHONE (757) 623-3000
FACSIMILE (757) 623-5735

Steven M. Stancliff
EMAIL: sstancliff@cwm-law.com
Also Admitted North Carolina & Ohio

November 22, 2013

**VIA HAND DELIVERY**

Fernando Galindo, Clerk
United States District Court
Civil Division
United States Court House
600 Granby Street
Norfolk, VA 23510

    Re: *Flame SA v. M/V CAPE VIEWER*, IMO No. 8008160, *her engines, tackle, boilers, etc., in rem*; United States District Court for the Eastern District of Virginia

Dear Mr. Galindo:

    Enclosed for filing please find an original and three copies of each of the following documents for filing in this matter:

1. Civil Cover Sheet
2. Verified Complaint
3. Declaration of William R. Bennett, III, Esq.
4. Local Rule 7.1 Financial Disclosure Statement
5. Affidavit of Steven M. Stancliff Pursuant to Supplemental Admiralty Rule B
6. Memorandum of Law in Support of Attachment
7. Motion for Issuance of Process of Maritime Attachment
8. Order of Issuance of Process of Maritime Attachment and Garnishment
9. Process of Maritime Attachment & Garnishment
10. Motion for Appointment of Substitute Custodian
11. Declaration of Substitute Custodian
12. Order Appointing Substitute Custodian
13. USMS Form 285
14. Proposed Summons for each *in personam* defendant
15. Pro *Hac Vice* Applications of William R. Bennett, III and Lauren B. Wilgus

    Please date stamp a copy of the documents for our file.



    I have also enclosed our firm check in the amount of $400.00 for the filing fee. Our firm check payable to United States Marshal in the amount of $5,000.00 for the arrest of the M/V CAPE VIEWER, as required by Local Admiralty Rule e(10), is also enclosed. Also enclosed please find a check in the amount of $150.00 to cover the Pro *Hac Vice* applications filing fees.

    Thank you for your assistance in this matter.

                                         Sincerely yours,

                                         Steven M. Stancliff

SMS/khl
Enclosures