UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
NOV 2 2 2013
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

FLAME S.A.,

    Plaintiff,

v.                                   Civil Action No.: 2:13cv658

INDUSTRIAL CARRIERS, INC.,
VISTA SHIPPING, INC., and
FREIGHT BULK PTE. LTD.,

    Defendants.

### ORDER OF ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

Upon consideration of the Verified Complaint for Maritime Attachment and Garnishment and supporting affidavits thereto, filed herein on the 22 day of November, 2013, and good cause appearing therefore, it is, by the United States District Court for the Eastern District of Virginia:

ORDERED that the Clerk of this Court is directed forthwith to issue the Process of Maritime Attachment and Garnishment for seizure of all tangible and intangible property of the Defendants, as described therein, including, but not limited to, any property in which the Defendants have an interest, including, but not limited to, the vessel M/V CAPE VIEWER, any cargoes, cash, funds, escrow funds, debts, credits, wire transfers, electronic funds transfers, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, and/or any other assets of, belonging to, due or being transferred to, from, or for the benefit of the Defendants (hereinafter, "ASSETS"), including, but not limited to, such ASSETS as may be held, received, or transferred for their benefit at, through, or within the possession, custody, or control of banking institutions and/or other institutions and/or such other garnishee(s) on whom a copy of

2

the Process of Maritime Attachment and Garnishment may be served, in the amount of $21,000,000.00 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure in respect to the claim against the Defendants, as identified in the Verified Complaint and as specified in the Process; and it is

FURTHER ORDERED, that any person claiming an interest in the property attached or garnished pursuant thereto may, upon a showing of any improper practice or a manifest want of equity on the part of Plaintiff, be entitled to an order requiring Plaintiff to show cause forthwith why the attachment should not be vacated; and it is

FURTHER ORDERED, that a copy of this order be attached to and served with the said Process of Maritime Attachment and Garnishment; and it is

FURTHER ORDERED, that supplemental process enforcing the Court's Order may be issued and served without further Order of the Court.

Entered: Nov. 22, 2013

/s/
Robert G. Doumar
Senior United States District Judge

United States District Judge