# Steven M. Stancliff

**From:** George M. Chalos <gmc@chaloslaw.com>
**Sent:** Saturday, December 07, 2013 8:29 AM
**To:** Kellye Logwood; pbrogan@daveybroganpc.com
**Cc:** Steven M. Stancliff; 'Bennett III, William R.'; 'Wilgus, Lauren'
**Subject:** RE: FLAME S.A. v. Industrial Carriers, Inc. - Plaintiff's First Set of Requests for Production of Documents to Defendants

Gents –

Can you please narrow your requests #6-9. As presented, the requests are too broad and improper.

We look forward to hearing from you.

**George M. Chalos, Esq.**
**CHALOS & Co, P.C. - International Law Firm**
**New York | Houston | Miami | Athens | Cyprus**

55 Hamilton Avenue, Oyster Bay, New York 11771
Tel: + 1 516 714 4300
Dir: + 1 516 714 3040
Mob: + 1 516 721 4076
Fax: + 1 516 750 9051
Email: gmc@chaloslaw.com

Please visit our website at: www.chaloslaw.com

---

**From:** Kellye Logwood [mailto:KLogwood@cwm-law.com]
**Sent:** Friday, December 06, 2013 1:23 PM
**To:** pbrogan@daveybroganpc.com; gmc@chaloslaw.com
**Cc:** Steven M. Stancliff; Bennett III, William R. (wbennett@BlankRome.com); Wilgus, Lauren (LWilgus@BlankRome.com)
**Subject:** FLAME S.A. v. Industrial Carriers, Inc. - Plaintiff's First Set of Requests for Production of Documents to Defendants

Attached please find Plaintiff's First Set of Requests for Production of Documents to Defendants in the above-referenced matter. For your convenience, I have attached the Word format of the Requests for Production as well.

**Kellye Logwood, Legal Assistant**

**CRENSHAW, WARE & MARTIN, P.L.C.**
150 W. Main Street, Suite 1500
Norfolk, VA 23510
T (757) 623-3000 | F (757) 623-5735
klogwood@cwm-law.com
Firm Website | Martindale-Hubbell

This communication is intended only for the recipient(s) named above and may be privileged or confidential. If you are not the intended recipient, any disclosure, distribution or other use is prohibited. If you received this communication in error, please notify Crenshaw, Ware & Martin, P.L.C. at (757) 623-3000 or by return e-mail to klogwood@cwm-law.com.



EXHIBIT B

1