# Steven M. Stancliff

| | |
|---|---|
| **From:** | Bennett III, William R. <wbennett@BlankRome.com> |
| **Sent:** | Monday, December 09, 2013 1:51 PM |
| **To:** | George M. Chalos; Kellye Logwood; Steven M. Stancliff; pbrogan@daveybroganpc.com |
| **Cc:** | Wilgus, Lauren |
| **Subject:** | RE: FLAME S.A. v. Industrial Carriers, Inc. - Plaintiff's First Set of Requests for Production of Documents to Defendants |

George,

Based upon the Declaration of Mr. Baranskiy, in particular that statement:

Vista began trading in the shipping market during November 2008, and as I explained above, I used my personal savings and borrorwings to fund its initial activities. At the time, hire rates were only a few hundred USD /day so this was manageable for me.

please have Mr. Baranskiy provide all personal banking records supporting this allegation.

**William R. Bennett, III | Blank Rome LLP**
The Chrysler Building 405 Lexington Avenue | New York, NY 10174-0208
Phone: 212.885.5152 | Fax: 917.332.3858 | Email: WBennett@BlankRome.com

**From:** George M. Chalos [mailto:gmc@chaloslaw.com]
**Sent:** Monday, December 09, 2013 1:40 PM
**To:** 'Kellye Logwood'; 'Steven M. Stancliff'; pbrogan@daveybroganpc.com
**Cc:** Bennett III, William R.; Wilgus, Lauren
**Subject:** RE: FLAME S.A. v. Industrial Carriers, Inc. - Plaintiff's First Set of Requests for Production of Documents to Defendants

Thanks for this. . .

Reverting/GMC

**George M. Chalos, Esq.**
**CHALOS & Co, P.C. - International Law Firm**
**New York | Houston | Miami | Athens | Cyprus**

55 Hamilton Avenue, Oyster Bay, New York 11771
Tel:  + 1 516 714 4300
Dir:  + 1 516 714 3040
Mob: + 1 516 721 4076
Fax: + 1 516 750 9051
Email: gmc@chaloslaw.com

Please visit our website at: www.chaloslaw.com

**From:** Kellye Logwood [mailto:KLogwood@cwm-law.com]
**Sent:** Monday, December 09, 2013 11:34 AM
**To:** Steven M. Stancliff; George M. Chalos; pbrogan@daveybroganpc.com
**Cc:** 'Bennett III, William R.'; 'Wilgus, Lauren'



1

**Subject:** RE: FLAME S.A. v. Industrial Carriers, Inc. - Plaintiff's First Set of Requests for Production of Documents to Defendants

Attached please find the Word version of Plaintiff's Supplemental Requests for Production of Documents to Defendants.

**Kellye Logwood, Legal Assistant**

**CRENSHAW, WARE & MARTIN, P.L.C.**
150 W. Main Street, Suite 1500
Norfolk, VA 23510
T (757) 623-3000 | F (757) 623-5735
klogwood@cwm-law.com
Firm Website | Martindale-Hubbell

This communication is intended only for the recipient(s) named above and may be privileged or confidential. If you are not the intended recipient, any disclosure, distribution or other use is prohibited. If you received this communication in error, please notify Crenshaw, Ware & Martin, P.L.C. at (757) 623-3000 or by return e-mail to klogwood@cwm-law.com.

**From:** Steven M. Stancliff
**Sent:** Sunday, December 08, 2013 11:41 AM
**To:** George M. Chalos; pbrogan@daveybroganpc.com
**Cc:** 'Bennett III, William R.'; 'Wilgus, Lauren'; Kellye Logwood
**Subject:** RE: FLAME S.A. v. Industrial Carriers, Inc. - Plaintiff's First Set of Requests for Production of Documents to Defendants

Gentlemen: Attached are Flame's revised requests for production. Kellye will send MS Word document tomorrow. Best, Steve

**Steven M. Stancliff, Esquire**

**CRENSHAW, WARE & MARTIN, P.L.C.** | 150 W. Main Street, Suite 1500 | Norfolk, VA 23510 | (757) 623-3000 | Fax (757) 623-5735 | www.cwm-law.com | sstancliff@cwm-law.com

**From:** George M. Chalos [mailto:gmc@chaloslaw.com]
**Sent:** Saturday, December 07, 2013 9:37 AM
**To:** 'Bennett III, William R.'; Kellye Logwood; pbrogan@daveybroganpc.com
**Cc:** Steven M. Stancliff; 'Wilgus, Lauren'
**Subject:** RE: FLAME S.A. v. Industrial Carriers, Inc. - Plaintiff's First Set of Requests for Production of Documents to Defendants

I did ... too broad. . You know this. .

