COPY

1

1   IN THE UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF VIRGINIA
2            NORFOLK DIVISION

3

4

5   FLAME S.A.,                    )
                                   )
6          Plaintiff,              )
                                   )
7   V.                             ) NO. 2:13-cv-00658-RGD
                                   )
8   INDUSTRIAL CARRIERS,           )
    INC., VISTA SHIPPING,          )
9   INC., and FREIGHT BULK         )
    PTE., LTD.,                    )
10                                 )
           Defendants.             )
11

12

13

14              C O N F I D E N T I A L

15                    * * *

16   DEPOSITION UPON ORAL EXAMINATION OF

17              VIKTOR BARANSKY

18       ON BEHALF OF THE PLAINTIFF

19            Norfolk, Virginia

20       Thursday, December 12, 2013

21

22

23

24

25



ZAHN
COURT REPORTING
www.zahncourtreporting.com

2

1    Appearances:

2

3

4              BLANK ROME, LLP
               By:  WILLIAM R. BENNETT, III, ESQUIRE
5              405 Lexington Avenue
               The Chrysler Building
6              New York, New York 10174
               wbennett@blankrome.com
7                 -and-
               CRENSHAW, WARE & MARTIN, PLC
8              By:  STEVEN M. STANCLIFF, ESQUIRE
               150 W. Main Street
9              Suite 1500
               Norfolk, VA  23510
10             sstancliff@cwm-law.com
               Counsel for the Plaintiff
11

12

13             CHALOS & CO, PC
               By:  GEORGE M. CHALOS, ESQUIRE
14                  KATHERINE N. CHRISTODOULATOS, ESQUIRE
               55 Hamilton Avenue
15             Oyster Bay, New York 11771
               gmc@chaloslaw.com
16             -and-
               DAVEY & BROGAN, PC
17             By:  CHRISTOPHER N. HARRELL, ESQUIRE
               101 Granby Street
18             Suite 300
               Norfolk, VA  23510
19             charrell@daveybroganpc.com
               Counsel for the Defendants Industrial
20                  Carriers, Inc. and Vista Shipping,
                    Inc.
21

22

23   Also Present:

24             Alessandro Ballerini
               Mark Seward, MFB Solicitors
25             Graeme Lloyd, Winter Scott



3

1                    I N D E X

2

3  DEPONENT                                        PAGE

4  VIKTOR BARANSKY

5       Examination by Mr. Bennett                  4

6

7

8                  E X H I B I T S

9  NO.       DESCRIPTION                           PAGE

10  1        Declaration of Viktor Baransky        21

11  2        Photocopy of three business cards:    35
            Viktor Baransky, Vladimir Yudaev;
12          Daniel Su

13

14  3        Photocopy of business card of         36
            Viktor Baransky
15
16  4        Register of Members of Freight Bulk   36
            PTE. LTD., Bates FBP00001-150
17
18  5        Website pages of Vista Shipping       74
            12 pages
19  6        Specially Appearing Defendant FBP's   151
            Responses and Objections
20

21

22

23

24

25



1            Deposition upon oral examination of

2  VIKTOR BARANSKY, taken on behalf of the Plaintiff,

3  before Kerry E. Zahn, Registered Merit Reporter, a

4  Notary Public for the Commonwealth of Virginia at

5  large, taken pursuant to notice, commencing at 10 a.m.

6  on Thursday, December 12, 2013, at the offices of

7  Crenshaw, Ware & Martin, PLC, 150 W. Main Street, Suite

8  1500, Norfolk, Virginia.

9

10           VIKTOR BARANSKY was sworn and deposed

11  on behalf of the Plaintiff as follows:

12

13                   EXAMINATION

14  BY MR. BENNETT:

15      Q      Mr. Baransky, my name is Bill Bennett,

16  and I'm going to ask you some questions today.

17      A      Yes.

18      Q      If at any point in time you don't

19  understand me, just let me know and I'll try to

20  rephrase my question.  Okay?

21      A      Yes.  Thank you.

22      Q      If you answer a question, I'm going to

23  assume that you understood what I said and that you

24  answered it accurately.  Is that fair?

