1  recall that -- I mean, it was -- it was -- we had open

2  space; we knew what was going on really.  It was

3  funds -- not really often -- I don't really recall

4  often or not often, but it happens that money were

5  attached in New York.

6          Q       There are allegations of breach of

7  charter parties; correct?

8          A       I don't recall.  This was so many years

9  ago, I don't recall what were the allegations.  But I

10  do remember this problem.  This was a serious problem,

11  that's why I do recall this.  That's the nature of it.

12                  MR. BENNETT:  Can we take a two-minute

13  break?

14                  (Vista Shipping website pages marked as

15                  Baransky Exhibit Number 5)

16  BY MR. BENNETT:

17          Q       Sir, I've handed you a document which

18  we've marked as Exhibit 5.  Can you take a moment to

19  look at that and just let me know when you're done.

20          A       Whole document, yeah?

21          Q       Yeah.  From the front page, can you tell

22  me what it --

23          A       It looks like the website of Vista

24  Shipping at some period of time, but I think it's quite

25  an old one.  I think it's four years old probably or



1  something like that, or five years old.  When was it

2  accessed?

3          Q      If you look on the bottom right-hand

4  corner.

5          A      All right.  It's 26 October 2011, yeah?

6          Q      Correct.

7                 So if we go to the fourth page -- fifth

8  page of that document, that lists what you call -- what

9  Vista calls its team; correct?

10          A      Yeah, yeah, yeah, yeah, yeah.

11          Q      So in October of 2011, Michael Ivanov was

12  head of chartering; is that correct?

13          A      You can say so, yeah.

14          Q      And he was head of chartering for Vista;

15  correct?

16          A      He was doing chartering on behalf of

17  Vista Shipping, to be correct.

18          Q      Vladimir Yudaev is noted to be the

19  chartering manager for Vista; correct?

20          A      Yes, he was doing chartering on behalf of

21  Vista Shipping, yeah.

22          Q      And Dmitry Zorin is listed as chartering

23  manager for Vista?

24          A      Yeah, yeah, the same, yeah.

25          Q      And Vladimir Ivanov, operations manager



1  for Vista?

2       A      Yeah, correct, yeah.

3       Q      And Andre Obukhov is the operations

4  manager as well?

5       A      Yeah, correct, correct.

6       Q      And Daniel Su is the chief

7  representative?

8       A      Yeah, which is not quite correct, yeah.

9       Q      And he has a Vista Maritime e-mail;

10  correct?

11       A      I am not sure about that.   I --

12       Q      Well, according to the website, he's

13  listed with a Vista Maritime website?

14       A      Well, then maybe, yeah.

15       Q      And Michael Ivanov was an employee of

16  ICI; correct?

17       A      Michael Ivanov was employee of IC

18  Ukraine.

19       Q      And Diamant as well?

20       A      Probably before IC Ukraine, probably he

21  was in Diamant.   I think so.

22       Q      Michael Ivanov, Vladimir Ivanov, and

23  Vladimir Yudaev all worked for your father at ICI;

24  correct?

25       A      Michael Ivanov, Vladimir Ivanov, and who



1  else?

2       Q      Vladimir Ivanov, Michael Ivanov, and

3  Vladimir Yudaev.

4       A      Yeah, correct.

5       Q      And the same with Daniel Su; correct?

6       A      Yup, yeah.

7       Q      And when you started Vista, and ICI shut

8  its doors, or stopped doing business, those gentlemen

9  went with you to Vista; correct?

10      A      I -- yes, it's correct; however, some of

11 them worked in Vista for just short period of time,

12 just two or three months, then they -- then we

13 established a joint venture company with -- we actually

14 had two venture companies, one in Cypress, one in

15 Turkey, for short period of time.  They were working

16 there.  Not in Vista Shipping.  This is concerning --

17 this is about Vladimir Yudaev and Vladimir Ivanov.

18             MR. CHALOS:  You have to say slower the

19 names.

20             THE WITNESS:  So they were with Vista for

21 I think a year or a year and a half.  I think they left

22 in the beginning of 2009 and then came back.

23 BY MR. BENNETT:

24      Q      As part of your business, do you read

25 TradeWinds?



1        A     Yes.

2        Q     And are you familiar with the articles

3    that have connected Vista to ICI and alleged that Vista

4    is ICI?

5        A     I have read articles where reporters

6    read -- where reporters say that in Vista, some of the

7    people are working in Industrial Carriers, work in

8    Vista; I am familiar with this.  But it's -- it's

9    press.  What can you do with this.

10        Q     Well, early on, in November 13 of 2008,

11    there were articles written in TradeWinds that at or

12    about the time that Vista began operating, that they

13    were, in fact, ICI.

14              Do you recall that?

15        A     I do not recall articles stating that

16    Vista is ICI.  If there was such an article, then we

17    will definitely sue TradeWinds for this.  This is

18    100 percent.

19              To the best of my knowledge, there were

20    articles that were written in such a form that they

21    guess that some -- they state that some people working

22    for us and still working Vista Shipping, and not more

23    than this.  Because, otherwise, I am sure they will be

24    sued for this.

