```
1        A      No.

2        Q      Correct?

3        A      There was another guy who got shares

4  before.  I don't know when, but couple of years before.

5        Q      Well, I'm going through -- I'm looking at

6  the audited reports of Price Waters Coopers -- and you

7  know who they are; right?

8        A      Yes.

9        Q      They are accountants; correct?

10       A      Yes.

11       Q      And they were ICI's accountants; correct?

12       A      As far as I recall, yes.

13       Q      And did you ever talk about the business

14  with your father?  Did you ever talk about the ICI

15  business with your dad?

16              MR. CHALOS:  When?

17              THE WITNESS:  When?

18  BY MR. BENNETT:

19       Q      At any point in time.

20       A      Of course I talked.

21       Q      I mean, you -- at the age of 19, were you

22  living in your house with your parents?

23       A      No.  No.  No.  First of all, my parents

24  are divorced ten years already.  Since 2003, if I'm not

25  wrong.  And I was living, at the age of 19, I think I
```



1    was living -- I was living with my mother at the age of

2    19.

3         Q      And when you went into the office, did

4    you see your dad?

5         A      When?

6         Q      In 2008.

7         A      In 2008?  Of course I did.

8         Q      And did you discuss the business with

9    him?  I mean, did he teach you the business?

10        A      I wouldn't say so.  He is not -- he

11   himself, he is not -- he never charted any ship.  How

12   could he teach me to charter ships?

13        Q      What is -- he's the banker, the money

14   man?

15        A      No, he is a not a banker.  He is a

16   shipping man.  But do you want me to tell -- tell you

17   where he was working?  His working experience?

18        Q      Sure.

19        A      He was working as a stevedore in the

20   port.  He was working, maybe later probably chief

21   stevedore.  Then after collapse of Soviet Union, he

22   established company with two other partners.  He was

23   doing crew manning, as far as I know, and probably

24   forwarding business, which is -- which is the standard

25   scope of business in the region because there are a lot



1  of ports and many people do that.

2        Q     And then was Diamant the first company

3  that he formed as part of his entrepreneurship?

4        A     I really don't know.  I am not familiar

5  with this.

6              Diamant was a well-known company in the

7  city.  Everybody knew it, so -- but apart from that, I

8  don't know.

9        Q     And who told you that you were given

10  18 percent shares?

11        A     I think -- well, I was told definitely by

12  some board members, maybe by both of them.  By my

13  father and the CFO.

14        Q     Where -- do you recall that conversation?

15        A     No, I don't recall.

16        Q     So you don't know where you were when

17  that took place?

18        A     In -- in executive floor.  Because we

19  kept, in our office, two floors.  Working floor and

20  executive floor.  My father was sitting on executive

21  floor, on second floor.

22              Meetings rooms were also on the second

23  floor.  I think probably in the meeting room or

24  wherever.

25        Q     And who told you -- who actually told you



1   that you were going to get shares?

2          A      I think my father and Vitale Cherepanov,

3   I think so.   It should be so because they were --

4          Q      Who was the CFO for ICI at that time?

5          A      Vitale Cherepanov.

6          Q      And did Anatoliy -- your CFO, work

7   underneath Mr. Cherepanov at ICI?

8          A      No.

9          Q      When you were given 18 percent interest

10  in ICI, you became the third largest shareholder in

11  that company, didn't you?

12         A      I don't know, if -- I don't recall.

13  Maybe I became -- I don't think so.   I think maybe four

14  is shareholder.   What is shareholder distributions as

15  far as people -- can you --

16         Q      When you became an 18 percent

17  shareholder, did you know what -- what the others'

18  percentages of shareholdings were?

19         A      I think I knew.   Yup, I think I knew.

20         Q      And were your other shareholders okay

21  with you getting nearly 20 percent of the company --

22              MR. CHALOS:   Objection.

23  BY MR. BENNETT:

24         Q      -- or was there disagreement among the

25  shareholders?



1           MR. CHALOS:  Objection to the form.

2           THE WITNESS:  I'm --

3           MR. CHALOS:  Calls for speculation.

4           THE WITNESS:  To be quite frank, I am not

5  familiar about the opinions of all other shareholders.

6  I could not comment.

7  BY MR. BENNETT:

8           Q       And prior to becoming a shareholder, were

9  you aware of whether ICI had shareholder meetings?

10          A       I was aware that there are shareholder

11 meetings, yes, I was aware, yeah.

12          Q       And were you ever invited to a

13 shareholder meeting?

