IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



FLAME S.A.,

    Plaintiff

GLORY WEALTH SHIPPING PTE LTD.,

    Consolidated Plaintiff

v.

INDUSTRIAL CARRIERS, INC.,
VISTA SHIPPING, INC.,
FREIGHT BULK PTE. LTD., AND
VIKTOR BARANSKIY,

    Defendants.

CIVIL NOS. 2:13cv658, 2:13cv704

## ORDER

This matter comes before the Court on Flame S.A.'s ("Flame") Motion to Compel Owner to Care for Vessel and Crew. ECF No. 66. Inasmuch as Flame contends that the vessel at issue in this case, the M/V CAPE VIEWER, is due to run out of fresh water and fuel "in less than one week's time," the Court hereby **ORDERS** Defendant owner Freight Bulk, Pte. Ltd. to respond to the instant Motion before midnight tonight, February 13, 2014.

The Clerk is **DIRECTED** to forward a copy of this Order to all Counsel of Record.

IT IS SO ORDERED.

/s/
Robert G. Doumar
Senior United States District Judge

UNITED STATES DISTRICT JUDGE

Norfolk, VA
February 13, 2014