# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
   Norfolk    DIVISION

## Friday, February 21, 2014

**MINUTES OF PROCEEDINGS** **IN**      Open Court
**PRESENT**: THE HONORABLE      Robert G. Doumar, Senior United States District Judge
Courtroom Deputy:   Lori Baxter
Law Clerk:    Jon Gryskiewicz                                                              Reporter:   Heidi Jeffreys, OCR

| Set:   11:00 a.m. | Started:   11:00 a.m. | Ended:   11:23 a.m. |
|---|---|---|
| Case No.   2:13cv658 | | |
| | | |
| FLAME S.A., Plaintiff; Glory Wealth Shipping Pte Ltd., Consolidated Plaintiff | | |
| v. | | |
| Industrial Carriers, Inc. | | |
| | | |
| Appearances:    Steven M. Stancliff and William R. Bennett, III for the Plaintiff.    Patrick M. Brogan and George M. Chalos for Defendant Freight Bulk PTE. Ltd.    Michelle T. Hess and James Power (by telephone) for Consolidated Plaintiff Glory Wealth Shipping. | | |
| | | |
| Hearing held re [61] Motion for Order of Sale of M/V Cape Viewer by FLAME S.A.    Court questioned Glory Wealth re previous instructions to attach and Glory Wealth advised it had not attached the vessel.    Court advised counsel that it may dismiss their case in one week for lack of prosecution.    Court further admonished deft. regarding misquotes and misleading information in its briefs to the Court.    Court directed that a teleconference be set for Thursday, 2/27/14 at 10:00 a.m. to discuss the remaining motions/issues.    The parties were directed to file bond information by Wednesday 2/26/14 no later than 12:00 noon.    Further, they are to file position papers on 2/26/14 no later than 12:00 noon. | | |
| | | |
| | | |
| | | |
| | | |

Total Hours:   _____