# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF VIRGINIA

## Norfolk Division

| | |
|---|---|
| FLAME S.A., <br><br> Plaintiff, <br><br> GLORY WEALTH SHIPPING PTE LTD., <br><br> Consolidated Plaintiff, <br><br> v. <br><br> INDUSTRIAL CARRIERS, INC., <br><br> VISTA SHIPPING, INC., and <br><br> FREIGHT BULK PTE. LTD., and VIKTOR BARANSKIY, <br><br> Defendants. | Civil Action No. <br><br> 2:13-cv-00658-RGD-LRL <br><br> 2:13-cv-00704-RGD-LRL |

## DECLARATION OF WILLIAM R. BENNETT, III, ESQ.

I, William R. Bennett, III, Esq., declare under the penalty of perjury that the following is true and correct:

1. Pursuant to the Court's February 28, 2014 Order (Dkt. # 88) setting a bar date for cargo owner and charterer to intervene in the referenced matter, the undersigned and local counsel for Flame S.A. did provide a copy of the Court's Order to counsel representing Vitol S.A. (cargo owner) and to the chartering department of Noble, Inc. (charterer) via email.

2. A copy of the emails to Vitol's counsel and Noble's chartering department are attached hereto.

140487.00602/7346871v.1

Dated: New York, New York
March 6, 2014

*William R. Bennett*
_____
William R. Bennett, III

140487.00602/7346871v.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2014, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such electronic filing to the following counsel of record:

| | |
|---|---|
| Patrick M. Brogan<br>DAVEY & BROGAN, P.C.<br>101 Granby Street, Suite 300<br>Norfolk, Virginia 23510<br>Tel: (757) 622-0100<br>Fax: (757) 622-4924<br>Email: pbrogan@daveybroganpc.com<br>*Attorney for Defendant Freight Bulk PTE, LTD.* | Michelle Hess (VSB No. 71080)<br>HOLLAND & KNIGHT, LLP<br>1600 Tysons Blvd, Suite 700<br>McLean, VA 22102<br>Tel: (703) 720-8600<br>Fax: (703) 720-8610<br>Email: michelle.hess@hklaw.com<br>*Attorney for Consolidated Plaintiff Glory Wealth Shipping Pte Ltd.* |
| George M. Chalos (*pro hac vice*)<br>CHALOS & CO., P.C.<br>55 Hamilton Avenue<br>Oyster Bay, New York 11771<br>Tel: (516) 714-4300<br>Fax: (516) 750-9051<br>Email: gmc@chaloslaw.com<br>*Attorney for Defendant Freight Bulk PTE, LTD.* | James H. Power (*pro hac vice*)<br>HOLLAND & KNIGHT, LLP<br>31 West 52nd Street,<br>New York, NY 10019<br>Tel: (212)513-3200<br>Fax: (212)385-9010<br>Email: James.power@hklaw.com<br>*Attorney for Consolidated Plaintiff Glory Wealth Shipping Pte Ltd.* |

*/s/ Steven M. Stancliff*
Steven M. Stancliff, VSB No. 73853
*Attorney for Plaintiff Flame S.A.*
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, VA 23510
Tel: (757) 623-3000
Fax: (757) 623-5735
sstancliff@cwm-law.com