UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FLAME S.A.,

          Plaintiff,

GLORY WEALTH SHIPPING PTE LTD.

          Consolidated Plaintiff,        Civil Action No: 2:13cv658-RGD-LRL

-against-

INDUSTRIAL CARRIERS, INC., et al.,

          Defendants.

## ORDER

This matter comes before the Court on Glory Wealth Shipping Pte Ltd.'s ("Glory Wealth") request that the Court issue a bar date by which time claims against the M/V CAPE VIEWER (the "Vessel") must be made by the cargo owner, the charterer, and any other entity wishing to assert a claim against the Vessel. The Court ruled that the bar date shall only apply to the owner of the cargo laden aboard the Vessel, believed to be Vitol S.A. and the charterer of the Vessel, believed to be Noble Chartering based in Singapore.

IT IS HEREBY **ORDERED** that Flame S.A. and Glory Wealth arrange for publication in TradeWinds and a newspaper of general circulation in Norfolk, Virginia. Flame S.A. and Glory Wealth are **ORDERED** to publish the publication once a week for four consecutive weeks and evenly divide the costs of doing so. The publication is **ORDERED** to be in the following form:

NOTICE

All parties owning any part or all of any cargo laden aboard the M/V CAPE VIEWER or having a charter of any kind for any part or all of any voyage for the period including November

22, 2013 through April 10, 2014 of the M/V CAPE VIEWER, shall appear before the United States District Court, Eastern District of Virginia, Norfolk Division and set forth their claims by intervening in *Flame S.A., et al., v. Industrial Carriers, Inc., et al.,* Civil Action No. 2:13-cv-658. If such parties do not assert their claims on or before April 11, 2014 at 5:00 pm, they are barred from asserting their claims absent an extraordinary showing of good cause.

The Court **ORDERS** that Flame S.A. and Glory Wealth inform the Court that they have complied with this order by filing evidence of compliance with the Court. The Court expects the first publication in TradeWinds and the Norfolk newspaper to be March 12, 2014.

This Order supersedes the Court's earlier Order setting a bar date of March 31, 2014.

The Clerk is **DIRECTED** to forward a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED.**

Robert G. Doumar
Senior United States District Judge
UNITED STATES DISTRICT JUDGE

Norfolk, VA
March 7, 2014