# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
   Norfolk    DIVISION

## Thursday, March 6, 2014

**MINUTES OF PROCEEDINGS** IN      Chambers
**PRESENT**: THE HONORABLE      Robert G. Doumar, Senior United States District Judge
Courtroom Deputy:   Lori Baxter
Law Clerk:    Jon Gryskiewicz                               Reporter:   Heidi Jeffreys, OCR

| Set:   4:00 p.m. | Started:   4:08 p.m. | Ended:   4:50 p.m. |
|---|---|---|

| Case No.    2:13cv658 |
|---|
| |
| FLAME S.A., Plaintiff; Glory Wealth Shipping Pte Ltd., Consolidated Plaintiff |
| v. |
| Industrial Carriers, Inc. |
| |
| Appearances by Telephone:    Steven M. Stancliff and William R. Bennett, III for the Plaintiff.    Michelle T. Hess and James Power for Consolidated Plaintiff Glory Wealth Shipping.    Patrick M. Brogan and George M. Chalos for Defendant Freight Bulk PTE. Ltd.    Mark Coberly. |
| |
| Status conference held.    Arguments of counsel heard.    Court ORDERED the plaintiffs to publish notice in a newspaper that is promulgated in Norfolk, VA with general circulation and also publish notice in a maritime publication re the sale of M/V Cape Viewer.    Parties to share the expense of the publication.  The Court further ordered that any expenses occurring since the attachment by Glory Wealth will be split between the plaintiffs and be paid to the substitute custodian.    The Court will issue an order.  All discovery motions are to be scheduled with and heard by Magistrate Judge Leonard. |

Total Hours: _____