# EXHIBIT 5
## (Motion to File Under Seal Pending)