**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

FLAME S.A.,

Plaintiff,

GLORY WEALTH SHIPPING PTE LTD.,

Consolidated Plaintiff,

v.

INDUSTRIAL CARRIERS, INC.
VISTA SHIPPING, INC., and
FREIGHT BULK PTE. LTD.,

Defendants.

Civil Action No:  2:13-cv-658
2:13-cv-704

**NOTICE OF FILING**

**NOW COMES** specially appearing Defendant FREIGHT BULK PTE. LTD. ("FBP"), by and through undersigned counsel, subject to its restricted appearance in the U.S. District Court for the Eastern District of Virginia pursuant to Supplemental Rule E(8), the pending appeal to the Fourth Circuit Court of Appeals, and its pending dispositive motions to Vacate and Dismiss the Attachment. Without conceding jurisdiction or waiving any other issue that is currently before the Court of Appeals or this Court on other motion, FBP files herewith the Declaration of Michael Ivanov, in relation to the costs and expenses incurred by FBP as a result of the attachment of the M/V CAPE VIEWER and FBP's request for a bond or other security pursuant to Supplemental Rule E(2).

Dated: May 9, 2014

Respectfully submitted,

By:   /s/ Patrick M. Brogan

DAVEY & BROGAN, P.C.
Mr. Patrick M. Brogan (VSB No. 25568)
101 Granby Street, Suite 300
Norfolk, Virginia 23510
Telephone: 757.622.0100
Facsimile: 757.622.4924
Email: pbrogan@daveybroganpc.com

-AND-

MAYER BROWN LLP
Reginald R. Goeke (*Pro Hac Vice*)
Marcus A. Christian (*Pro Hac Vice*)
Adam L. Hudes (*Pro Hac Vice*)
1999 K Street, NW
Washington, DC 20006-1101
Tel: 202.263.3000
Email:  rgoeke@mayerbrown.com
       mchristian@mayerbrown.com
       ahudes@mayerbrown.com

*Attorneys for Specially Appearing*
*Defendant FREIGHT BULK PTE. LTD*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2014, I caused the foregoing Notice of Filing to be electronically filed with the Clerk of the Court using the CM/ECF system, which in turn will provide electronic notification of and access to such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Dated: May 9, 2014

By: /s/ *Patrick M. Brogan*

Patrick M. Brogan, Esq. (VSB No. 25568)
**DAVEY & BROGAN, P.C.**
101 Granby Street, Suite 300
Norfolk, Virginia 23510
Tel: (757) 622-0100
Fax: (757) 622-4924
PBrogan@daveybroganpc.com

*Counsel for Specially Appearing*
*Defendant Freight Bulk Pte., Ltd.*