# EXHIBIT A

# EXHIBIT 2

# M/V "CAPE VIEWER"

| | Deck department | | Req.No.: D 131/13 |
|---|---|---|---|
| | | | Date: 18.12.2013 |

Name of equipment: PROVISIONS FOR 2 MONTHs
Type:
Serial No.:
Maker:
Drawing :
Status of requisition:

**URGENT - NEWPORT NEWS ANCHORAGE**

| Item | Item Code | Item Description | Quantity Requested | Unit | Unit PRICE | |
|---|---|---|---|---|---|---|
| | | **PROVISION** | | | | |
| 1 | | POTATO | 200 | KG | 0,86 | 172 |
| 2 | | CABBAGE | 60 | KG | 0,99 | 59,4 |
| 3 | | DRY ONION | 100 | KG | 1,08 | 108 |
| 4 | | CARROT | 30 | KG | 1,08 | 32,4 |
| 5 | | CUCUMBER | 30 | KG | 1,3 | 39 |
| 6 | | TOMATO HALF RIPE | 40 50 | KG | 2,62 | 125 104,8 |
| 7 | | RED RADISH | 5 | KG | 2,4 | 12 |
| 8 | | PARSLEY | 5 | KG | 5,29 | 26,45 |
| 9 | | GREEN BELL PEPPER FRESH | 40 50 | KG | 2,56 | 128 102,4 |
| 10 | | BEETROOT | 20 | KG | 1,95 | 39 |
| 11 | | SPRING ONION | 5 | KG | 4,17 | 20,85 |
| 12 | | EGGPLANT | 20 | KG | 2,4 | 48 |
| 13 | | CAULIFLOWER | 10 | KG | 2,69 | 26,9 |
| 14 | | MARROWS | 10 | KG | 3,64 | 36,4 |
| 15 | | GARLIC | 5 | KG | 5,05 | 25,25 |
| 16 | | | | | | 29,05 |
| 17 | | LEMON | 20 | KG | 2,43 | 48,6 |
| 18 | | BANANA HALF RIPE | 20 | KG | 1,59 | 31,8 |
| 19 | | PEARS | 20 30 | KG | 4,5 | 135 90 |
| 20 | | | | | | 53,26 |
| 21 | | | | | | 46,05 |
| 22 | | FRESH GREEN CHILLIES | 1 | KG | 3,65 | 3,65 |
| 23 | | YOGHURT FRUIT | 192 | CUP | 1,1 | 211,2 |
| 24 | | YOGHURT PLAN | 96 | CUP | 1,65 | 158,4 |
| 25 | | BUTTER UNSALTED | 20 | KG | 7,91 | 158,2 |
| 26 | | SOUR CREAM | 10 | KG | 3,49 | 34,9 |
| 27 | | COTTAGE CHEESE | 30 | KG | 4,72 | 141,6 |
| 28 | | MILK LONG LIFE | 120 | LTR | 2,55 | 306 |
| 29 | | CHEESE GOUDA | 20 | KG | 13,21 | 264,2 |
| 30 | | CHEESE EDAM | 20 | KG | 14,46 | 289,2 |
| 31 | | FETA CHEESE | 15 | KG | 7,16 | 107,4 |
| 32 | | CONDENSED MILK | 48 | TINS | 1,69 | 81,12 |
| 33 | | EVAPORATED MILK | 96 | TINS | 1,29 | 123,84 |
| 34 | | WHITE FLOUR | 200 | KG | 1,15 | 230 |
| 35 | | RICE LONG GRAIN WHITE | 50 | KG | 1,15 | 57,5 |
| 36 | | RISE BASMATI | 70 | KG | 2,62 | 183,4 |