We are standing by.

George M. Chalos, Esq.
CHALOS & Co, P.C. - International Law Firm
New York | Houston | Miami | Athens | Cyprus

55 Hamilton Avenue, Oyster Bay, New York 11771
Tel: + 1 516 714 4300
Dir: + 1 516 714 3040
Mob: + 1 516 721 4076
Fax: + 1 516 750 9051
Email: gmc@chaloslaw.com

Please visit our website at: www.chaloslaw.com

---

**From:** Bennett III, William R. [mailto:wbennett@BlankRome.com]
**Sent:** Saturday, December 07, 2013 9:37 AM
**To:** 'gmc@chaloslaw.com'; 'KLogwood@cwm-law.com'; 'pbrogan@daveybroganpc.com'
**Cc:** 'sstancliff@cwm-law.com'; Wilgus, Lauren
**Subject:** Re: FLAME S.A. v. Industrial Carriers, Inc. - Plaintiff's First Set of Requests for Production of Documents to Defendants

George,

Please specify what in particular you find problematic. In the meantime, we will review the requests and revert.

Bill

---

**From:** George M. Chalos [mailto:gmc@chaloslaw.com]
**Sent:** Saturday, December 07, 2013 08:28 AM
**To:** 'Kellye Logwood' <KLogwood@cwm-law.com>; pbrogan@daveybroganpc.com <pbrogan@daveybroganpc.com>
**Cc:** 'Steven M. Stancliff' <sstancliff@cwm-law.com>; Bennett III, William R.; Wilgus, Lauren
**Subject:** RE: FLAME S.A. v. Industrial Carriers, Inc. - Plaintiff's First Set of Requests for Production of Documents to Defendants

Gents –

Can you please narrow your requests #6-9. As presented, the requests are too broad and improper.

We look forward to hearing from you.

**George M. Chalos, Esq.**
**CHALOS & Co, P.C. - International Law Firm**
**New York | Houston | Miami | Athens | Cyprus**

55 Hamilton Avenue, Oyster Bay, New York 11771
Tel: + 1 516 714 4300
Dir: + 1 516 714 3040
Mob: + 1 516 721 4076
Fax: + 1 516 750 9051
Email: gmc@chaloslaw.com

Please visit our website at: www.chaloslaw.com

---

**From:** Kellye Logwood [mailto:KLogwood@cwm-law.com]
**Sent:** Friday, December 06, 2013 1:23 PM
**To:** pbrogan@daveybroganpc.com; gmc@chaloslaw.com
**Cc:** Steven M. Stancliff; Bennett III, William R. (wbennett@BlankRome.com); Wilgus, Lauren (LWilgus@BlankRome.com)
**Subject:** FLAME S.A. v. Industrial Carriers, Inc. - Plaintiff's First Set of Requests for Production of Documents to Defendants

Attached please find Plaintiff's First Set of Requests for Production of Documents to Defendants in the above-referenced matter. For your convenience, I have attached the Word format of the Requests for Production as well.

**Kellye Logwood, Legal Assistant**

---

3

**CRENSHAW, WARE & MARTIN, P.L.C.**
150 W. Main Street, Suite 1500
Norfolk, VA  23510
T (757) 623-3000 | F (757) 623-5735
klogwood@cwm-law.com
Firm Website | Martindale-Hubbell

This communication is intended only for the recipient(s) named above and may be privileged or confidential. If you are not the intended recipient, any disclosure, distribution or other use is prohibited. If you received this communication in error, please notify Crenshaw, Ware & Martin, P.L.C. at (757) 623-3000 or by return e-mail to klogwood@cwm-law.com.

*********************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

*********************************************************************************************

Any Federal tax advice contained herein is not intended or written to be used, and cannot be used by you or any other person, for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Code. This disclosure is made in accordance with the rules of Treasury Department Circular 230 governing standards of practice before the Internal Revenue Service. Any written statement contained herein relating to any Federal tax transaction or matter may not be used by any person without the express prior written permission in each instance of a partner of this firm to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed herein.

*********************************************************************************************