25      A      Yes, yes.  Thank you.



1          Q      If you need a break, just let me know.

2    And if it's the appropriate time, we'll take one.

3    Okay?

4          A      Yes.

5          Q      Although we're in an informal setting,

6    this is a court proceeding and everything you say will

7    be presented to the judge.   Okay?

8          A      (Nodding).

9          Q      And you have to answer orally because the

10   court reporter is going to take down everything you and

11   I say.

12         A      Yes.

13         Q      Can you give me your full name.

14         A      Viktor Baransky.

15         Q      And what's your date of birth?

16         A      7th of May 1995.

17         Q      And how did you get notice of this

18   lawsuit?

19         A      I was advised by some of employees who

20   work with me.

21         Q      Do you recall the name of the employee

22   that was first to notify you of this lawsuit?

23         A      Let me find out.   Let me remember.

24                I think I was traveling, if I'm not --

25   yeah, I was -- I was abroad at the time.   I think it



1  was Andre Obukhov.

2        Q     Andre Obukhov?

3        A     Obukhov, yeah.

4        Q     And he's a Vista employee; correct?

5        A     He's employee of international company of

6  ICTM basically.  As far as I recall, he's director of

7  ICTM.

8        Q     Okay.

9        A     As far as I recall.  I might be wrong,

10 just --

11       Q     And is ICTM also known as MKTM?

12       A     Yeah, yeah, that's right.

13       Q     And do they share offices with Vista?

14       A     Well, ICTM registered office is located

15 at Topolskogo Street.  I don't recall the number.

16       Q     We'll get into some of the documents, but

17 just generally does Vista, Columbus, MKTM, and Freight

18 Bulk all have the same office in the Ukraine?

19       A     Vista is a different company with

20 registered address British Virgin Islands, and it does

21 not -- well, it doesn't have any employees getting

22 salary registered there.  So does -- well, Freight Bulk

23 does, has myself as director, a couple of other

24 employees we share, provided by the registrator --

25       Q     We share.  You said "we share" and what



1   was the next word?  Something registrator.

2          A     No.  Oh, provided by registrator.

3          Q     Provided by registrator?

4          A     Yeah, it's about Freight Bulk, yes.

5                Can you repeat the list of the companies,

6   please.

7          Q     Sure.

8                Does -- I'll make it easier.  We'll get

9   to the documents which will set out the addresses.  So

10  let's continue.

11               Who made the decision to retain Mr.

12  Chalos?

13         A     We asked -- we addressed the matter to

14  MFB.

15         Q     Mr. Seward?

16         A     My colleague is very responsible for

17  this.  I just told him take care of the matter and --

18  as far as I recall.

19         Q     And who was that colleague?

20         A     I think Michael Ivanov was taking care of

21  that probably, yeah.

22         Q     Michael Ivanov worked for ICI; correct?

23         A     Yes.

24         Q     He's listed as an employee of Vista;

25  correct?



1        A        No.  Michael Ivanov is a director of

2  Columbus Maritime in the Ukraine.

3        Q        Okay.  Are you aware as you sit here

4  today that Mr. Chalos also represented ICI in the New

5  York proceeding related to the entry of judgment?

6        A        No.  No.

7        Q        Are you aware as you sit here today that

8  Mr. Seward's office, MFB, contacted Mr. Lloyd after he

9  registered the judgment or tried to get the judgment in

10  the High Court of London?  Do you recall that?

11        A        No.

12        Q        Are you aware as you sit here today that

13  Mr. Seward when he was with Bentleys represented

14  Diamant?

15        A        For instance, we don't even recall -- I

16  remember Mark Seward being with MFB.  I don't even

17  recall just from -- firm which you mentioned.

18        Q        When you need someone to set up a company

19  in the Marshall Islands, MFB does that for you;

20  correct?

21        A        No.  No.

22        Q        When ICI registered to do business in New

23  York, do you know who the lawyers were that did that

24  for you?