25        Q     Are you -- do you have the ability to sue



1    companies in the Ukraine?

2         A      To sue companies in the Ukraine?  As a

3    foreign company or as a Ukraine company?

4         Q      As an individual, do you have rights to

5    sue?

6         A      Any Ukraine individual has the right to

7    sue Ukrainian company.  Ukrainian -- it's like

8    everywhere.

9         Q      Did you ever sue ICI for your shares?

10        A      No.

11        Q      Are you aware that Vista Shipping had

12   chartered the CAPE VIEWER to Flame?

13        A      Yeah.

14        Q      Have you seen that charter party?

15        A      Yeah.

16        Q      Do you recall that Vista Shipping

17   represented that it was the owner of the CAPE VIEWER?

18        A      Vista Shipping was not represented as

19   owner of CAPE VIEWER in the charter party.

20               Can you show me the document, please?

21        Q      Sure.

22               I'm going to show you an Americanized

23   Wells Coal charter.  It has not been marked as an

24   exhibit.  It is a charter party dated 5 July 2013

25   between Vista Shipping Company Limited as owner of the



```
 1    M/V CAPE VIEWER and Flame SA and ask if you can take a

 2    moment to review that document.

 3              MR. CHALOS:  Are we going to mark it as

 4    an exhibit?

 5              MR. BENNETT:  I think we will after he's

 6    referred to it.

 7              THE WITNESS:  Where is it stated that

 8    Vista is an owner?

 9    BY MR. BENNETT:

10        Q      Do you see it on the front page how

11    they --

12        A      Yes.  It is written, The charter has

13    concluded that Vista Shipping -- oh.  As owner of motor

14    CAPE VIEWER --

15              I think we should get legal advice on

16    this.  I think this is standard charter party, where

17    any operator, any time chartered owner would be stated

18    as an owner, which doesn't mean Vista.

19              So any -- any company which takes the

20    ship on time charter and lets it to Flame or to

21    anybody, and concludes that the charter, if it is a

22    contractual party, then it will appear as an owner.

23    That is my view.  I have -- I have to ask.

24        Q      Is there a charter party between Vista

25    and Freight Bulk for the CAPE VIEWER?
```



```
 1          A      Between Vista and Freight Bulk?  It is
 2   commercial management document.
 3          Q      So there is no charter party.  So Vista
 4   uses the CAPE VIEWER as its own?
 5          A      No.
 6          Q      You're --
 7          A      No, no, no.
 8          Q      You're Vista and you're Freight Bulk;
 9   correct?
10          A      No.
11          Q      Mr. Baransky, you control Freight Bulk;
12   correct?
13          A      I am a director of Freight Bulk, correct,
14   director.
15          Q      And you control HACHI; correct?
16          A      Yeah, to some extent.  Yes, I control
17   HACHI.
18          Q      And you control Vista; correct?
19          A      Yeah, I have general power of attorney
20   Vista.
21          Q      And the CAPE VIEWER is used by Vista as
22   though it was Vista's vessel; correct?
23          A      If a company concludes a commercial
24   management agreement with Company -- with Company Y,
25   sorry; the Company Y, who is entitled to do commercial
```



1   management, can charter the ship on its own.  I mean,

2   it can do whatever is stipulated in this agreement.

3              And in this agreement, in commercial

4   management agreement, it's clear that Freight Bulk

5   gives Vista Shipping such a right.  So that's why Vista

6   Shipping is concluding this charter party.  It's

7   natural.

8              Your statement about ownership.  This

9   is -- how to say -- any charter party, any company

10  which has a ship on time charter and concludes such a

11  agreement would appear in the -- this word charter as

12  an owner.  That's quite natural, as far as I'm

13  concerned.  I think we will need to get clarification

14  on this matter.

15          Q     Okay.  When you incorporated Vista in

16  June of 2008, you had mentioned you used a gentleman in

17  Switzerland to do that for you?

18          A     Yup.  This was -- 2008, yeah, right,

19  2008.

20          Q     And who recommended you to that

21  gentleman?

22          A     A friend of mine.  A friend of mine

23  living also in Geneva.

24          Q     And what was the purpose of setting up

25  Vista?



1      A     Well, initial purpose of setting up Vista

2   was to hold, to hold my -- my personal funds.

3   That's -- that was the initial purpose, yeah.

4      Q     And did you open up a Swiss bank account?

5      A     The account was opened; however, it was

6   opened quite late.  I don't recall, but it took

7   quite -- it took a little bit of a time, a couple of

8   months probably to set up account because, I don't

9   know, there was some -- I don't know.  It took a long

10  time, yeah.

11              (Discussion off the record)

12              THE WITNESS:  Can I speak now?

13              MR. CHALOS:  Just wait and answer.

14  Listen to the questions.

15  BY MR. BENNETT:

16      Q     Mr. Baransky, who is the owner of MKTM?

17      A     MKTM?  I have corporate department which

18  is taking care of the structure; however, to -- as far

19  as I recall, as far as I recall, MKTM belongs to --

20  belongs to Marshall island, one Marshall island

21  company.  I don't recall the name.