14          A       I don't recall.

15          Q       Was there anybody else in the company

16 that knew that you were to receive 18 percent of the

17 shares?

18          A       You're talking about employees?

19          Q       Yes.

20                  Was it a secret or was it public

21 knowledge that you were going to get 18 percent of

22 the --

23          A       It was not a secret for sure.

24          Q       Was there a company announcement that was

25 made?



ZAHN
COURT REPORTING
www.zahncourtreporting.com

1         A      No, there was no company announcement;

2    however, it was not keeping from anybody.  Everybody

3    could discuss it.  I don't remember me discussing it

4    with somebody, but I think it was -- no.

5         Q      And did -- under Ukrainian law, did you

6    need to register those shares?

7         A      No.  You don't need to register the

8    shares.

9         Q      Prior to becoming a shareholder were you

10   aware of whether ICI had shareholder distributions?

11        A      Yes.

12        Q      And how often did they have shareholder

13   distributions?  Quarterly?

14        A      I don't know.

15        Q      Did you ever get a shareholder

16   distribution?

17        A      No, never.  I heard actually, as far as I

18   was told, I heard I would not have any distributions --

19   even if the company would exist and continue operating,

20   I would not have distributions for a couple years

21   because my distributions would have to go and buy out

22   the equity, equity of the company.  That's what I was

23   told.

24        Q      Where was the equity of the company held,

25   what bank account?



1        A      I don't know.  I was not in possession of

2    financials of the company.  However, I believe the main

3    accounts were in HSBC.

4        Q      And did you sign a shareholder agreement

5    at all?

6        A      No, I didn't sign any -- any agreement

7    connected to shareholding, any -- nor have I ever seen

8    any paper connected with my shareholders.  I know it

9    was a company which was supposed to hold my shares in

10   Industrial Carriers.

11       Q      Was Mr. -- Mr. Cherepanov was CFO?

12       A      Yes.

13       Q      What position did Mr. Tarasov hold?

14       A      He not held any position.

15       Q      Was he related by blood or marriage to

16   you?

17       A      No.

18       Q      What was his relationship to your father?

19       A      They worked together before.

20       Q      And he was a 17 percent shareholder of

21   the company prior to your joining and then his shares

22   were reduced to 14 percent.  Was he -- did he work in

23   ICI?

24       A      No.

25       Q      Did he work in any capacity to assist ICI



1  doing its business?

2          A     Only connections I would presume.

3          Q     And what was his connections?

4          A     I don't know.  I just -- I think so.  I

5  don't know.  From my opinion, that was only assistance

6  he could make because he knew a lot of people and he

7  might do that.  This is a guess.

8          Q     And Mr. Kozminkikh, what was his role at

9  ICI?

10         A     He was employee.

11         Q     And what did he do?

12         A     Same.  Same as I was.  He did chartering.

13         Q     And was he good at his job?

14         A     He was good at -- at what period of time

15  you are talking about?

16         Q     2008.

17         A     In 2008 he was not that good.

18         Q     Who in ICI was in charge of the FFA book?

19         A     Michael Ivanov.  Maybe somebody else as

20  well, but I do not recall.  I recall Michael Ivanov.

21         Q     And would you agree with me that it was

22  the FFA business that put ICI out of business?

23         A     No, I would not agree.

24         Q     So if ICI did not enter into FFAs they

25  would not be in existence today; they would still go



1  under?

2       A    I think so.  I believe so.

3       Q    Why do you say that?

4       A    Because apart from ICI -- there were, as

5  far as I recall, there were liabilities, big

6  liabilities.

7       Q    Did you ever hear of a company called

8  Branwin Marine Corporation?

9       A    Branwin?  As far as I recall, it is --

10  it's an affiliate of ICI?

11       Q    Yes.

12       A    Then --

13       Q    And what about Blue Coast Navigation?

14       A    Probably is the same.

15       Q    And Fist, Inc.?

16       A    I've heard the name but I cannot recall.

17  You see, I don't know --

18       Q    When did you first come to learn that ICI

19  was going to file for bankruptcy?

20       A    Talks about bankruptcy started in August,

21  sorts about, talks and sorts.

22       Q    Who did you hear that from?

23       A    I heard it from employees, I heard it

24  from -- from another guy who -- Andre Kozminkikh.

25  Probably my father should have told me this, I think



1   so.

2          Q      And do you recall ever asking or being

3   invited to a shareholder meeting to discuss those

4   decisions?

5          A      I do not recall.

6          Q      Where did the money go?

7          A      Which money?

8          Q      All the money ICI made just prior to

9   bankruptcy.