*Petkov Brothers*

| | | | | | |
|---|---|---|---|---|---|
| 37 | SUGAR GRANULATED | 150 | KG | 1,72 | 258 |
| 38 | | | | | 24,92 |
| 39 | | | | | 24,92 |
| 40 | VERMICELLI | 10 | KG | 7,72 | 77,2 |
| 41 | BUCKWHEAT | 20 | KG | 8,28 | 165,6 |
| 42 | ORZO PASTA | 10 | KG | 2,83 | 28,3 |
| 43 | MACARONI ELBOW | 20 | KG | 2,47 | 49,4 |
| 44 | INSTANT NOODLES | 5 | BOX | 7,2 | 36 |
| 45 | CORN FLAKES | 20 | PKT | 2,85 | 57 |
| 46 | PORK CHOP SHOULDER | 60 | KG | 4,6 | 276 |
| 47 | PORK NECK BONELESS | 60 | KG | 4,29 | 257,4 |
| 48 | PORK LEG BONELESS | 120 ~~150~~ | KG | 4,7 | ~~705~~ 564 |
| 49 | PORK TENDERLOIN | 40 | KG | 9,02 | 360,8 |
| 50 | BEEF BONELESS | 500 ~~40~~ | KG | 8,58 | 343,2 429 |
| 51 | BEEF TONGUE | 10 | KG | 13,27 | 132,7 |
| 52 | BEEF LOINS | 20 | KG | 19,78 | 395,8 |
| 53 | CHICKENS WHOLE | 200 | KG | 3,42 | 684 |
| 54 | CHICKEN LEGS BONELESS | 40 | KG | 1,63 | 65,2 |
| 55 | CHICKEN LIVER | 20 | KG | 2,62 | 52,4 |
| 56 | MACKEREL FROZEN | 20 | KG | 9,34 | 186,8 |
| 57 | BACON SLICED | 20 | KG | 9,68 | 193,6 |
| 58 | HAM BOILED | 20 | KG | 4,17 | 83,4 |
| 59 | SAUSAGE MORTADELLA PORK | 20 | KG | 10,78 | 215,6 |
| 60 | PORK SAUSAGE FRANKFURTER | 20 | KG | 5,93 | 118,6 |
| 61 | BREAD TOAST SLICED | 50 ~~100~~ | LVS | 2,25 | ~~225~~ 112,5 |
| 62 | WHITE DRY BEANS | 5 | KG | 3,06 | 15,3 |
| 63 | | | | | 19,95 |
| 64 | YEAST DRY 100 GR | 20 | PKT | 3,19 | 63,8 |
| 65 | CUCUMBER PICKLED 800 grm | 24 | TINS | 3,54 | 84,96 |
| 66 | TOMATO WHOLE x 850 GR | 24 | TINS | 2,26 | 54,24 |
| 67 | SYRUP ASSORTED 750 ML/BTL | 10 ~~12~~ | BTL | 7,25 | ~~87~~ 72,5 |
| 68 | COFFEE INSTANT 200 GRM | 48 | JAR | 9,06 | 434,88 |
| 69 | COFFEE POWDER NATURAL AMERICANO 200 GR | 12 | JAR | 4,49 | 53,88 |
| 70 | LIPTON TEA BAGS    1 PKT/100'S | 25 | PKT | 5,95 | 148,75 |
| 71 | GREEN TEA BAGS    1 PKT/20'S | 5 | PKT | 4,69 | 23,45 |
| 72 | HONEY | 24 | JAR | 3,29 | 78,96 |
| 73 | JAM ASSORTED | 56 ~~64~~ | JAR | 4,25 | ~~275~~ 238 |
| 74 | MUSHROOM WHOLE 400 GRM/TINS | 24 | TINS | 1,79 | 42,96 |
| 75 | APPLE JUICE | 48 | LTR | 1,85 | 88,8 |
| 76 | MULTI-JUICE | 48 | LTR | 1,85 | 88,8 |
| 77 | ORANGE JUICE | 48 | LTR | 1,85 | 88,8 |
| 78 | PINEAPPLE JUICE | 48 | LTR | 1,85 | 88,8 |
| 79 | TOMATO JUICE | 48 | LTR | 1,95 | 93,6 |
| 80 | | | | | 32,75 95,58 |
| 81 | SARDINES IN TOMATO | 48 | TINS | 1,1 | 52,8 |
| 82 | SARDINES IN OIL | 48 | TINS | 1,79 | 85,92 |
| 83 | | | | | 8,75 43,75 |
| 84 | HALVA | 10 | KG | 7,5 | 75 |
| 85 | DRY FRUITS MIXED | 10 ~~20~~ | KG | 11,72 | 234,4 117,2 |
| 86 | SALT HERRING | 10 | KG | 12,5 | 125 |
| 87 | PANGASIUS FILLET | 30 | KG | 5,29 | 158,7 |
| 88 | COOKING OIL 17.23 Ltr/Can | 8 | CN | 39,05 | 312,4 |
| 89 | TOMATO KETCHUP | 48 | BTL | 1,69 | 81,12 |
| 90 | SAUCE CHILLI | 24 | BTL | 2,5 | 60 |
| 91 | OLIVE OIL | 15 ~~20~~ | LTR | 8,17 | 163,4 122,55 |
| 92 | SALT COOKING | 10 | KG | 0,55 | 5,5 |
| 93 | SPLIT PEAS YELLOW | 10 | KG | 5,09 | 50,9 |
| 94 | MINERAL WATER    1.5L x 12 BTLS | 88 ~~100~~ | BOX | 9,45 | 945 |
| | | MASTER    Capt. K. Yarmolenko.    C/p | | | 12810,3 453,6 |