25        A        No.



```
 1          Q      Okay.  That was Mr. Chalos' firm.  Do you
 2    recall that?
 3          A      No, I don't know.
 4          Q      Okay.  Did you take part in any of the
 5    nearly 50 litigations that were commenced either
 6    against or by Industrial Carriers in New York?
 7          A      No.  No, sure don't.
 8          Q      When you retained Mr. Chalos you had to
 9    pay him a fee; right?
10          A      Most probably, yeah.
11          Q      Did Vista pay that fee?
12          MR. CHALOS:  Objection, don't answer
13    that.
14          MR. BENNETT:  I'm not asking for advice,
15    legal advice.  I'm just asking who made a payment.
16          MR. CHALOS:  No, no, don't answer that.
17          We can take that one for a ruling.
18          MR. BENNETT:  Okay.  We'll take that for
19    a ruling.
20          MR. CHALOS:  If you want me to state an
21    objection, I can, but if you're satisfied --
22          MR. BENNETT:  We can get a ruling; that's
23    fine.
24    BY MR. BENNETT:
25          Q      When you retained Mr. Chalos, was there a
```



1  balance due from the New York proceeding that he was

2  owed?

3          A     Sorry, I didn't get --

4          Q     When you retained Mr. Chalos to defend

5  Freight Bulk, Vista, and ICI in this matter --

6          A     We're defending Freight Bulk, as far as I

7  understand.  We're not defending ICI or Vista.  We're

8  defending Freight Bulk, as far as I get, maybe --

9          Q     What's your understanding of why you're

10  here today?

11          A     Because Flame has a claim against ICI,

12  and Flame alleged that Vista and Freight Bulk are alter

13  egos of Industrial Carriers, and they arrested one, one

14  of the ships of Freight Bulk.

15          Q     And who are you here representing today?

16          A     Freight Bulk.

17          Q     Are you here representing Vista?

18          A     I'm representing Freight Bulk.  I'm here

19  as individual person as far as I understand.

20          Q     Okay.  Are you familiar with the

21  operations of Vista?

22          A     Yes, of course I do.

23          Q     Are you familiar with the operations of

24  ICI while you were employed by ICI?

25          A     Yes, as far as I recall.  Yes, of course.



1        Q     And were you aware that Flame -- the

2   judgment that we're here seeking to collect on behalf

3   of Flame was a part of a litigation in the Southern

4   District of New York?

5        A     That Flame was?  Sorry?

6        Q     Are you aware that the -- that Flame had

7   litigation against Industrial Carriers in New York?

8        A     I think I discovered it while taking part

9   in this particular matter.

10        Q     Were you ever advised that Mr. Chalos'

11   firm may have been due money from ICI as a result of

12   that litigation?

13            MR. CHALOS:  I object to my relationship

14   with -- my firm's relationship with another party, but

15   the witness can answer.  I just don't think it's a

16   proper question.

17            THE WITNESS:  Sorry, can you repeat,

18   please.

19   BY MR. BENNETT:

20        Q     Sure.

21            Were you ever advised that Mr. Chalos was

22   owed money from ICI as a result of the work he did on

23   behalf of ICI in New York?

24        A     Mr. Chalos owed money to ICI?

25        Q     No.  ICI owed money to Mr. Chalos.



1          A      No.  I'm not aware about that for sure.

2                 MR. CHALOS:  Can we go off the record for

3    a second.

4                 (Discussion off the record)

5    BY MR. BENNETT:

6          Q      Did you read the transcript of the

7    hearing that we had last Friday in front of the judge?

8          A      Yeah, I did.

9          Q      And when did you read that?

10         A      I don't recall.  I think it was in a

11   short period of time after it became available, you

12   know, I think within a day, maybe a couple of days, I

13   know.

14         Q      Did you have an opportunity to read the

15   document request that Flame made?

16         A      Yeah, for sure.  Yeah.

17         Q      And the daily operations of Vista, is

18   that controlled by you?

19         A      I can say so, yeah.

20         Q      And the daily operations of Freight Bulk

21   is controlled by you as well; correct?

22         A      Yup.

23         Q      What's your home address?

24         A      Presently where I live or registered

25   address?  Because in Ukraine we have registered



1   addresses.

2        Q      Why don't you give me both addresses.

3        A      Okay.   Registered address is Odessa,

4   Ukraine, Armeyaskaya 10.

5        Q      Flat 45?

6               MR. CHALOS:   You have to spell it for

7   her.