22      Q     Who is the beneficial owner?  Who is the

23  personal owner?

24      A     Ultimate beneficial official owner of

25  MKTM?



1      Q      Yes.

2      A      Myself.

3      Q      And who is the ultimate beneficial owner

4   of Tech Projects?

5      A      Also myself.

6      Q      You had mentioned registered addresses

7   and permanent addresses.  With respect to the

8   registered address at Armeyaskaya?

9      · A      Armeyaskaya, yeah.

10      Q      Armeyaskaya.

11             Who actually lives there?

12      A      There lives my grandfather.

13      Q      Who is Liliya?  "Liliya."  L-I-L-I-Y-A.

14      A      That's my mother.

15      Q      Is your father retired from shipping or

16   is he in the business?

17      A      He's -- he's retired, yeah.  He's

18   retired.  He has some interests; however, he's not --

19   he's not working.

20      Q      Do you know when he joined the shipping

21   industry?

22      A      You mean shipping industry as an

23   entrepreneur or as a man?

24      Q      Did your father ever sail on ships?  Was

25   he ever an officer or a crew member on a ship?



ZAHN
COURT REPORTING
www.zahncourtreporting.com

```
 1          A       No.   No.
 2          Q       When did he first get involved in the
 3   shipping industry, if you know?
 4          A       As an entrepreneur?
 5          Q       When you say as an "interpreter" --
 6                  MR. CHALOS:   Entrepreneur.
 7          Q       Yes, as an entrepreneur.
 8          A       I think it was immediately after collapse
 9   of Soviet Union; when commercial activity became
10   allowed, he started.
11          Q       Do you have any siblings?
12          A       Sorry?
13          Q       Do you have brothers and sisters?
14          A       No; I'm single.
15          Q       So when your dad was -- as an
16   entrepreneur, was ICI and Diamant, was that the big
17   company he created?
18          A       Diamant was created, he had some
19   partners.  One of them was my godfather, who died, and
20   there were probably some -- some other shareholders.
21          Q       And was it your father's desire to see
22   that you take over ICI?
23          A       He didn't have desire for me to take over
24   ICI.  That's -- that's absolutely for sure.  I would
25   say -- I would say even in the country he was, he was
```



```
 1   always -- how to say -- okay, let's -- it's a
 2   complicated issue, so let's -- let's --
 3           Q      I'll pass that; we'll move on.
 4           A      Yeah.
 5           Q      In the year 2009, do you recall the
 6   number of charters that Vista entered into?
 7           A      Yes.  Actually, I have requested this
 8   information prior to -- to the deposition.  Vista
 9   chartered 60 vessels.
10           Q      60 vessels.  And were they all either
11   Panamax or Capesize?
12           A      Either Panamax or Capesize; however, I
13   think -- I'm not sure about proportion.
14           Q      So, on average, it was one ship a week?
15           A      Yeah, if -- 56 weeks in -- per annum, so
16   on average.
17                  MR. CHALOS:  No; 52 weeks, not 56 weeks.
18                  THE WITNESS:  56 weeks in year?  How
19   many?  52 or 56?
20                  MR. BENNETT:  52.  It's the deposition;
21   it will get to you.
22                  It's probably a good time to take a
23   break.
24                  (Lunch recess).
25
```



1                     AFTERNOON SESSION

2    BY MR. BENNETT:

3          Q      In 2006, who were you employed by?

4          A      In 2006 I was either employed by Diamant

5    or by IC Ukraine.  I do not recall.

6          Q      Did you ever hear of a company called

7    Moonshadow Marine?

8          A      The name sounds familiar to me; however,

9    I don't recall.  What's this company?

10         Q      Are you familiar with a vessel by the

11   name of the M/V MARINA?

12         A      Yeah.  Yeah, this was my ship.  Not my --

13   this was ship controlled by me, let me correct.

14         Q      And you took control of that ship in 2008

15   under the name Vista?

16         A      No.  I didn't took ship under the name of

17   Vista.  When that ship was acquired -- no, it was

18   acquired much later.  It was not acquired in 2008.  It

19   was acquired in probably 2011, I would recall.

20         Q      And prior to that, the M/V MARINA was an

21   ICI ship, wasn't it?

22         A      No.  MARINA was never ICI ship.  The

23   MOTOR VESSEL MARINA, I acquired here -- let me recall.

24   I think that ship was bought; her previous name was

25   ASPEN.  I remember.  Her previous name was ASPEN or



1  ASPEN 1.  I'm not sure.  And the owner of the ship is a

2  company called MD Shipping.  It's an Odessa-based

3  company.  They are big owners of coastal and river

4  fleet.  And, moreover, Industrial Carriers never owned

5  -- sea river fleet.  It's small ships.

6              Moreover, Industrial Carriers has never,

7  directly or indirectly, as per my knowledge, has never

8  owned any ships, as per my information.