10         Price Waters accountant says there was

11   about 40, $50 million.  Where did it go?

12         A      Well, to the best of my knowledge -- to

13   the best of my knowledge, ICI was paying people

14   until -- well, until I left -- until I left, it was

15   paying, but, however, before -- I think in middle of

16   September probably or end of September it was announced

17   that they stop paying anybody.  And that's -- that

18   actually is the time when I finally left.

19         But I say it was paying.  I'm not sure to

20   whom they were paying and to which extent, but they

21   were paying its counterparts still.  In September they

22   were still paying, as far as I recall.

23         Q      Well, in mid September there was a

24   dispute -- prior to September 2008, there was a dispute

25   with Transfield; correct?



1          You're aware of that one; right?

2     A     I don't recall.  I recall, again,

3  Transfield, of course, I know it was a very

4  well-established company which, also, as far as I know,

5  went bankrupt.  Of course I know Transfield.

6          I do not recall if we heard -- if we had

7  the contract, a charter party with them.  I don't know.

8  Did we?

9     Q     You probably know better than I do.

10          MR. CHALOS:  Hold on a second.  Let's not

11  have that.  I know everybody's getting tired now.

12          MR. BENNETT:  I'm just getting started.

13  I'm not tired.

14  BY MR. BENNETT:

15     Q     So what you're saying is that ICI in

16  September and October were still paying counter

17  parties?

18     A     No.  I said in September I said it was,

19  to the best of my knowledge, was still paying, to the

20  best of my knowledge.  However, I was not the one

21  executing financial transactions; it was purely Greek

22  office responsibility.  I didn't know where the

23  bursar's account, nor where the money was paid, nor I

24  did receive the SWIFT.

25          I mean, how would I know?  I just -- I



```
 1   would know from operations guys, because we are sitting

 2   on the same floor, that something is paid, something is

 3   not paid.  That's it.

 4           Q     Where are all the documents that were

 5   created by ICI presently held?

 6           A     I don't know.  How could I know?

 7           Q     Well, your father and yourself were

 8   51 percent owners of ICI.  You have a right to know.

 9   Didn't you ever ask:  Where are all our documents?

10   Where's ICI documents?

11           A     When I was leaving I told both my father

12   to Cherepanov:  Guys, I'm leaving.  I have never seen

13   the shares.  If they do exist, actually, I want them to

14   be -- no.  Destroyed, you know, whatever.  Whatever

15   they do with them.  I am -- I am doing my own shop, you

16   know.  That's it.

17           Q     Where is your father today?

18           A     I don't know.  Maybe he's in Odessa.

19   Maybe he is traveling.  I don't know.

20               MR. CHALOS:  I don't think he meant

21   December 12th.  I think he meant generally.

22               THE WITNESS:  Today, but he said today.

23               MR. CHALOS:  Okay.

24   BY MR. BENNETT:

25           Q     Does your father assist you with Vista?
```



1       A       Not at all.

2       Q       Is Mr. Kozminkikh an employee of --

3       A       Kozminkikh?

4       Q       Yes.  Does he work with you today?

5       A       No.  He has his own shop.

6       Q       And what is his shop?

7       A       It's called Faethon.

8               THE COURT REPORTER:  Spell it, please.

9               THE WITNESS:  I don't know.  P-H or

10   F-A-E-T-H-O-N, probably.

11   BY MR. BENNETT:

12      Q       When you first chartered -- when Vista

13   first chartered the HARMONY FALLON, was that a Panamax

14   vessel, did you say?

15      A       Yeah, yeah.

16      Q       And that was in what month?

17      A       October.

18      Q       Of 2008?

19      A       Yes.

20      Q       And what was the freight rates at that

21   time for a Panamax vessel?

22      A       Freight rates, I do not recall.  But they

23   were still not as bad, because in October the market

24   was already very much depressed; however, the bottom

25   was in December, as far as I recall.



1                THE WITNESS:  Can we take a break?

2                MR. CHALOS:  Bill, he wants to know if he

3     can take a break.

4                MR. BENNETT:  No, no, sure.  Good time to

5     take a break.

6                (Recess)

7     BY MR. BENNETT:

8          Q     Mr. Baransky, can you put your statement

9     in front of you.

10               Go to paragraph 10.

11         A     Yeah.

12         Q     It states in the middle of the paragraph,

13    quote, "During September 2008 ICI had dozens of Panamax

14    vessels idle in the U.S. Gulf at approximately $90,000

15    and higher per day."