Заявка составлена F на д месяца,
23.12.13
11.8847
11262 US $
25.12.13
23.12.13

71753

# Ships Service

|  | | Quotation Date: | Date Printed: 13/12/2013 | Expiration Date: |
|---|---|---|---|---|

**Phone:** +38 0482 366608  **Fax:** +38 0482 366609
**Issuing Office** CS Ukraine

Quotation Number: 516110427  Revision No: 1

**Our Reference:**
Natalia Shevchenko

Customer Number: 9008160

Customer RFQ Number: E176 /13

Your Reference:

**Delivery Address:**
CAPE VIEWER
NEWPORT NEWS, VA

UNITED STATES

**Document Address:**
SEATRAFFIC SHIPPING CO
TRUST COMPANY COMPLEX
AJELTAKE ROAD, AJELTAKE ISLAND
MAJURO, MH 96960
MARSHALL ISLANDS

**Ship Via:**
ROAD

Terms of Delivery:
EX WORKS

**Salesman:**
KOVALENKO, VITALIY

Wanted Delivery Date:
13/12/2013

**Label Note:**

Payment Terms:
30 Days Net

| Title Del | Part Number Description | | Sale Qty Price Qty | Unit Unit | Price Delivery Date | Disc. Discount | Price Total USD |
|---|---|---|---|---|---|---|---|
| 1 1 | 571380 ENVIROCLEAN 25 LTR | 652 | 0.00 100.00 | LTR LTR | 5.52 13/12/2013 | | 552.00 |
| 2 1 | 571307 ALKALINITY CONTROL 25 LTR | 655 | 0.00 100.00 | LTR LTR | 5.74 13/12/2013 | | 574.00 |
| 3 1 | 571562 SEACARE OSD 25 LTR | 652 | 0.00 100.00 | LTR LTR | 5.61 13/12/2013 | | 561.00 |
| 4 1 | 571745 UNIWASH 25 LTR | 651 | 0.00 75.00 | LTR LTR | 3.00 13/12/2013 | | 225.00 |
| 5 1 | 571687 DISCLEAN 25 LTR | 651 | 0.00 75.00 | LTR LTR | 6.02 13/12/2013 | | 451.50 |
| 999 1 | 607760 DELIVERY CHARGE - CAT. 13 | | 0.00 1.00 | PCS PCS | 423.00 | | 423.00 |

*13.12.4*

**Sub Total:** 2,786.50

**TOTAL:** 2,786.50

*13.12.13*
*13.12.13*

+ delivery 423 USD

| Visit Address 9400 New Century Drive Pasadena, Texas 77507 United States of America | Invoice Address | Phone | Fax | Bank Giro | Postal Giro | VAT Number |
|---|---|---|---|---|---|---|

Case 2:13-cv-00658-RGD-RJK   Document 227-2   Filed 05/09/14   Page 6 of 9 PageID#
Case 2:13-cv-00658-RGD-RJK   Document 65-4   Filed 01/30/14   Page 7 of 13 PageID# 1170
4636

# Wilhelmsen
## Ships Service

|  | Quotation Date: | Date Printed:<br>13/12/2013 | Expiration Date: |
|---|---|---|---|

| Phone: +38 0482 366608 | Fax: +38 0482 366609 | Quotation Number:<br>516110428 | Revision No:<br>1 |
|---|---|---|---|
| Issuing Office CS Ukraine | | | |

| Our Reference:<br>Natalia Shevchenko | Customer Number:<br>9008160 | Customer RFQ Number:<br>E 173/13 | Your Reference: |
|---|---|---|---|