8               THE WITNESS:   Armeyaskaya.   Do I need to

9   spell?

10              THE COURT REPORTER:   Yes.

11              THE WITNESS:   A-R-M-E-Y-A-S-K-A-Y-A 10,

12   apartment 45.

13   BY MR. BENNETT:

14        Q      And the other address?

15        A      Presently I rent.   Home, it's, I think

16   it's Koldsevaya 2.   K-O-L-D-S-E-V-A-Y-A 2.

17        Q      Sir, what's your highest level of

18   education?

19        A      I graduated Odessa State Maritime,

20   National Maritime University.

21        Q      What year did you graduate?

22        A      2 -- it was 2007.

23        Q      And was there a course of study that you

24   took while you were at the university?

25        A      Studies apart from university you mean?



1      Q      What -- when you went to university, what

2  was your focus?

3      A      You mean --

4      Q      The degree?

5      A      Yeah, the degree.

6             It's transport technologies and systems,

7  it's called.  We were responsible for operating port,

8  operating port equipment as well as organizing

9  shipping -- shipping transportation.

10     Q      When did you start at the university?

11     A      In 2002.

12     Q      And did you go to university full-time?

13     A      From the beginning, from the beginning,

14  yes.  First two years or -- first two years I was going

15  full-time, and then, then I was just passing the exams.

16  I was in the university to pass exams.

17             There is a special form -- not special

18  form, just a form of education where you just -- you

19  get your homework, basically.  You prepare it.  Then at

20  the end of certain weeks, you pass it.  So two times a

21  year for two weeks you pass it.

22     Q      When did you first become employed with

23  Industrial Carriers?

24     A      I became employed not with Industrial

25  Carriers but with -- well, it's -- I wasn't employed by



1  Industrial Carriers, to be quite correct.

2       Q     You were employed by Diamant?

3       A     Yes, I was employed by Diamant, right.

4       Q     And Diamant was the exclusive agent for

5  ICI or Industrial Carriers; correct?

6       A     Yeah, correct.

7       Q     And Industrial Carriers was, in fact, a

8  paper company registered in the Marshall Islands;

9  correct?

10      A     Not really a paper company.  I don't know

11 what do you mean by saying paper company.  It was a

12 company, Marshall Islands company with office in

13 Greece.  I don't know exactly how it works there, but

14 it was company with office in Greece, with some

15 employees in Greece.

16            Oh, I think it's called Law 89 company.

17      Q     Law 89?

18      A     Yeah.  I know what does it mean, but I

19 know that it's called Law 89, yeah.

20      Q     But during your employment with Diamant,

21 when you met customers you would hand them an

22 Industrial Carriers business card; correct?

23      A     Yeah.  Yeah.

24            Well, you see, to be quite correct, not

25 during all employment -- all employment of Diamant.



1    Not during all course of employment of Diamant, yeah.

2         Q    When did you first join Diamant?

3         A    First I joined, I remember I was 19 years

4    old, so it was 2004.  2004.

5         Q    And what was your job title when you

6    joined?

7         A    I was -- I was not registered there.  I

8    was like a trainee, so I was not registered.

9         Q    And when you say not registered,

10   there's -- in the Ukraine there's an official document

11   that needs to be on record of who you're employed by;

12   correct?

13        A    Yeah.  Correct, yeah.

14        Q    So in 2004 you were a trainee, which was

15   an unregistered employee of Diamant; is that correct?

16        A    Correct, yes.

17        Q    And were you paid a salary?

18        A    No.  From the beginning, no.

19        Q    And Diamant was your father's company;

20   correct?

21        A    My father was one of shareholders.

22        Q    Your father was the largest shareholder;

23   correct?

24        A    I wouldn't say so.  He -- I do not

25   remember exactly the shareholding structure of Diamant;



ZAHN
COURT REPORTING
www.zahncourtreporting.com

1   I do not recall.  But there were a couple of

2   shareholders.  He -- if you ask the question whether he

3   was controlling more than 50 percent, I don't know

4   that.  But most likely no.  Most likely his answer is

5   no.