9         Q     The Moonshadow Marine Limited, which

10  owned the marina which was the Marshall Islands company

11  set up in 2006 --

12        A     No, it was not started in 2006; that's

13  for sure.

14              This company was much later.  This

15  company was set up -- should have been set up right

16  before acquisition, so most probably '11 or something.

17  Something around that.

18        Q     How many ships does Vista have in its

19  fleet today?

20        A     Vista Shipping?  Excuse me.  So you are

21  talking about in its fleet.  What do you mean by saying

22  "its fleet"?  It's oil ship, charter ship, manage ship?

23  What do you mean by saying that?  Can you clarify,

24  please.

25        Q     Sure.



1            On the ownership side, how many ships

2   does Vista own?

3        A      Vista doesn't own any ships.

4        Q      How many ships does Vista operate for

5   companies that you own?

6        A      For companies that I own -- we operate --

7   we operate -- okay, we operate about, what, ten capes,

8   because we are constantly selling something and buying

9   something, so it -- the money -- the number can vary

10  from eight to eleven roughly.  But generally, ten.  Ten

11  capes.  Two tankers.

12            What else Vista operates?

13            I think for Vista, for managed, I think

14  that's all for fleet that is commercially managed by

15  Vista Shipping.

16        Q      Other than the ten capes and the two

17  tankers, are there other ships that are within your

18  control?  When I mean "you," I mean you and any other

19  companies that you control.

20        A      Yes, there are.

21        Q      How many?

22        A      There are -- there is a number of coastal

23  fleets similar to MOTOR VESSEL MARINA.  Now there's

24  seven.

25            There is transhipment fleet, docks,



ZAHN
COURT REPORTING
www.zahncourtreporting.com

1   floating cranes, barges, two transhippers, one small

2   tanker, small. And it's old. If you want exact

3   number, I will say tugs, about 14, 15 tugs. Barges,

4   about 16, 17 barges. 7 floating cranes. One

5   transhipper, one big transhipper. I think I did not

6   miss anything.

7       Q     And of these assets that you just

8   described, how many of those assets were held by

9   companies that your -- that ICI controlled?

10      A     Sorry, I didn't get your question.

11      Q     Of these assets, especially the tugs and

12  the small barges --

13      A     Yes.

14      Q     -- were any of those owned by ICI

15  companies?

16      A     No, none of the ships have ever been

17  owned or operated -- I think never owned and most

18  likely never operated by Industrial Carriers.

19  Moreover, I must reiterate that Industrial Carriers,

20  nor its affiliates, have never owned any vessels,

21  directly or indirectly, whatever.

22      Q     Are you familiar with the vessel named

23  the M/V LYON?

24      A     Yes.

25      Q     And what was your relationship to that



1  vessel?

2       A     That vessel belonged to one of my close

3  friends.  That vessel was -- he owned this vessel for a

4  couple of years.  I think he owned it.  I don't recall,

5  but I think he owned it maybe since 2005 or 2004.

6  There were actually two ships:  LYON; and, as far as I

7  recall, he owned also TOULON, which was later sold.

8       Q     Have you ever heard of the company Europe

9  Asia Shipping Limited?

10      A     Yes, that's registered owner of --

11      Q     M/V LYON?

12      A     Yes.  Absolutely.

13      Q     You control that company; correct?

14      A     For the time being, I'm not sure.  I

15  think I gave instruction to dispose of this company

16  because LYON was sold -- let me explain to you all the

17  situation.

18           Not to -- this guy controlled LYON.  I

19  bought, as far as I recall, a share, one-third of that

20  ship.  That happened, I think, in 2009, most probably,

21  I bought share of the ship, one-third.  Then I bought

22  the whole ship.  This was about either 2011 or 2012 --

23  2012.  2012.  Then I used her and then I sold her for

24  scrap.  She's scrapped already.  Last year she was,

25  maybe beginning of this year, she was scrapped.



1      Q      Was it possible that you bought that ship

2  back in October of 2008 under the name of Europe Asia

3  Shipping Limited?

4      A      No.  I didn't buy the ship in

5  October 2008.  I didn't buy any ships -- my first

6  ship -- well, first, LYON was actually -- LYON was

7  first where I got interest.  This was in 2009 in, as

8  far as I recall, summertime probably or -- yeah, 2009.

9      Q      At present, Vista -- the ten capes that

10  Vista is -- withdraw that.

11          Ten cape-size vessels being commercially

12  managed that you control are -- how many of those ships

13  are operating between the Black Sea and China?

14      A      What time course you're talking about?

15      Q      2008/2009.

16      A      In 2008/2009?  Vista did not own any

17  capes.

18      Q      Did they manage or charter --

19      A      They did not manage.  Not managed.

20  Chartered, yes.  But, however, capes, Vista started to

21  charter capes in, as far as I believe in April 2009.