16               Do you see that?

17         A     Yeah.

18         Q     Do you literally mean that there were

19    dozens of ships idle in the gulf?

20         A     There were a lot of ships.

21         Q     Well, what's a lot?  Is it five?  Six?

22         A     No, there were dozens.

23         Q     Dozens?

24         A     Yeah.

25         Q     In one area of the gulf?



1          A      No.   I wouldn't say that all of them were

2    in the U.S. Gulf.   I mean, maybe, maybe a dozen in the

3    U.S. Gulf, a dozen in Singapore.   I don't know.   I

4    don't recall.   But there were a lot of ships there

5    losing a lot of money.

6          Q      Is that statement inaccurate then?

7    Because when I read it, it seems like you had 24 ships

8    sitting in the U.S. Gulf?

9          A      Where do you get 24?

10         Q      Well, "dozens" is plural.   You know, one

11   dozen is 12.

12         A      Oh, yeah, yeah.

13         Q      It seems like a lot of ships to be in one

14   area.

15         A      Well, to be absolutely accurate, I do not

16   recall all the areas where the ships were idle.   I

17   do -- total amount of ships which -- I don't remember,

18   you know, time frame, but I think they had 60,

19   probably, or something like that --

20         Q      That's --

21         A      -- at any moment, at any moment.

22         Q      It seems to be a lot of the same type of

23   ship in one area at the same price, which seems to be

24   not correct.

25         A      Well --



1      Q      I can't imagine a charterer would charter

2  dozens of ships at the same rate and put them in the

3  same area of the world.  It doesn't make sense.

4            MR. CHALOS:  Is that a question?

5  BY MR. BENNETT:

6      Q      Does it make sense to you?

7      A      Well, it can be.  I cannot --

8      Q      Well, where did you get that information

9  from then to say that?

10     A      This information is from my belief.

11 Maybe, maybe not only U.S. Gulf, maybe also in

12 Singapore, but dozens is -- number is correct, dozens

13 of ships, yeah.

14     Q      You mean dozens of ships around the

15 global ICI had on charter?

16     A      Yeah, that would be more correct.

17     Q      Okay.  And were they all chartered in at

18 $90,000?  Because my memory, 2008, Panamax never got up

19 to 90,000?

20     A      No, they got.  They got.  I recall they

21 were 90,000.  Of course, not -- well, I do not recall

22 the rates exactly, no.  I don't -- how can I remember

23 which was the rates at that time, you know?  But the

24 amount was -- was significant.

25     Q      Was it the practice of ICI to voyage



1    charter or time charter on a long-term basis?

2          A    Both.  Both.  Both.

3          Q    And in September of 2008 you had

4    mentioned about 60 ships that ICI had on charter?

5          A    I -- I not telling about -- I said during

6    course of, let's say, 2008, there would probably be

7    about, from 50 to 65 ships at any given moment in

8    operations probably.  That's what I recall.

9          Q    Were they all subject to FFAs?  Or did

10   you have --

11         A    FFA is completely different thing.  What

12   do you mean were they subject --

13         Q    Is it fair to say then that the dozens of

14   ships that you're talking about that were subject to a

15   $90,000 hire rate per day was based on charter party?

16         A    No.

17              What we are talking about here is -- is

18   physical ships.  It has nothing to do with FFA.

19         Q    And do you have the charter parties for

20   those ships?

21         A    No.  Where would I get them from?

22         Q    Well, did you, as being a member of the

23   chartering department --

24         A    Yeah.

25         Q    -- did you have charters that were



1   involved in these ships being idle that you recall?

2          A     Some -- some of them I had, of course I

3   had.  But they were all saved on the computers based

4   in -- in IC Ukraine, so --

5          Q     I'm going to hand you the Complaint that

6   we filed, which has as an exhibit the Baltic index,

7   which starts January of '08 and goes up.  And tell me

8   after you've had a moment to review that.

9          A     This is Panamax and capes, all right, and

10  this is average for months is put here; right?

11                Is it average for months?

12         Q     I believe so.  I believe that's the index

13  right there.

14                Is my question to you is of those dozens

15  of ships, were they all chartered in or about the same

16  time?

17         A     No.

18         Q     Because the months --

19         A     No.  The -- Industrial Carriers was

20  working constantly.  It wasn't like Industrial Carriers

21  suddenly took a lot of ships and that's it.  There were

22  different trades; there were different commitments as

23  far as I recall.  But there was not like Industrial

24  Carriers went to the market; we pick up everything.

25         Q     But you'll see that when you read that



1   index from January '08 on to October of '08, the market

2   never hit 90,000; correct?