Delivery Address:
CAPE VIEWER
NEWPORT NEWS, VA


UNITED STATES

Document Address:
SEATRAFFIC SHIPPING CO
TRUST COMPANY COMPLEX
AJELTAKE ROAD, AJELTAKE ISLAND
MAJURO, MH 96960
MARSHALL ISLANDS

Ship Via:
ROAD

Terms of Delivery:
EX WORKS

Salesman:
KOVALENKO, VITALIY

Wanted Delivery Date:
13/12/2013

Label Note:

Payment Terms:
30 Days Net

| Title<br>Del | Part Number<br>Description | | Sale Qty<br>Price Qty | Unit<br>Unit | Price<br>Delivery Date | Disc.<br>Discount | Price Total<br>USD |
|---|---|---|---|---|---|---|---|
| 1<br>1 | 905026<br>ACETYLENE A-40 FILLING<br>6.2 KG | 710 | 0.00<br>4.00 | PCS<br>PCS | 78.75<br>13/12/2013 | | 315.00 |
| 2<br>1 | 905034<br>OXYGEN O-40 FILLING<br>6.0 M3 | 711 | 0.00<br>9.00 | PCS<br>PCS | 67.20<br>13/12/2013 | | 604.80 |
| 999<br>1 | 607760<br>DELIVERY CHARGE - CAT. 13 | | 0.00<br>1.00 | PCS<br>PCS | 423.00 | | 423.00 |

**Sub Total:** 1,342.80

**TOTAL:** 1,342.80

This quotation is valid for 30 days as from the date of quotation.

*Explore the new WSS product catalog in print (part no 812212) or online at wssproducts.wilhelmsen.com*

| Visit Address<br>9400 New Century Drive<br>Pasadena, Texas 77507<br>United States of America | Invoice Address | Phone | Fax | Bank Giro | Postal Giro | VAT Number |
|---|---|---|---|---|---|---|

1



# Glinar

Kandavas str. 8, k-9-54, LV-1083, Riga, Latvia.
VAT No: LV40103329223   Fax: +371 67 47 31 19
E-mail: info@glinar.com   www.glinar.com

Nordea Bank Finland Plc  S.W.I.F.T.: NDEALV2X
EUR: LV55NDEA0000082911573, LVL: LV05NDEA0000082901318
USD: LV92NDEA0000082911586

**INVOICE No. 13-a2703-751**

**SHIPS SPARE PARTS IN TRANSIT**

**Delivery address:**

Master of M/V      Cape Viewer, flag Singapore
C/O:   T. Parker Host, Inc.
      500 E. Plume Street, Suite 600
      Norfolk, VA. 23510
      Office: 757-627-6286

| | |
|---|---|
| Data: | 16.12.2013 |
| Master of M/V | Cape Viewer |
| Flag: | Singapore |
| IMO: | |

P.Order:   E 155/13
For:       BOILER
Type:      CPH-5
Maker:     SUNROD INTERNATIONAL AB
Serial No.: HAMWORTHY COMBUSTION SYSTEMS AW SERIES II ROTAI

**Payer:**

Master and Owner of m/v Cape Viewer
Sea Traffic Shipping Co
Trust Company Complex
Ajeltake Rod, Ajeltake Island
MH 96960, Majuro, Marshal Island
C/O: Tech Project LLC

| N | Qty | Unit | DESCRIPTION | Code No | Price | Total Price |
|---|---|---|---|---|---|---|
| 1 | 2 | Pc(s) | Controler Siemens LAE 1.8865 | 990231 | 929,76 | 1859,52 |

| | | |
|---|---|---|
| | EUR | 1859,52 |
| Subtotal | EUR | 10,00 |
| Packing | EUR | 195,00 |
| Transport cost | EUR | |
| According to Latvian Law about V.A.T. Prt 4 a), b) of Article 7 | 0%    EUR | |
| Total in EURO | EUR | 2.064,52 |
| Currency rate Bank of Latvia: | EUR / LVL | 0,702804 |
| Summ | LVL | 1.450,95 |

Rate Bank of Latvia: 0,702804

Date of payments:   31.12.2013
Terms of payment:   15 days
In case of payment delay fine money 0,5% from the total
amount per day.