6            Q      And what were your duties as a trainee?

7            A      I was -- I was working as a boarding

8   agent.

9            Q      And what does a boarding agent do?

10           A      A boarding agent, there are ships

11  calling -- I was working in port of Yuzhny in the

12  Ukraine, which is the largest bulk, bulk port in the

13  Ukraine.

14           I was responsible -- from the very

15  beginning I was responsible with preparing documents,

16  statement of facts, as far as I remember.  I think --

17  all the standard documents accompanied by ships'

18  operation.

19           I was sending reports to the ship owners,

20  to ship operators.  I was -- at some moment I was

21  participating -- because in Ukraine, when the ship

22  comes to Ukrainian port, you need to open the border.

23  This is the first procedure.

24           What does it mean opening the border?

25  You are going, you collect immigration officers,



1   customs officers, then quarantine, state quarantine,

2   and some doctors, some doctors.  I don't recall their

3   names.  Some government -- another government

4   institution.

5              So we -- I had to collect them --

6        Q    Was that all as a trainee or did that

7   carry through into your --

8        A    No.  I was still a trainee at that time,

9   but I did that, yeah.

10        Q    And then after a trainee what was your

11   next position at Diamant?

12        A    After trainee, I was promoted to

13   operations department.  Again, from the beginning,

14   again, as trainee.

15              That was -- I think that was the same

16   year.  After a couple of months working I was --

17        Q    As a trainee, did you get paid a salary?

18        A    I do not recall.

19        Q    And how long were you a trainee in the

20   operations department?

21        A    A couple of months.

22        Q    And then what was your next promotion?

23        A    Operations department employee.

24        Q    And what was your title?

25        A    I was registered in Diamant.  As far as I



1    remember, it was expert for external economic affairs.

2           Q       And do you remember what your salary was?

3           A       Official salary?

4           Q       Yes.

5           A       Official salary was a couple of hundred

6    bucks, I think.

7           Q       And what was your unofficial salary?

8           A       Unofficial salary?  I don't recall at the

9    time.  I think maybe a thousand bucks or something like

10   that.

11          Q       A week?  A month?  A year?

12          A       No, a month of course.  It would be a

13   month.

14          Q       And then how long did you hold that job?

15          A       I hold the job, it was either 2005 or

16   2006 or something.

17          Q       And what occurred then?

18          A       I was promoted to chartering department.

19          Q       And what were your duties and

20   responsibilities when you went into the chartering

21   department?

22          A       I was, well, I was chartering ships.

23          Q       And who were you chartering ships on

24   behalf of?

25          A       I was chartering on behalf of Industrial



ZAHN
COURT REPORTING
www.zahncourtreporting.com

1    Carriers because Diamant was acting on behalf of

2    Industrial Carriers.

3              Q      And what was your salary then?

4              A      I don't recall.  I think it was about 4,

5    4,000 bucks a month.  Something like that.

6              Q      And how long did you do that job for?

7              A      I do the job until -- until the end --

8    until 2008.

9              Q      When you were working for Diamant, did

10   you work with Mr. Yudaev?

11             A      Yes, of course.

12             Q      When you worked with Diamant, did you

13   work with Mr. Michael Ivanov?

14             A      Yeah.

15             Q      And when you worked with Diamant, did you

16   work with Vladimir Ivanov?

17             A      Yes.

18             Q      And when you worked with Diamant did you

19   work with Daniel Su?

20             A      At the later stage, yes.  Later -- I

21   started working with Daniel Su either 2005 or 2006.  I

22   don't recall.  I think it was almost at the same time

23   when I was promoted to chartering department.  Almost,

24   yes.

25             Q      And all four of those gentlemen were



1  acting on behalf of ICI as well; correct?

2         A    Correct, yes.

3         Q    Are you related by blood or marriage to

4  any of those gentlemen?

5         A    No.

6         Q    Do you recall when you were --

7              MR. BENNETT:  Well, why don't we --

8  actually, let's mark Mr. Baransky's declaration as

9  Exhibit 1.

10             (Declaration marked as Baransky Exhibit

11             Number 1)

12             (Discussion off the record)

13 BY MR. BENNETT:

14        Q    Sir, I put before you what we've marked

15 as Exhibit 1.