22  April 2009.

23          This was actually, if you allow me to

24  say, this was actually the biggest invention of east in

25  the Ukraine.  We were the first company to introduce



1  Capesize in the Ukraine.

2          We were loading them at berths in Yuzhny

3  and then topping on, topping on at Kerch up to full

4  draft capacity, which gave a lot -- a huge saving on

5  cost, both for charter, for cargo interest, and for us.

6  For us it's all just to maximize our margin up to

7  biggest -- considerable extent.

8          Q      When did you first begin working for

9  Vista?

10          A      What -- what do you mean by saying

11  working for Vista?

12          Q      In your statement, you state that you set

13  up Vista in June of 2008.

14          A      Yeah.  Yeah.

15          Q      And someone set that up for you; correct?

16          A      Yes, a gentleman from Switzerland.

17          Q      And when you set up Vista, did you rent

18  space?

19          A      No.

20          Q      Did you get an office?

21          A      No, no.  At that time it was just a paper

22  company.  It was out even -- if you are talking about

23  time of setup, it was just a paper company, not having

24  even a bank account or office space, no employees,

25  nothing.  It was just a paper company.



1          Q      When did it become a company that had an

2     office and people?

3          A      I -- to the best of my recollection, I

4     think it was probably October.  October 2008.

5          Q      And where was your offices?

6          A      I had just one small office located at

7     Street Nechipburenko Number 6, apartment -- apartment

8     Number 7.  This was underground office, about 60 square

9     meters, very small, very tiny.  There was always water

10    coming inside and underneath because there was some old

11    pipes there.

12         Q      What was the first ship you ever

13    chartered under name Vista?

14         A      What was the name of the first ship?

15         Q      Yes.

16         A      The first ship was I think HARMONY

17    FALCON, it's called.

18         Q      And what size ship is that?

19         A      It's a Panamax.

20         Q      What was the date that you chartered that

21    vessel?

22         A      I don't recall, but I think it was

23    October most probably.

24         Q      And from October 2008 to October 2009,

25    was that the 60 ships that you had chartered about?



1    A    No.  We chartered first ship in October.

2        In November, as far as I remember, we did

3    not charter anything.

4        And then in December we started maybe

5    five, five ships.  We started to grow a great deal.

6        At that time, because of crisis, crisis

7    has completely changed trading partners.  Because of

8    crisis, Europe stopped consuming a lot of iron ore, as

9    well as Ukrainian domestic market has crashed, and

10   there was no need for such big amount of steels.

11        And that's why there was extra amount of

12   iron ore produced in Ukraine, which redirected from

13   European markets and relocated in domestic markets to

14   China.  And that was the reason, actually, why -- why

15   amounts of shipments from Blixi to China increased

16   quite considerably.  That increased started from

17   December 2009 and was -- this amount of cargo was

18   constantly growing until reaching peak volumes in 2012.

19   Q    Going back to the HARMONY FALLON.

20   A    Yes.

21   Q    What cargo were you carrying?

22   A    Iron ore.

23   Q    From where to where from?

24   A    From Ukraine to China.

25        MR. CHALOS:  Sorry, let him finish so she



1   can have a good record.

2                    THE WITNESS:  Yes.

3                    MR. CHALOS:  You're rushing so just give

4   her a second.

5   BY MR. BENNETT:

6            Q      And from -- what part of the Ukraine was

7   it going from?

8            A      To the best of my recollection, it was

9   Port of Odessa; however, I'm not a hundred percent

10  sure.  But I think so.

11           Q      Who was the producer of the iron ore?

12           A      Metinvest.

13           Q      And was Metinvest -- Metinvest was a

14  client of ICI's; correct?

15           A      Yes, it was a client of ICI.

16           Q      And as a result of the collapse of ICI,

17  Vista was able to take over that contract; correct?

18           A      What do you mean by saying take over the

19  contract?

20           Q      Started moving the same cargo to same

21  destinations, because ICI was no longer in the market;

22  correct?

23           A      Yeah, of course.  Okay, if you want me to

24  disclose the time roughly how it was going, I can tell

25  you.



```
 1          Q       Who funded Vista financially?

 2          A       Financially?

 3          Q       Yeah.

 4          A       It was -- well, I was -- it was funded by

 5   my own funds, plus, plus borrowed funds.

 6          Q       Who did you borrow funds from?

 7          A       I borrowed from my mother.  I borrowed

 8   from -- I borrowed about a couple of hundred thousand

 9   dollars, I borrowed from a company -- well, it is a

10   completely third-party whom I didn't know; however, a

11   friend of mine.  He guaranteed for them because he was

12   holding, he was in possession of -- I don't recall

13   exact amount.  He was in possession of about one

14   million dollars, which belonged to me, he was in

15   possession of that funds.  And, however, he could not

16   repay them to me immediately because he was suffering

17   because of financial crisis as well.

18          Q       Why was he in possession of a million

19   dollars that belonged to you?

20          A       Because during course of 2006, I think,

21   to 2008, I have established also another company,

22   apart -- it was well before Vista, which was

23   involved -- the company was acting as a broker -- you

24   can call it broker -- between Chinese steel mills and

25   Ukrainian iron ore producers.  As I mentioned before,
```



1   in 2006 Ukraine started to export iron ore.  Also, we

2   have -- I was responsible --

3             Q       What was the name of that company?

4             A       It was Metinvest.

5                     So Metinvest was -- started to seek

6   Chinese clients.  They were not familiar -- they were

7   not sending to China at all.  And I had Daniel Su

8   already working with Chinese mills.  That's first thing

9   I did when I was chartering.  So it was -- we started

10  linking it up and Chinese were paying commissions.