3          A      Yeah, May -- this is average, no, this is

4   average for the month, so average for May was 81.  So

5   probably within May, that probably was a time when it

6   was 90,000 because we don't have here a breakdown by

7   this.

8          Q      So --

9          A      Probably.

10         Q      -- on that particular day that it did hit

11  90, did ICI go out and charter dozens of ships?

12         A      No.  No.

13         Q      So what I'm saying is that the statement

14  in your declaration that ICI had dozens of ships in the

15  U.S. Gulf at $90,000 a day is not correct.  It's

16  inaccurate.  Right?

17         A      I think -- I think I have to agree with

18  you.

19         Q      Okay.  When you left -- you claim that

20  you ceased working at ICI in early of September of

21  2008?

22         A      During course of September.  I don't

23  remember.  Early or mid.  Probably mid.  I don't know.

24  During course of September.  I don't really recall.

25         Q      And was that based upon ICI anticipating



1  filing for bankruptcy?

2       A    No.  At that time -- well, I don't -- I

3  don't really recall what was first, but either it was

4  first rumor about filing bankruptcy or whether it was

5  information that ICI stops paying.  I don't recall what

6  was first.

7            But that was based on both factors:  ICI

8  stopped paying and rumors that there are talks about

9  filing bankruptcy, right.  And, actually, if you can

10  look at this index, you see in September it was 70,000.

11  In October it's 90,000.

12            So during course of September it dropped

13  quite significantly.  It would be real interesting to

14  see the breakdown, breakdown for this.  In November

15  it's 4,000.

16       Q    I want to get back to -- so you leave in

17  September and then you get to your office in Vista in

18  November --

19       A    No; October.

20       Q    October.  And your first ship is the

21  HARMONY FALCON?

22       A    Right.

23       Q    Do you recall who your counter party was

24  on that?

25       A    Counter party of -- which counter party



1   are you talking about?

2          Q     Well, why don't you explain the

3   transaction to me.

4                You go out, you charter the HARMONY

5   FALCON.

6          A     Right.

7          Q     For what purpose?

8          A     To carry iron ore from Ukraine to China.

9          Q     And whose iron ore was it?

10         A     Metinvest.

11         Q     And you're going to go from the Ukraine

12   to China?

13         A     Right.

14         Q     Who did you charter the HARMONY FALCON

15   from?

16         A     What do you mean from?

17         Q     Who was the owner of the HARMONY FALCON?

18         A     It was Vietnamese, some Vietnamese

19   shipping company.

20         Q     And it was a Panamax?

21         A     Yeah.

22         Q     And what was the hire rate that was

23   agreed in the charter party?

24         A     Hire rate, to the best of my

25   recollection, it was between 15 and 18,000.



1      Q      And how much money did you have to put up

2   front for the bunkers?

3      A      Well, I don't recall.  I mean, I can

4   make -- let's make assumptions now.

5             So if the ship is, what, okay, let's

6   assume 15,000 a day.  Multiplied by 45 days, which is

7   the usual trip from -- but I don't remember where was

8   the delivery of the ship, maybe it was not in

9   Mediterranean Sea.  I don't recall.

10            But, okay, let's assume 50 days, which 50

11  days -- 50 days, which, by 15,000, so 750,000 for the

12  hire, you have to put -- you have to put bunkers.

13  Bunkers are roughly about a thousand -- 1,200 tons of

14  fuel oil --

15     Q      So that's about another $600,000?

16     A      No.  At that time prices for bunkers --

17  I don't remember which ship was that, but I do remember

18  that at the beginning of Vista we had -- but it was the

19  lowest, of course.  We had the figure of 190 bucks per

20  ton in Ukraine.  That the lowest and maybe not proper

21  to attach -- to attach to this particular figure, but

22  you can estimate 220 bucks, roughly, during that period

23  of time because, as you remember, oil prices went down

24  and bunker prices dropped from -- and I don't know

25  where they were before, maybe 800, but they were quite



1    low.

2              Oil was $150, as well as I recall; it

3    went down to 35 or something like that.   And fuel oil

4    was same.   So for fuel oil, 1,200, but 220 is what --

5    roughly about 250,000, 260,000 bucks probably is for

6    fuel -- is for fuel, so, okay, that's about roughly a

7    million.   Then you have to pay DA, which is a hundred

8    thousand bucks.

9              So roughly one -- I would expect, before

10   receiving freight, I would have spent probably 1,

11   1.2 million.

12        Q     And you'll agree with me that during the

13   time period of after the crash all the way through

14   2009, the margins that charterers were getting were

15   very, very small?