Director:



Consignee signature seal:

**Terms and conditions of sale.**

1. No ownership in any equipment (which term includes any parts thereof) shall pass until full payment has been received by the Company therefore.
2. Parts correctly supplied and as ordered will not be accepted for return without our consent and may then be subject to a re-handling charge.
3. Interest may be charged at 0,5 % above Bank of Latvia base rate on overdue accounts.
4. Dispatch or delivery dates are estimated only and not guaranteed and the Company shall not be liable for any loss or damage whether direct consequential or otherwise caused by any delay in delivery unless the buyer shall have stipulated in it's order that time shall be of the essence of the contract and the Company shall have accepted such stipulation in writing.
5. The Company shall have no liability in respect of goods lost or damaged in transit unless the buyer or his agent notes such loss or damage on the delivery receipt and gives notice therof in writing to the Company and the Carrier within 7 days of delivery or such shorter period as may be required by the Carriers Conditions of Carriage or in the case of a whole consignment failing to arrive gives notice therof in writing to the company within 14 days of receipt of the company's invoice or despatch note.
6. The Company's liability in respect of goods lost or damaged in transit shall be limited to repairing or replacing such goods.
7. The Company will not be liable for any loss or consequential liability or damage sustained by the buyer by the reason of act of God, War, Riot, Fire, Strike, Lock-out, Government control or regulation, Abnormal weather conditions, Accident, Breakdown, or any other circumstances beyond the Company's control.



Spare parts filter

| | |
|---|---|
| **От:** | Master CapeViewer <Master.CapeViewer@telaurus.net> |
| **Отправлено:** | 13 декабря 2013 г. 20:55 |
| **Кому:** | Supply Tepro |
| **Копия:** | Tech Tepro; OPERATIONS |
| **Тема:** | m/v Cape Viewer - Supply at anchorage |
| | |
| **Отметка "К исполнению":** | К исполнению |
| **Состояние отметки:** | Отмечено |

13/13.50LT rcvd by helicopter spares as per RL E155/13 item 3

Brgds
Master

1

| | |
|---|---|
| От: | T. Parker Host, Inc - Norfolk Operations <ops@tparkerhost.com> |
| Отправлено: | 24 декабря 2013 г. 17:14 |
| Кому: | Supply Tepro |
| Копия: | Accounts Receivable; Tech Tepro; Tech Tepro; 'Operations Columbus'; Tech Tepro; Tech Tepro; Tech Tepro; Hank Halvorsen; T. Parker Host, Inc - Norfolk Operations |
| Тема: | RE: parcel 6 for m/v Cape Viewer |
| Вложения: | BANKING DETAILS.pdf |

Good Afternoon Denis,

Please note clearance and delivery costs for below AWBs.

| AWB | COST | |
|---|---|---|
| 016-0164-0063 | 370.75 | PRINT |
| 016-1939-3920 | 370.75 | OUTE FORTE |
| 016-4528-5354 | 370.75 | HYUNDAI |
| 016-4532-8080 | 543.25 | KTML |
| 020-6178-4413 | 370.75 | SEPARATOR |
| 205-6171-4030 | 435.75 ( New airway bill just received est arrival Norfolk 12/26 - 12/27 ) | KOPA |
| 784-4365-8031 | 435.75 | KOPA |
| **TOTAL** | **2,897.75** | |

Please also note, we have 5 additional packages in our office to be handed over to the vessel, which will incur $125 delivery fee ($25/AWB).

Total costs for clearance and delivery of all shipments in our office $3022.75. Please find our banking details attached and we look forward to remittance details.

Best Regards,

Lindsay Hrones
T. Parker Host, Inc.
"As Agents Only"
500 E. Plume St. Suite 600
Norfolk, VA 23510
Phone: (757) 627-6286
Fax: (757) 627-3948
Email: ops@tparkerhost.com

-----Original Message-----
From: T. Parker Host, Inc - Norfolk Operations
Sent: Tuesday, December 24, 2013 7:20 AM
To: 'Supply Tepro'
Cc: Accounts Receivable; Tech Tepro; Tech Tepro; 'Operations Columbus'; Tech Tepro; Tech Tepro; Tech Tepro; T. Parker Host, Inc - Norfolk Operations; Hank Halvorsen
Subject: RE: parcel 6 for m/v Cape Viewer

Well noted, Denis. We will do the needful. Reverting with total costs for all parcels soonest invoice is received. We have asked same to be expedited for our prompt settling.

1