16        A    Um-hum.

17        Q    Have you seen that document before?

18        A    For sure, yes, of course.

19        Q    And what is that document?

20        A    This is statement produced by myself.

21        Q    And did you actually type this statement

22 out or did someone type it out for you?

23        A    We -- I didn't type it personally.  I was

24 talking to George and it was produced mutually.

25        Q    And based upon my reading of it, and



1   particularly the word "whilst," W-H-I-L-S-T, it was

2   drafted by an English solicitor; correct?

3          A       The word whilst, I don't recall whether

4   it was -- most probably this word was offered by

5   George, but -- most probably yes.  But this was a

6   result of joint work.

7          Q       And this statement is true and accurate?

8          A       Yes, sir.

9          Q       Correct?

10         A       Yeah.

11         Q       So in paragraph 1 -- well, withdraw that.

12                 The purpose of the statement was to

13   present it to the court here in Virginia; correct?

14         A       Yeah.

15         Q       In paragraph 1, you advise that you are a

16   director of Freight Bulk PTE, Limited?

17         A       Yes.

18         Q       And Freight Bulk PTE, Limited is a

19   Singapore country, correct -- a Singaporean company;

20   correct?

21         A       Yes.

22         Q       And the laws of Singapore requires that

23   when you register a company that you have to have

24   nationals assist you in registering that company;

25   correct?



1          A     Yes, right.

2          Q     But the person who controls and runs

3    Freight Bulk is you?

4          A     Yes.

5          Q     There are no other directors that have

6    any power other than you; correct?

7          A     There are national directors; however,

8    they don't -- yes.  I have the power, yes.

9          Q     Those directors are part of a company

10   that offers a service --

11         A     Yes.

12         Q     -- to foreign --

13         A     Yes, that's correct.  That's correct,

14   yeah.

15         Q     So they are just nominal directors; they

16   have no power?

17         A     Probably, probably you can call them

18   nominal, yup.

19         Q     Have you ever met them?

20         A     No.

21         Q     In paragraph 4 you state that FBP is the

22   owner of the CAPE VIEWER?

23         A     Yes.

24         Q     And the sole purpose of Freight Bulk was

25   to purchase the CAPE VIEWER; correct?



1          A      Yes, a special-proposed --

2    special-proposed company, yeah.

3          Q      But FBP received its money from Vista in

4    order to purchase that vessel; correct?

5          A      No, that's incorrect.   FBP did not

6    receive the funds for purchase of the vessel.

7    Actually, I mean, technically, they did not receive.

8    The funds were covered by a company called Sea Traffic.

9          Q      And Sea Traffic is a Marshall Islands

10   company --

11         A      Yes.

12         Q      -- that is controlled by you; correct?

13         A      Yeah, ultimately, yeah.

14         Q      And you also are the controlling interest

15   in a company called HACHI; correct?

16         A      Yeah, correct.

17         Q      In paragraph 7, you state that in

18   January 2008 you were promoted and given a bonus for

19   your hard work and good results; correct?

20         A      Yeah.  Absolutely.

21         Q      What were the good results that

22   allowed -- permitted or led to your being given a

23   bonus?

24         A      Actually, a part -- okay.  The good

25   results, I was chartering ships, I was developing new



1  markets, especially Black Sea/China route.  I was

2  making money.  That's it.

3          Q      And that bonus was an ownership interest

4  in ICI; correct?

5          A      Yeah.  But, however, I have to clarify

6  this point --

7          Q      Well, let me ask you this.

8          A      Yeah.

9          Q      Who decided that you would get 18 percent

10 of the total shares of ICI?  Which persons?

11         A      Shareholder meeting.

12         Q      Did you ever attend a shareholder meeting

13 for ICI?

14         A      I think in 2008 I -- I do not recall.  I

15 cannot answer.  I don't recall.

16         Q      Did you ever attend a board meeting for

17 ICI?

18         A      No.  A board meeting, no.

19         Q      When you received the 18 percent shares

20 of ICI, that resulted in you and your father having

21 51 percent interest in ICI; correct?