11  And, sorry, coming back.  Sorry, I -- I mixed up.

12                    So coming back to this.  While funds were

13  accumulating in that company, part of these funds I

14  invested with my friend, who is actually -- who was

15  actually -- was owner of LYON before.

16                    I invested -- apart from owning LYON, he

17  was, he was one of the biggest great importers of cars.

18  What I mean by saying great.  He was buying, like,

19  Toyota, Kia, South Korean cars from Dubai market,

20  from -- not from -- he was not a dealer, white dealer.

21                    He was buying them, bringing them to

22  Ukraine, and doing this operation.  He was doing quite

23  well before the crisis of course.  He was making, I

24  don't know, he was making maybe a hundred percent on

25  working capital return, and he was attracting money at



1    the beginning at 33 percent, at the beginning of our

2    corporation.

3              Later on he reduced it to 25 percent.

4    However, when crisis happened, he stopped paying this

5    interest and was returning the funds gradually during

6    the course of 2008 and through half of 2009 until it

7    took him to repay the amount.

8         Q    Metinvest; were they a cargo broker?

9         A    No, Metinvest is cargo producer.  It's

10   the biggest iron ore producer in Ukraine.

11        Q    And you started that company?

12        A    I started Metinvest?

13        Q    You had mentioned -- I had asked you --

14   you said you set up a broker company --

15        A    Yes.

16        Q    -- in 2006.  What was the name of that

17   company?

18        A    Hasden Enterprises.

19        Q    Can you spell that?

20        A    H-A-S-D-E-N.  Enterprises.

21        Q    Is that a Ukrainian company?

22        A    No.  As said before, Ukraine is -- as far

23   as I recall, this is a BVI company.

24        Q    And what was the business of Hasden

25   Enterprises?



1       A       Hasden Enterprises was simply collecting

2  funds from -- solely for purposes of collecting funds

3  from brokerage, but not shipping brokerage; trading

4  brokerage.

5       Q       Did Hasden ever hold title to cargo?

6       A       Of course not, no, of course not.

7       Q       Did Hasden assist ICI in booking cargoes

8  for its ships?

9       A       Absolutely not.  Never.

10      Q       What was the relationship between Hasden

11  Enterprises and Metinvest?

12      A       There was no relationship.  This -- there

13  was a relationship with Chinese steel mills.  Metinvest

14  was -- Metinvest was proposing the cargo, use the fund

15  agreement on the price to sell the cargo, and they pay

16  the commission, and that's it.

17      Q       So Metinvest was selling the cargo to

18  Chinese users that you introduced to Metinvest; that's

19  how you got a brokerage fee?

20      A       Yeah, yeah, yeah.

21      Q       And then that cargo would be carried on

22  ICI chartered ships?

23      A       Yeah, yeah.  If -- no, I must correct

24  you.

25              (Discussion off the record)



```
1              THE WITNESS:  Excuse me, must correct
2   myself because I said the wrong information.
3              It was carried on ICI ships when the
4   cargo sold CFR.  Because as far as I recall, there were
5   cargoes sold on FOB.  Then, of course, ICI was not
6   carrying this cargo.
7   BY MR. BENNETT:
8         Q    What was the name of the gentleman who
9   owed you the million dollars?  What was the name of the
10  gentleman who had money that --
11        A    His name is Roman Inde.
12        Q    How do you spell his last name.
13        A    Inde, I-N-D-E.
14        Q    Do you recall when Mr. Michael Ivanov
15  joined Vista?
16        A    Michael Ivanov joined Vista, I think it
17  was -- I think it was most probably November.  November
18  or late October 2008.
19        Q    Michael Ivanov, Vladimir Ivanov, Daniel
20  Su and Mr. Yudaev in October and November of 2008 went
21  over to Vista; correct?
22        A    No.  Not in October.  No, that's not
23  correct.
24        Q    When did they join?
25        A    I was waiting --
```



1           Well, Michael -- sorry.  Vladimir Ivanov

2    joined later.  I think he joined either November or

3    December.  Vladimir Yudaev joined also most probably in

4    October.

5           But --

6      Q      Go ahead.

7      A      But I have to say, it was -- nature of

8    the company was Industrial Carriers was not paying

9    anybody because the instructions from Greek office that

10   there will be no payments effected.  I don't remember

11   the date.  I think it was somewhere in September as far

12   as I recall.

13          They told us that no payments will be

14   effected so the company will not pay anybody.  So it

15   was -- and that's why people started -- the whole

16   atmosphere was, you know, what are we going to do?