16        A     No.   I don't agree with you, absolutely.

17        Q     You disagree with that?

18        A     Yeah, I disagree.

19        Q     So this voyage was profitable for you?

20        A     Yeah, this voyage was profitable,

21   absolutely.

22        Q     And who did you obtain your funds from?

23   You chartered; right?

24        A     Yes.

25        Q     Was it the receiver of the cargo?



1        A        The funds?

2        Q        Yes.

3        A        No.  I have personal funds, I have

4    borrowed funds, I have -- well, personal and borrowed

5    funds, yeah.

6        Q        Okay.  So what about the freight?  Who

7    did you get the freight from?

8        A        From Metinvest; from the charterer.

9        Q        And who was your contact at Metinvest

10   personally?

11       A        Well, so many people have changed.  You

12   are talking about what time frame?  A lot of people

13   have changed.

14       Q        Did you have long-term contract with

15   Metinvest?

16       A        No, never did.

17       Q        So the borrowed funds; you mentioned you

18   received a million dollars from your mother?

19       A        Right, about -- this is rough.

20       Q        Is that U.S. dollars?

21       A        That's all U.S. dollars, but that's

22   roughly.  I do not recall exactly because this was in

23   cash.  This was not in wire transfer or anything, so I

24   do not -- I cannot tell you exactly.  This was crazy

25   time, you know, when I was running around all the



1   place.

2          Q      So you actually had a million dollars of

3   cash?

4          A      From my mother, yeah.

5          Q      Yeah?

6          A      Yeah.

7          Q      In a suitcase?

8          A      Yes, in a suitcase.  That's quite normal

9   in Ukraine.  Ukraine you can have millions of dollars

10  in suitcases.  That's what it is.

11         Q      Okay.  And then -- so other than borrowed

12  money from your mother, you said you had personal

13  funds?

14         A      Yeah, yeah.

15         Q      And how much?

16         A      As I told you, I have locked up funds

17  which were locked up, which I was receiving later, but

18  I didn't use them for this fixture because I was not

19  able to.  Plus I have free funds, but to my best

20  recollection, I had -- well, I don't really remember,

21  but it would be between -- I think something about one

22  million, should be something like that.

23                Part of it was bonus from Industrial

24  Carriers and another part was the funds we should have

25  earned doing brokerage business.  Because I didn't



**ZAHN**
COURT REPORTING
www.zahncourtreporting.com

1   invest whole amount, which I earned in brokerage.  I

2   invest half.  Another -- maybe not half.  Maybe some

3   amount.  Not amount -- I don't recall whether it was

4   also in the bank or it was -- or I cashed it out.  I

5   don't really remember.

6          Q     Did Vista need P & I cover immediately

7   upon --

8          A     I think -- I think we did P & I cover,

9   but I think it was done later.  I think for this

10  venture there was no P & I cover.  I think P & I cover

11  was arranged in December most probably.

12         Q     And after the FALCON, do you recall when

13  your next venture was?

14         A     I don't recall next venture.  I can

15  recall a couple of ships which I chartered during

16  course of December.  It was TRANSOCEAN.  It was MAGPIE,

17  M-A-G-P-I-E.  That's -- I don't recall others.

18               Why MAGPIE was -- came into my head?

19  This was the cheapest ship we ever chartered; we paid

20  for her one and a half, well, 1500 bucks delivering,

21  taking delivery in Black Sea or Eastern Mediterranean,

22  delivered to China.  We were paying 1500 bucks per day,

23  which was nothing, you know.

24         Q     And what did that -- what cargo did that

25  carry?  Metinvest cargo?



1          A     Yes.

2          Q     And what was Metinvest giving you per day

3     of freight?

4          A     I don't recall really.  I believe --

5     well, I don't recall for HARMONY FALCON because it was

6     more expensive.  But I think from December the freights

7     were about -- ah, for MAGPIE, to the best of my

8     recollection, it was something in between 16 and 17

9     bucks.  But this was the lowest.  It was, I think, the

10    lowest freight we had.

11         Q     So from the time that you started Vista

12    in November of 2008, you do the FALCON fixture, you

13    then have the MAGPIE fixture --

14         A     As I told you, I don't remember the exact

15    order.  There were a number of ships.  In November we

16    have fixed number of ships, I don't remember, five

17    maybe or something like that.  Then in January, more,

18    more, more, and started growing gradually.

19         Q     So based upon your -- based upon the five

20    ships that you did in November, you would need about

21    five million dollars of capital to do that?