22         A      Correct.  But let me clarify one point,

23 yeah, if you'll allow me.

24         Q      Your lawyer will let you do that at the

25 end of the --



1          MR. CHALOS:  No.  You cut off an answer.

2   I think you should just let him do it now.  We can do

3   it any way you want, Bill, but you cut off his answer

4   before when he said he wanted to clarify something.

5   Now you're asking more questions in the same area and

6   it seems like it's a good spot for him for whatever he

7   wants to clarify.

8          MR. BENNETT:  Well, maybe in my question

9   he'll be able to do that.

10          MR. CHALOS:  Yeah.

11   BY MR. BENNETT:

12       Q     Were you ever given any shares in

13   Diamant?

14       A     No.

15       Q     When you were working for ICI in the

16   chartering department, was Mr. Ivanov your immediate

17   supervisor?

18       A     Mr. Ivanov -- Vladimir Ivanov or Michael

19   Ivanov?

20       Q     Michael.

21       A     No.  From the beginning, when I

22   started -- you are talking about which period of time?

23   Because I worked for what --

24       Q     When you became -- in the year 2007

25   before you became a shareholder --



1        A      Yeah.

2        Q      -- was Mr. Michael Ivanov your immediate

3    supervisor?

4        A      In 2007?

5        Q      Yes.

6        A      I don't -- I think it was not like this,

7    no.

8        Q      Who was your immediate supervisor in

9    2007?

10       A      In 2007 I was reporting to the board

11   directly.  To the board, yeah.

12       Q      And who was the board?

13       A      The board was my father, Sergey Baransky.

14   The board was Vitale Cherepanov, residing in Greece.

15              Industrial Carriers, actually,

16   headquarters office there.  And -- Nina Karagiorgi, as

17   far as I know, she was also a member of the board,

18   yeah.

19       Q      In paragraph 7 you state that you

20   received no distributions from ICI; is that correct?

21       A      Yes.  Absolutely, yeah.

22       Q      Never attended a board meeting for ICI;

23   correct?

24       A      No.  No.

25       Q      You never did?



1       A       As far as I recall, no.

2       Q       And never had a shareholder meeting?

3       A       I don't recall.  I think no.  No.

4       Q       So when ICI was going to file for

5    bankruptcy for Greece as a shareholder holding nearly

6    one fifth of the company, you never took part in a

7    meeting?

8       A       I never took part where?  Sorry.

9       Q       In a shareholder meeting to discuss the

10   bankruptcy that was going to be filed in Greece?

11      A       No.  Let me clarify.  Can you allow me?

12      Q       Go ahead.

13      A       I was granted by shareholders, I was

14   granted 18 percent; however, I have to mention that it

15   was -- I was verbal advised that you are now a

16   shareholder.  We have set up a special proposed company

17   for you, I don't recall the name, where I would be a

18   hundred percent shareholder.  And that company would

19   own 18 percent of shares.  However, I have never seen

20   any single paper confirming this.  It -- I was advised

21   by my father and Vitale Cherepanov,

22   C-H-E-R-E-P-A-N-O-V.

23              I was advised that I became a

24   shareholder.  I wanted, of course, it was natural for

25   me.  I said, Can I get the documents, the share



1    certificate for Industrial Carriers, the corporate

2    document of the special-proposed company which was

3    arranged?  However, I was told that I will have them

4    later, at a later stage.

5                    To be quite clear, I have never had

6    possession of them.

7            Q      In 2008 when you were working for

8    ICI/Diamant, what was your salary?

9            A      In 2008?

10           Q      Yes.

11           A      I think salary was -- official or

12   unofficial you're looking at?

13           Q      Total.

14           A      I think that should be somewhere between

15   five and ten thousand bucks a month.  I don't recall

16   exact number.

17           Q      In June 24th, 2008, you incorporated

18   Vista; correct?

19           A      Yes, right.

20           Q      Did you do that with the blessing of your

21   father?

22           A      No.  No.

23           Q      And in June of 2008, there was a lot of

24   turmoil in ICI; correct?  People were leaving?