17          And I was -- I decided so this is the

18   time to do something on my own.  That's it.  And I

19   called my people, the people with whom I had

20   relationships, to join me.  And so did many others.

21          There were about 40 staff in the

22   Industrial Carriers, and all of them were separated

23   about the same time frame, they all started to have

24   separate entities.  There are about four entities,

25   maybe five, including Vista, which appeared on the



1  market.  Everybody doing their own job, their own

2  business, and that was quite natural.  People wanted to

3  work, they wanted to make money, and --

4          Q     Roman Inde was an employee of Columbus

5  Maritime; correct?

6          A     Roman Inde, he was working.  He was

7  working with myself.  I don't recall what employee of

8  which company he was.

9          Q     How much money did you borrow from your

10 mom, from your mother?

11         A     From my mother, I think -- I think it was

12 about -- it all was in quick possession.  I think it's

13 about a million bucks, about.  About that amount.  It

14 was all she could sell.

15         Q     What was the name of the company that was

16 set up that was supposed to hold the 18 percent share

17 interest in ICI on your behalf?

18         A     I think the name of the company is

19 called, but I'm not sure, I think it's called

20 Treadstone; however, I'm not sure because I have never

21 seen any single document.  I don't remember from where.

22 I do know this name.  May be, again, from Board of

23 Directors, but I don't -- I haven't seen any documents

24 concerning this company, but I think it's called

25 Treadstone.



1          MR. CHALOS:  Tread, T-R-E-A-D?

2          THE WITNESS:  I don't know.  Maybe.

3   Maybe I'm wrong, okay?  Maybe it's better not just to

4   guess.

5          MR. CHALOS:  Focus.  Stay focused.

6   BY MR. BENNETT:

7       Q     You've described during the course of the

8   past few hours a very elaborate setup of single-purpose

9   companies.

10          Who was in charge of managing all of

11   those companies?

12       A     Foreign entities you're talking about

13   or Ukrainian entities or --

14       Q     Foreign; the Marshall Islands.  Do you

15   have one person who is in charge of that?

16       A     I have a corporate secretary who is

17   keeping --

18       Q     Who is the corporate secretary?

19       A     Vladimir Varna.  V-A-R-N-A.

20       Q     Where are the corporate books of Vista

21   maintained?

22       A     Corporate books of Vista?  Most

23   probably -- most probably corporate secretary must have

24   hold of them.

25       Q     Who is the corporate secretary of Vista?



1       A       Vista doesn't have corporate secretary.

2       Q       Okay.  So where are the corporate books

3  for Vista?  Where are the physical books, the corporate

4  books?

5       A       What do you mean, Articles of

6  Incorporation or certificates, that kind of documents

7  you're looking for?

8       Q       Yes.

9       A       They are in possession of Vladimir Varna,

10  most probably.

11      Q       Varna, did you say?

12      A       Varna, yes.

13      Q       Where is his office located?

14      A       He's located in the same.

15      Q       Same area as Vista and Columbus, same

16  office?

17      A       Yeah, yeah.

18      Q       Where are the corporate books for Sea

19  Traffic maintained?

20      A       For Sea Traffic, probably with him as

21  well.

22      Q       And what about HACHI?

23      A       Yes.

24      Q       Corporate books for HACHI?

25      A       Yup.



1      Q      With Vladimir?

2      A      Yup.

3      Q      And the corporate books for Freight Bulk?

4      A      Corporate books for Freight Bulk, I think

5 they are in Singapore.  I'm not sure, but most

6 probably.

7      Q      What book -- what documents of Freight

8 Bulk do you maintain in the address where Vista is

9 located?

10      A      I'm not the man who is looking after all

11 the documents.  I have special people who are looking

12 after this.  I don't know.  Most probably, all which

13 are acquired by national legislation.

14      Q      Where does Vista maintain its corporate

15 bank accounts?

16      A      Corporate bank account is in Regional

17 Investment Bank, yeah.

18      Q      Where does Sea Traffic keep its corporate

19 companies accounts?

20      A      Same bank.

21      Q      What about Freight Bulk?

22      A      Freight Bulk is a bank account in BNP

23 Paribas, Singapore branch.

24      Q      What about HACHI?

25      A      Regional Investment Bank.



1        Q      What about your personal bank account?

2  We talked about that but you never answered the

3  question.

4        A      I don't recall.  I'm not -- I'm not

5  trying to --

6        Q      Do you have a personal bank account?

7        A      I have one in Ukraine, that's for sure,

8  but that's -- there is not big turnovers there.

9               Personal bank account, I do not recall.

10 I should have one, but I -- I don't understand --

11       Q      Do you -- if you need money, do you just

12 go to Vista's bank account and use that money or go to

13 Sea Traffic and use that money?

14       A      If I need money, I have cash in my

15 possession.

16       Q      Okay.  Do you have an ATM card to get

17 cash?

18       A      Yup.

19       Q      What bank is that ATM card for?

20       A      Regional Investment Bank.

21       Q      And what account does it take cash out

22 of?  Vista?