22         A     No, no.  I wouldn't say so.  I wouldn't

23    say so.

24         Q     You just explained to me that you would

25    need $1.1 million for the FALCON and you just said that



ZAHN
COURT REPORTING
www.zahncourtreporting.com

1    you did five --

2         A    No, no --

3         Q    You said you did five fixtures in

4    November.

5         A    Yes, yes.

6         Q    You then did the MAGPIE and another ship

7    in December, so that's seven ships within 30 days.

8    You're going to need about 7, $8 million?

9         A    That's incorrect.

10        Q    Okay.  That's fine.  If you think I'm

11   incorrect --

12        A    But can I explain?

13        Q    Sure, go ahead.  Why don't you explain.

14        A    FALCON is not representative fixture

15   because it was concluded, because it was concluded in

16   October 2008, at 20,000 bucks.

17             Next fixture, as I told you, were

18   concluded, to the best of my recollection, in December.

19             In December, average, as stated here, was

20   7,000.  But, actually, we were fixing less.  I don't

21   think it's actually correct.  We were fixing, as I told

22   you, 1500, okay, that was the cheapest.  But others,

23   maybe 1300.  But the rest were very cheap.

24             In order to operate such a ship, if you

25   are paying 3,000 bucks per day, you estimate.  Okay,



1    3,000 bucks by 40 days is 120,000 bucks for the ship,

2    which is absolutely nothing.  You end up bunkers,

3    250,000, you're ending up 370 here.  Your disbursement,

4    hundred thousand, 470 here.  And that's it.

5         Q    Well, on those numbers then, you're going

6    to need at least over five million dollars and all you

7    have told me about is about a million dollars from your

8    mom and a million dollars of savings.

9         A    No, no, no.  You need for a ship, at that

10   time, you would need about half million bucks.

11   Especially since you did not -- you do not need to

12   bunker the ship, especially Ukraine.  You can bunker in

13   Ukraine or bunker it in Singapore.  If you bunker it in

14   Singapore, you receive the freight and then you pay for

15   the bunkers.

16        Q    Are you familiar with the vessel called

17   the V-EUROPE?

18        A    Yes, sir, of course.

19        Q    Was that purchased using cash?

20        A    Yes.

21        Q    How much?

22        A    The price of the ship was 6.5 million, as

23   far as I recall.

24        Q    The V-AUSTRALIA, do you recall what you

25   purchased that for?



```
 1        A      No, I do not recall.

 2        Q      That was a cash purchase; right?

 3        A      I think so.

 4        Q      The V-KERKIS?

 5        A      Yes.

 6        Q      Do you remember that purchase?

 7        A      Yes, I do.

 8        Q      How much was that for?

 9        A      I don't know.  About 12 million probably.

10  I don't recall.

11        Q      That was cash; right?

12        A      Yeah, of course.

13        Q      And the FATHER S?  Do you remember that

14  vessel?

15        A      Yeah.

16        Q      Was that named after your father?

17        A      Yeah.

18        Q      And what's the -- what did you purchase

19  that for?

20        A      About also 12, maybe 10 million, maybe

21  10 million.  Maybe 10 million, I don't know.

22        Q      And that's cash?

23        A      Yeah, all of the ships were bought cash.

24        Q      PHOENIX?

25        A      Yeah.
```



```
1          Q      How much was that cash?
2          A      I don't recall.  This was cheaper.  Maybe
3    9 million.  I don't know.
4          Q      The CAPE MELBOURNE?
5          A      Yes.
6          Q      How much was that purchased for?
7          A      I don't recall.  All of the ships were in
8    numbers around 10 million.
9          Q      And the CAPE VIEWER?
10         A      Yes.
11         Q      How much did you purchase that for?
12         A      I don't recall.  9 million or something
13   like that.
14         Q      What about the two tankers, do you recall
15   what they were purchased for?
16         A      One at 8 million and the other one I
17   don't recall.
18         Q      And what about the CAPE CLIMBER?
19         A      It's about the same as CAPE VIEWER.
20         Q      8 million cash?
21         A      Around that number.
22         Q      CAPE MADRESS?
23         A      Yes.
24         Q      8 million?
25         A      Yes.
```



1        Q      Cash?

2        A      Yes.

3        Q      And the CAPE KESTREL?

4        A      Yes.

5        Q      About 10 or 8 million cash?

6        A      CAPE KESTREL was 12 million, I think.  It

7    was recent one.

8        Q      From the time you started your company in

9    November of 2008, it's your testimony that you were

10   able to manage to have cash available in the tune of

11   about $100 million?