25           A      In June 2008?



| | | |
|---|---|---|
| 1 | Q | Yes. |
| 2 | A | I don't recall people leaving. |
| 3 | Q | Do you recall IC Ukraine being formed? |
| 4 | A | Yes, I do. |
| 5 | Q | Do you recall major employees of ICI |

6  leaving to form other companies?

| | | |
|---|---|---|
| 7 | A | But that was not in June.  That was at a |

8  later stage.

| | | |
|---|---|---|
| 9 | Q | But at or about that time, you and your |

10  father owned 51 percent of ICI; correct?

| | | |
|---|---|---|
| 11 | A | Based on information which I got, yes. |
| 12 | Q | In paragraph 10, you mention that mid |

13  2008 ICI began facing serious financial troubles.

| | | |
|---|---|---|
| 14 | A | In paragraph 8 or -- |
| 15 | Q | In 10. |
| 16 | A | In 10, sorry. |
| 17 | Q | You represent to the Court that ICI was |

18  starting to suffer serious financial difficulties?

| | | |
|---|---|---|
| 19 | A | Yeah, yeah, yeah, that's right. |
| 20 | Q | Okay.  Well, in the filings made in the |

21  Greek court, under oath, by ICI, it mentioned that it

22  didn't start to suffer financial difficulties until

23  three months later in September of 2008.

24          MR. CHALOS:  That misrepresents the

25  statement, Bill.



1   BY MR. BENNETT:

2          Q     Do you recall that?

3          A     Sorry.  Can you repeat, please.

4          Q     Do you recall ICI filing for bankruptcy?

5          A     No.  I haven't seen -- I think I haven't

6   seen them at all.

7          Q     You have never seen any of the filings

8   of -- made by ICI in Greece --

9          A     No.

10         Q     -- to file for bankruptcy?

11         A     No.  No.

12               MR. CHALOS:  Just a second.  Just a

13   second.

14               Mr. Lloyd, you have to control yourself.

15   You are making faces and you're huffing and puffing.

16   That's not appropriate conduct at a deposition.  Please

17   don't do that.  It's not nice and we don't want to have

18   to ask you to leave.

19               MR. BENNETT:  Duly noted.  We'll move on.

20   BY MR. BENNETT:

21         Q     What is a workbook?

22         A     Workbook?

23         Q     Yeah, what's a workbook?

24         A     You mean Ukrainian workbook?

25         Q     Yes, Ukrainian workbook.



1          A       Workbook is a book where all the jobs of

2     a person are mentioned, it's mentioned which company

3     the person was working in, why is the person left the

4     company, the reason for this, and I think that's it.

5          Q       And you were an employee of Columbus as

6     well; correct?

7          A       Right now?

8          Q       Were you ever an employee of Columbus?

9          A       I was, yes.

10         Q       When you incorporated Vista, was your

11    first charter a bulker?

12         A       Yeah.

13         Q       And in order to charter -- do you recall

14    how long that charter was for, the first charter you

15    ever did for Vista?

16         A       Sorry, was the question when did I start?

17         Q       You started Vista in -- withdraw that

18    question.

19                 According to your statement, you

20    incorporated Vista in June 24th of 2008; correct?

21         A       Yeah.

22         Q       And you began chartering on behalf of

23    Vista in November of 2008; correct?

24         A       November or October.  October/November,

25    yes, that period of time.





1          Q       And at that point in time --

2          A       I think October, to be quite correct.

3     October.

4          Q       And at that point in time you were

5     chartering in bulk ships; correct?

6          A       Yeah.

7          Q       And in order to charter in a bulk ship

8     were you entering into voyage charters or time

9     charters?

10         A       Time charter.

11         Q       And when you bring in a time charter, you

12    need to pay freight; correct?

13         A       You need to pay hire, you need to pay

14    bunkers, you need to pay a port disbursement, channel

15    dues, and small amount of insurance.  That's more or

16    less, yeah.

17         Q       And at your salary of making a thousand

18    dollars a month to four thousand dollars a month, you

19    were able to save money in order to pay all those

20    expenses to start to chartering ships on behalf of

21    Vista?

22         A       I had other incomes, other sources of

23    incomes.

24         Q       And that was from ICI; correct?

25         A       No.  Well, from ICI, I was getting bonus,