23       A      I think it's -- it's a corporate -- it's

24 a corporate account.  It's a corporate account for one

25 of my entities.  It's not a personal account, it's a



1   corporate account --

2          Q       Okay.

3          A       -- which is included a card.

4          Q       Do you know how many companies that you

5   control have bank accounts at Regional Investment?

6          A       I don't know.  Some of them did, but

7   not -- I didn't open the bank account for each company

8   because I didn't need this.  I have a couple of

9   companies having bank accounts, and that's it.  I don't

10  need many bank accounts.  What -- what to do with them?

11         Q       So would you set up Marshall Islands

12  companies using Vista funds and then just fund the

13  company through Vista?

14         A       I wouldn't say so.  The companies were

15  established with funds -- well, usually it is entity

16  which is shareholder of the company which is

17  incorporating the company, it's -- it's using its

18  funds.

19                 And what was the second question?  Sorry.

20         Q       You sort of lost me there so we'll start

21  over.

22         A       No, you -- you said that --

23         Q       Let's take HACHI, for example.  HACHI has

24  a bank account at Regional Investment Bank in Riga,

25  Latvia; correct?



1       A      I think so.  Yeah.  I'm not sure, but I

2  think it should have probably, yeah.

3       Q      And you control that bank account; that's

4  your bank account?

5       A      Is it -- no, that bank account is

6  controlled by my financial people, by my CFO.

7       Q      Who is your CFO?

8       A      Anatoliy Zaslavchik.

9              MR. CHALOS:  Boy, you better spell that.

10             THE WITNESS:  A-N-A-T-O-L-I-Y.  Sir name

11 is Z-A-S-L-A-V-C-H-I-K.

12             (Discussion off the record)

13 BY MR. BENNETT:

14      Q      Is your CFO and your corporate secretary

15 in the same office?

16      A      Yeah.

17      Q      When you walk into that office, how many

18 people are in that office?  Regardless of who they are

19 employed by.

20      A      60 people, about.

21      Q      Does your father have an office in that

22 area?

23      A      No.

24      Q      I want to go back to ICI and Diamant.

25 Okay?



1              When you became a trainee, first job

2    after you got done with school and you were going to be

3    employed, your first job was with Diamant; correct?

4         A      Yup.

5         Q      When you walked into the offices of

6    Diamant, did it say ICI or Diamant?

7         A      I was working in Yuzhny branch, which was

8    responsible for agency and forwarding business.  There

9    was nothing written and nothing would suggest in that

10   office that it is somehow associated with ICI.

11        Q      And who had the controlling interest of

12   Diamant at that time?  Was that your father?

13        A      There were a number of shareholders.  My

14   father was one of them.

15              As per my knowledge, there was -- I mean,

16   my father was one of -- was one who was controlling;

17   however, there were other people participating in it.

18        Q      And then at some point in time did you

19   come into the offices of ICI and work at a desk instead

20   of being out at the port?

21        A      What time frame you're talking about?

22        Q      Well, you tell me.

23              How old were you when you came --

24        A      19.

25        Q      19 when you first -- when you joined



1    Diamant you were 19?

2           A      Yeah.

3           Q      And how old were you when you stopped

4    working at the ports and you were actually in the

5    office?

6           A      It came quite quickly.  I worked just a

7    couple of months.  I think I most probably was same

8    age.

9           Q      And then you start to work in the office

10   with the Diamant/ICI people; correct?

11          A      With Diamant people.  It was Diamant

12   people I was working, employed by Diamant.

13          Q      Was the -- when you walked into the

14   office, did it have any name on the door?  Did it say

15   Industrial Carriers?

16          A      No.  It -- there was no name, there was

17   no -- no, no name at all, actually, as far as I recall.

18                 At later stage it was name of IC Ukraine,

19   later, when -- when it was IC Ukraine.

20          Q      What was the purpose of going from ICI to

21   IC Ukraine?

22          A      I don't know since I was not responsible

23   for corporate decisions, no.

24          Q      When you walked into the office in 2008

25   for ICI, how many people were employed by ICI?



1        A       In 2008 during normal course of

2   business --

3        Q       Yes.

4        A       -- before the --

5                About 40, 45 people.  Yeah, about that.

6        Q       Who were the -- when you became a

7   shareholder effective January 1, 2008, who were the

8   other shareholders?

9        A       When I was told that I became

10  shareholder, when I was told I became a shareholder --

11  I think it was, I believe it was my father, Cherepanov

12  Tarasov, and Kozminkikh, Andre Kozminkikh.

13       Q       Of all the 45 people within ICI, you were

14  the only person who got a bonus of shares of the

15  company; correct?

16       A       No.

17       Q       Who else got shares?

18       A       Out of -- sorry.  Can you repeat the

19  question?  Out of whom?

20       Q       You had mentioned that in 2008 when

21  everything was going well there were 45 people that

22  were employed by ICI?

23       A       Yeah.

24       Q       And of those you were the only one that

25  was given shares of ICI?