12       A      I had more cash available.  More than

13   that.

14       Q      And none of that came from ICI?

15       A      None.

16              MR. CHALOS:   We're in the wrong business,

17   Mr. Bennett.

18   BY MR. BENNETT:

19       Q      So your testimony as you sit here today

20   is that your father has not provided you with any

21   financial benefits to assist you in any of your

22   business dealings since you left ICI?

23       A      No.

24       Q      And what about the mother -- the money

25   that your mother had provided to you, where did she



1  obtain that money from?  Was that through your father?

2       A     I believe so.  I believe so.  But that

3  was a divorce settlement back in -- ten years ago.

4       Q     Have you discussed with your father the

5  ICI bankruptcy in recent years?

6       A     In recent years?  I think so, yeah.

7       Q     And has he told you where the money went?

8       A     As per information -- as per my belief

9  and information, as I was paying -- as I was paying,

10  you know -- and I don't believe that some of the

11  money -- but I don't know, of course, because I am not

12  the one who is -- well, I'm not the one who is

13  responsible for bank accounts.  How could I know where

14  the money went?  But I don't believe that some of the

15  funds went elsewhere.

16       Q     You had listed some assets earlier today,

17  some barges and some crane barges.

18            If I had records which indicated that ICI

19  was actually an owner of a barge that Vista now owns,

20  how would you explain that?

21       A     It's impossible for you to have such

22  accurate records, because they do not exist.

23       Q     If the insurance records and entry

24  records indicate that there were vessels that ICI

25  controlled either through charter, and they obtained



1    defense cover for those vessels, that are now being

2    operated by Vista, how would you explain that?

3            A      This can't be the case, of course,

4    because there are hundreds of Capesizes in the world,

5    and Vista was chartering Capesizes.  So what.  This

6    doesn't mean anything at all.  Absolutely.

7            Q      And do you find it a coincidence that

8    when ICI ceased doing business in October of 2008 and

9    Vista began doing business in November of 2008 and had

10   the same main employees and took over the contract to

11   deliver iron ore to China?

12           A      What do you mean took over the contract?

13   I don't understand the meaning.

14           Q      You began trading on same routes ICI did

15   using the same contacts; correct?

16           A      Partially.  Not absolutely.  Partially.

17   But that --

18           Q      For the most part.

19           A      That's what everybody did.  That's not

20   only Vista did.  Because Industrial Carriers ceased

21   existing.  What would you do if you were in my place

22   and the company disappeared and you have connections?

23   You would do the same.

24           Q      Depends on how I was treated as a

25   shareholder.



1        A        Sorry?

2        Q        I guess it would depend; right?  You're a

3    shareholder of ICI; correct?  You were a shareholder of

4    ICI?

5        A        Up --

6        Q        You were told you were a shareholder --

7        A        Yes, I was told I was a shareholder,

8    yeah.

9        Q        And as a shareholder, do you feel that

10   you're obligated to make sure that ICI operated its

11   business in proper fashion?

12       A        This is obligation of Board of Directors.

13       Q        Did --

14       A        If you are a shareholder of Microsoft,

15   are obligated, if something goes wrong with Microsoft

16   to take care of Microsoft.

17       Q        Well, we're not talking about Microsoft

18   where there's shares being traded.  We're talking about

19   a small, closely-held company where you and your father

20   owned 51 percent of the shares and there's a company

21   that is owed $19 million and ICI vanishes and doesn't

22   pay them.  That's what we're here for today; correct?

23               MR. CHALOS:  Objection.  What do you mean

24   "vanishes"?

25



1  BY MR. BENNETT:

2          Q      ICI owned -- owes Flame $19 million;

3  correct?

4          A      Yeah, based on the -- on the documents,

5  yeah.

6          Q      And you don't dispute that ICI owes that

7  money?

8          A      I don't know -- I don't dispute nor I

9  cannot -- probably I say owes.  Probably.

10         Q      So when you were coming here to give

11  testimony, did you speak to your father to get an

12  explanation as to how this all came about?

13         A      I met with him, yes, but, well, as I told

14  you, as per information obtained from, not only from

15  him, from others, there is nothing wrong.  I don't know

16  details but --

17         Q      Does Michael Ivanov know the details?

18         A      No.  How he could know details?  There

19  was a Greek office responsible for everything, for

20  financial transactions.

21         Q      Do you have your declaration in front of

22  you?

23                When did you first read your declaration?

24  Do you recall where you were?  Were you in the United

25  States or were you somewhere else?

