# EXHIBIT B

Case 2:13-cv-00658-RGD-RJK Document 227-3 Filed 05/09/14 Page 2 of 11 PageID# 4611

Cr-17

**Vessel:** CAPE VIEWER   From: 01.02.2014   To: 28.02.2014

**OWNERS:** Sea Traffic Shipping Co.   Currency: USD

1 of 3

# M O N T H L Y     P O R T A G E   B I L L

| No. | NAME | RANK | | BASIC Pay DAYS | BASIC Pay AMOUNT | OVERTIME (HOUR) | OVERTIME AMOUNT | FIDELITY BONUS | ALLOWANCE | Travelling | LEAVE DAYS | LEAVE AMOUNT | BONUS | Bonus & Extra | TOTAL EARNINGS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | YARMOLENKO K. | Master | | 30 | 2 550,00 | | 3 188,00 | 0,00 | 0,00 | 0,00 | | 1 403,00 | 1 359,00 | 0,00 | 8 500,00 |
| 2 | SOLOVYOV GENNADIY | Chief officer | | 30 | 1 935,00 | | 2 419,00 | 0,00 | 0,00 | 0,00 | | 1 065,00 | 1 031,00 | 0,00 | 6 450,00 |
| 3 | MOKRYAK KOSTYANTYN | 2nd Officer | | 30 | 900,00 | | 1 125,00 | 0,00 | 0,00 | 0,00 | | 495,00 | 480,00 | 0,00 | 3 000,00 |
| 4 | RADCHENKO VIKTOR | 3d Officer | | 30 | 885,00 | | 1 107,00 | 0,00 | 0,00 | 0,00 | | 487,00 | 471,00 | 50,00 | 3 000,00 |
| 5 | KONYUKHOV OLEKSANDR | Chief Engineer | | 30 | 2 550,00 | | 3 188,00 | 0,00 | 0,00 | 0,00 | | 1 403,00 | 1 359,00 | 0,00 | 8 500,00 |
| 6 | FROLOV SERGIY | 2nd Engineer | | 30 | 1 973,00 | | 2 467,00 | 0,00 | 0,00 | 0,00 | | 1 086,00 | 1 049,00 | 0,00 | 6 575,00 |
| 7 | KUZNIETSOV OLEKSANDR | 3d Engineer | | 30 | 900,00 | | 1 125,00 | 0,00 | 0,00 | 0,00 | | 495,00 | 480,00 | 0,00 | 3 000,00 |
| 8 | SHCHERBINA DMYTRO | 4th Engineer | | 30 | 750,00 | | 938,00 | 0,00 | 0,00 | 0,00 | | 413,00 | 399,00 | 0,00 | 2 500,00 |
| 9 | BULGAKOV ANDRIY | EL. ENG | | 30 | 1 380,00 | | 1 725,00 | 0,00 | 0,00 | 0,00 | | 759,00 | 736,00 | 0,00 | 4 600,00 |
| 10 | MAYSTRENKO O. | Bosun | | 17 | 263,50 | | 329,80 | 0,00 | 0,00 | 0,00 | | 145,07 | 139,97 | 0,00 | 878,33 |
| 11 | FILIPPOV OLEKSII | ABS | | 30 | 279,00 | | 349,00 | 0,00 | 0,00 | 0,00 | | 154,00 | 148,00 | 0,00 | 930,00 |
| 12 | BUZAZHY VITALII | ABS | | 30 | 255,00 | | 319,00 | 0,00 | 0,00 | 0,00 | | 141,00 | 135,00 | 0,00 | 850,00 |
| 13 | DHAZHEV OLEKSANDR | ABS | | 30 | 255,00 | | 319,00 | 0,00 | 0,00 | 0,00 | | 141,00 | 135,00 | 0,00 | 850,00 |
| 14 | THET TUN MIN | OS | | 17 | 141,67 | | 70,83 | 0,00 | 0,00 | 0,00 | | 14,17 | 107,67 | 0,00 | 334,33 |
| 15 | THET TUN MIN | OS | | 13 | 81,90 | | 102,70 | 0,00 | 0,00 | 0,00 | | 45,07 | 43,33 | 0,00 | 273,00 |
| 16 | TKACHENKO OLEKSII | Motorman | | 30 | 267,00 | | 334,00 | 0,00 | 0,00 | 0,00 | | 147,00 | 142,00 | 0,00 | 890,00 |
| 17 | PETRUKHIN YURIY | Motorman | | 30 | 279,00 | | 349,00 | 0,00 | 0,00 | 0,00 | | 154,00 | 148,00 | 8,00 | 938,00 |
| 18 | ZHDANOV VASIL | Motorman | | 30 | 267,00 | | 334,00 | 0,00 | 0,00 | 0,00 | | 147,00 | 142,00 | 0,00 | 890,00 |
| 19 | SIDILIEV MAKSYM | Wiper | | 30 | 165,00 | | 207,00 | 0,00 | 0,00 | 0,00 | | 91,00 | 87,00 | 0,00 | 550,00 |
| 20 | SOSHYN OLEG | CCK | | 30 | 450,00 | | 563,00 | 0,00 | 0,00 | 0,00 | | 248,00 | 239,00 | 50,00 | 1 550,00 |
| 21 | BAZDYRIEV ILLIA | MBOY | | 30 | 195,00 | | 244,00 | 0,00 | 0,00 | 0,00 | | 108,00 | 103,00 | 0,00 | 650,00 |
| 22 | KUSHMAUNZE OLEG | Deck Fitter | | 30 | 480,00 | | 600,00 | 0,00 | 0,00 | 0,00 | | 264,00 | 256,00 | 0,00 | 1 600,00 |
| 23 | DUMBRAVA SERGIY | Engine Fitter | | 30 | 465,00 | | 582,00 | 0,00 | 0,00 | 0,00 | | 256,00 | 247,00 | 0,00 | 1 550,00 |
| 24 | YARMOLENKO VIKTOR | Deck Cadet | | 30 | 75,00 | | 94,00 | 0,00 | 0,00 | 0,00 | | 42,00 | 39,00 | 0,00 | 250,00 |
| 25 | MAYSTRENKO O. | Bosun | | 13 | 208,00 | | 260,00 | 0,00 | 0,00 | 0,00 | | 114,40 | 110,93 | 0,00 | 693,33 |
| 26 | | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 27 | | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 28 | | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 29 | | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 30 | | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 31 | | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 32 | | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 33 | | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 34 | | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 35 | | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 36 | | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 37 | | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 38 | | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 39 | | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| | TOTAL | | | | 17 950,07 | | 22 339,33 | 0,00 | 0,00 | 0,00 | | 9 817,70 | 9 586,90 | 108,00 | 59 802,00 |

*+500* (handwritten, row 1)

*+500 = 60302* (handwritten, total row)

NOTE :

| OVER | DECK | | | RANK | NAME | AMOUNT | EXPLANATIONS |
|---|---|---|---|---|---|---|---|
| | | | | 3RD OFF. | RADCHENKO VIKTOR   Tech Project | 50,00 | BONDED |

Case 2:13-cv-00658-RGD-RJK Document 127-3 Filed 05/09/14 Page 3 of 11 PageID#

**Vessel:** CAPE VIEWER

**OWNERS: Sea Traffic Shipping Co.**

| NAME | RANK | Basic pay | Allotment | SIGN PAYM | CASH ADV1 | CASH ADV2 | Slopchest | Phone | Other | TOTAL DEDUCTIONS | BALANCE | PREVIOUS BALANCE | Leave pay for off signers | FINAL BALANCE | SIGNATURE |
|------|------|-----------|-----------|-----------|-----------|-----------|-----------|-------|-------|------------------|---------|------------------|---------------------------|---------------|-----------|
| YARMOLENKO K. | Master | 1 403,00 | 6 800,00 | | | | 146,50 | 104,00 | | 8 453,50 | 46,50 | 46,73 | 0,00 | 93,23 | |
| SOLOVYOV GENNADIY | Chief officer | 1 065,00 | 5 400,00 | +500 | | | | | | 6 465,00 | -15,00 | 53,64 | 0,00 | 38,64 | |
| MOKRYAK KOSTYANTYN | 2nd Officer | 495,00 | 2 300,00 | | | | 75,22 | 72,00 | | 2 942,22 | 57,78 | 35,70 | 0,00 | 93,48 | |
| RADCHENKO VIKTOR | 3d Officer | 487,00 | 2 400,00 | | | | 27,51 | 26,00 | | 2 940,51 | 59,49 | 0,26 | 0,00 | 59,75 | |
| KONYUKHOV OLEKSANDR | Chief Engineer | 1 403,00 | 7 100,00 | | | | | | | 8 503,00 | -3,00 | 82,47 | 0,00 | 79,47 | |
| FROLOV SERGIY | 2nd Engineer | 1 086,00 | 5 400,00 | | | | | 26,00 | | 6 512,00 | 63,00 | 19,58 | 0,00 | 82,58 | |
| KUZNIETSOV OLEKSANDR | 3d Engineer | 495,00 | 2 500,00 | | | | | | | 2 995,00 | 5,00 | 84,20 | 0,00 | 89,20 | |
| SHCHERBINA DMYTRO | 4th Engineer | 413,00 | 2 000,00 | | | | 9,03 | | | 2 422,03 | 77,97 | 11,11 | 0,00 | 89,08 | |
| BULGAKOV ANDRIY | EL. ENG | 759,00 | 3 700,00 | | | | 108,18 | | | 4 567,18 | 32,82 | 65,72 | 0,00 | 98,54 | |
| MAYSTRENKO O. | Bosun | 145,07 | 740,00 | | | | | | | 885,07 | -6,73 | 8,81 | 0,00 | 2,08 | |
| FILIPPOV OLEKSII | ABS | 154,00 | 700,00 | | | | | 36,00 | | 890,00 | 40,00 | 54,62 | 0,00 | 94,62 | |
| BUZAZHY VITALII | ABS | 141,00 | 600,00 | | | | 34,15 | 10,00 | | 785,15 | 64,85 | 5,18 | 0,00 | 70,03 | |
| DIAZHEV OLEKSANDR | ABS | 141,00 | 600,00 | | | | 76,56 | | | 817,56 | 32,44 | 55,16 | 0,00 | 87,60 | |
| THET TUN MIN | OS | 14,17 | 300,00 | | | | 11,38 | | | 325,55 | 8,79 | 14,97 | 0,00 | 23,76 | |
| THET TUN MIN | OS | 45,07 | 200,00 | | | | | | | 245,07 | 27,93 | 0,00 | 0,00 | 27,93 | |
| TKACHENKO OLEKSII | Motorman | 147,00 | 800,00 | | | | | | | 947,00 | -57,00 | 78,45 | 0,00 | 21,45 | |
| PETRUKHIN YURIY | Motorman | 154,00 | 800,00 | | | | | | | 954,00 | -16,00 | 30,34 | 0,00 | 14,34 | |
| ZHBANOV VASIL | Motorman | 147,00 | 600,00 | | | | 36,06 | 10,00 | | 793,06 | 96,94 | 0,72 | 0,00 | 97,66 | |
| SIRILIEV MAKSYM | Wiper | 91,00 | 400,00 | | | | 34,15 | | | 525,15 | 24,85 | 29,47 | 0,00 | 54,32 | |
| SOSHYN OLEG | CCK | 248,00 | 1 300,00 | | | | 54,45 | | | 1 602,45 | -52,45 | 89,32 | 0,00 | 36,87 | |
| BAZDYRIEV ILLIA | MBOY | 108,00 | 600,00 | | | | | | | 708,00 | -58,00 | 69,77 | 0,00 | 11,77 | |
| KUSHMAUNZE OLEG | Deck Fitter | 264,00 | 1 300,00 | | | | 45,54 | | | 1 609,54 | -9,54 | 36,81 | 0,00 | 27,27 | |
| DUMBRAVA SERGIY | Engine Fitter | 256,00 | 1 300,00 | | | | | | | 1 556,00 | -6,00 | 19,28 | 0,00 | 13,28 | |
| YARMOLENKO VIKTOR | Deck Cadet | 42,00 | 200,00 | | | | | | | 242,00 | 8,00 | 37,55 | 0,00 | 45,55 | |
| MAYSTRENKO O. | Bosun | 114,40 | 560,00 | | | | | | | 674,40 | 18,93 | 0,00 | 0,00 | 18,93 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| TOTAL | | 9 817,70 | 48 600,00 | 0,00 | 0,00 | 0,00 | 658,73 | 284,00 | 0,00 | 59360,43 | 441,57 | 929,86 | 0,00 | 1371,43 | |

NOTE:

+500

49100

| | | | | |
|---|---|---|---|---|
| DECK | | | | |

***Leave pay is payable at the end of the contract.
**** Leave pay only for off-signers

| RANK | NAME | AMOUNT | EXPLANATIONS |
|------|------|--------|--------------|
| | Tech Project | | |

**Vessel:** CAPE VIEWER **Currency:** USD  
**OWNERS:** Sea Traffic Shipping Co.  
**From :** 01.04.2014 **To :** 10.04.2014

# MONTHLY PORTAGE BILL

| No. | NAME | RANK | BASIC Pay DAYS | BASIC Pay AMOUNT | OVERTIME HOUR | OVERTIME AMOUNT | FIDELITY BONUS | ALLOWANCE | Travelling | LEAVE DAYS | LEAVE AMOUNT | BONUS | Bonus & Extra | TOTAL EARNINGS |
|-----|------|------|------|--------|------|--------|------|------|------|------|--------|------|------|--------|
| 1 | [illegible] | Master | | 765,00 | | 956,40 | 0,00 | 0,00 | 0,00 | | 420,90 | 407,70 | 0,00 | 2 550,00 |
| 2 | [illegible] | Chief officer | | 580,50 | | 725,70 | 0,00 | 0,00 | 0,00 | | 319,50 | 309,30 | 0,00 | 1 935,00 |
| 3 | MOKRYAK KOSTYANTYN | 2nd Officer | 8 | 240,00 | | 300,00 | 0,00 | 0,00 | 60,00 | | 132,00 | 128,00 | 0,00 | 860,00 |
| 4 | [illegible] VIKTOR | 3d Officer | | 265,50 | | 332,10 | 0,00 | 0,00 | 0,00 | | 146,10 | 141,30 | 15,00 | 900,00 |
| 5 | KONYUKHOV OLEKSANDR | Chief Engineer | 8 | 680,00 | | 850,13 | 0,00 | 0,00 | 170,00 | | 374,13 | 362,40 | 0,00 | 2 436,67 |
| 6 | FROLOV SERGIY | 2nd Engineer | 8 | 526,13 | | 657,87 | 0,00 | 0,00 | 131,53 | | 289,60 | 279,73 | 0,00 | 1 884,87 |
| 7 | KUZNIETSOV OLEKSANDR | 3d Engineer | 8 | 240,00 | | 300,00 | 0,00 | 0,00 | 60,00 | | 132,00 | 128,00 | 0,00 | 860,00 |
| 8 | SHCHERBINA [illegible] | 4th Engineer | | 225,00 | | 281,40 | 0,00 | 0,00 | 0,00 | | 123,90 | 119,70 | 0,00 | 750,00 |
| 9 | [illegible] | EL. ENG | | 423,00 | | 528,90 | 0,00 | 0,00 | 0,00 | | 232,80 | 225,30 | 0,00 | 1 410,00 |
| 10 | MAYSTRENKO O. | Bosun | 8 | 128,00 | | 160,00 | 0,00 | 0,00 | 32,00 | | 70,40 | 68,27 | 0,00 | 458,67 |
| 11 | FILIPPOV OLEKSII | ABS | 8 | 77,60 | | 97,07 | 0,00 | 0,00 | 19,40 | | 42,93 | 41,07 | 0,00 | 278,07 |
| 12 | [illegible] | ABS | | 76,50 | | 95,70 | 0,00 | 0,00 | 0,00 | | 42,30 | 40,50 | 0,00 | 255,00 |
| 13 | [illegible] | ABS | | 76,50 | | 95,70 | 0,00 | 0,00 | 0,00 | | 42,30 | 40,50 | 0,00 | 255,00 |
| 14 | THET TUN MIN | OS | 8 | 50,40 | | 63,20 | 0,00 | 0,00 | 18,90 | | 27,73 | 26,67 | 0,00 | 186,90 |
| 15 | [illegible] | OS | | 0,00 | | 0,00 | 0,00 | 0,00 | 5,50 | | 0,00 | 0,00 | 0,00 | 5,50 |
| 16 | [illegible] | Motorman | | 80,10 | | 100,20 | 0,00 | 0,00 | 0,00 | | 44,10 | 42,60 | 0,00 | 267,00 |
| 17 | [illegible] | Motorman | | 83,70 | | 104,70 | 0,00 | 0,00 | 0,00 | | 46,20 | 44,40 | 0,00 | 279,00 |
| 18 | [illegible] | Motorman | | 80,10 | | 100,20 | 0,00 | 0,00 | 0,00 | | 44,10 | 42,60 | 0,00 | 267,00 |
| 19 | [illegible] | Wiper | | 49,50 | | 62,10 | 0,00 | 0,00 | 0,00 | | 27,30 | 26,10 | 0,00 | 165,00 |
| 20 | [illegible] | CCK | | 139,50 | | 174,60 | 0,00 | 0,00 | 0,00 | | 76,80 | 74,10 | 15,00 | 480,00 |
| 21 | [illegible] | MBOY | | 58,50 | | 73,20 | 0,00 | 0,00 | 0,00 | | 32,40 | 30,90 | 0,00 | 195,00 |
| 22 | KUSHMAUNZE OLEG | Deck Fitter | 8 | 128,00 | | 160,00 | 0,00 | 0,00 | 32,00 | | 70,40 | 68,27 | 0,00 | 458,67 |
| 23 | [illegible] | Engine Fitter | | 139,50 | | 174,60 | 0,00 | 0,00 | 0,00 | | 76,80 | 74,10 | 0,00 | 465,00 |
| 24 | [illegible] | Deck Cadet | | 22,50 | | 28,20 | 0,00 | 0,00 | 0,00 | | 12,60 | 11,70 | 0,00 | 75,00 |
| 25 | [illegible] | 2nd Officer | | 0,00 | | 0,00 | 0,00 | 0,00 | 33,00 | | 0,00 | 0,00 | 0,00 | 33,00 |
| 26 | [illegible] | Chief Engineer | | 0,00 | | 0,00 | 0,00 | 0,00 | 85,00 | | 0,00 | 0,00 | 0,00 | 85,00 |
| 27 | [illegible] | 2nd Engineer | | 0,00 | | 0,00 | 0,00 | 0,00 | 63,00 | | 0,00 | 0,00 | 0,00 | 63,00 |
| 28 | [illegible] | 3d Engineer | | 0,00 | | 0,00 | 0,00 | 0,00 | 35,00 | | 0,00 | 0,00 | 0,00 | 35,00 |
| 29 | [illegible] | Bosun | | 0,00 | | 0,00 | 0,00 | 0,00 | 15,00 | | 0,00 | 0,00 | 0,00 | 15,00 |
| 30 | [illegible] | ABS | | 0,00 | | 0,00 | 0,00 | 0,00 | 8,50 | | 0,00 | 0,00 | 0,00 | 8,50 |
| 31 | [illegible] | Fitter | | 0,00 | | 0,00 | 0,00 | 0,00 | 15,00 | | 0,00 | 0,00 | 0,00 | 15,00 |
| 32 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 33 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 34 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 35 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 36 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 37 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 38 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 39 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| | TOTAL | | | 5 135,53 | | 6 421,97 | 0,00 | 0,00 | 783,83 | | 2 827,30 | 2 733,20 | 30,00 | 17 931,83 |

NOTE :

| | RANK | NAME | AMOUNT | EXPLANATIONS |
|--|------|------|--------|--------------|
| OVER DECK | 3RD OFF. | RADCHENKO VIKTOR Tech Project | 50,00 | BONDED |

**Vessel:** CAPE VIEWER

**OWNERS: Sea Traffic Shipping Co.**

| NAME | RANK | ***Leave pay | Allotment | SINO.PAYM. | CASH ADV.1 | CASH ADV.2 | Slopchest | Telecom | Other | TOTAL DEDUCTIONS | BALANCE | PREVIOUS BALANCE | ****Leave pay for off-signers | FINAL BALLANCE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | Master | 420,90 | | | 10,40 | | | | | 431,30 | 2 118,70 | 4,71 | 0,00 | 2123,41 | |
| [illegible] | Chief officer | 319,50 | | | | | | | | 319,50 | 1 615,50 | 23,64 | 0,00 | 1639,14 | |
| MOKRYAK KOSTYANTYN | 2nd Officer | 132,00 | 5 998,58 | | 300,00 | | 25,64 | 5,00 | 176,48 | 6 637,70 | -5 777,70 | 79,40 | 5 698,30 | 0,00 | |
| [illegible] | 3d Officer | 146,10 | | | | | | | | 146,10 | 753,90 | 5,34 | 0,00 | 759,24 | |
| KONYUKHOV OLEKSANDR | Chief Engineer | 374,13 | 15 952,96 | | 300,00 | | | | | 16 627,09 | -14 190,43 | 66,47 | 14 123,96 | 0,00 | |
| FROLOV SERGIY | 2nd Engineer | 289,60 | 10 286,55 | | 300,00 | | | | | 10 876,15 | -8 991,28 | 71,58 | 8 919,70 | -0,00 | |
| KUZNIETSOV OLEKSANDR | 3d Engineer | 132,00 | 4 141,29 | | 300,00 | | 12,82 | | | 4 586,11 | -3 726,11 | 76,17 | 3 649,94 | 0,00 | |
| [illegible] | 4th Engineer | 123,90 | | | | | | | | 123,90 | 626,10 | 73,81 | 0,00 | 699,91 | |
| [illegible] | EL. ENG | 232,80 | | | | | | | | 232,80 | 1 177,20 | 31,54 | 0,00 | 1208,74 | |
| MAYSTRENKO O. | Bosun | 70,40 | 3 744,59 | | 300,00 | | | | | 4 114,99 | -3 656,32 | 38,98 | 3 617,34 | -0,00 | |
| FILIPPOV OLEKSII | ABS | 42,93 | 1 319,11 | | 200,00 | | | | | 1 562,04 | -1 283,98 | 1,35 | 1 282,63 | 0,00 | |
| [illegible] | ABS | 42,30 | | | | | | | | 42,30 | 212,70 | 33,23 | 0,00 | 245,93 | |
| [illegible] | ABS | 42,30 | | | | | | | | 42,30 | 212,70 | 4,29 | 0,00 | 216,99 | |
| THET TUN MIN | OS | 27,73 | 622,48 | | 300,00 | | 12,82 | | | 963,03 | -776,13 | 248,49 | 527,64 | -0,00 | |
| [illegible] | OS | 0,00 | | | | | | | | 0,00 | 5,50 | 0,00 | 0,00 | 5,50 | |
| [illegible] | Motorman | 44,10 | | | | | | | | 44,10 | 222,90 | 62,18 | 0,00 | 285,08 | |
| [illegible] | Motorman | 46,20 | | | | | | | | 46,20 | 232,80 | 90,34 | 0,00 | 323,14 | |
| [illegible] | Motorman | 44,10 | | | | | | | | 44,10 | 222,90 | 22,63 | 0,00 | 245,53 | |
| [illegible] | Wiper | 27,30 | | | | | | | | 27,30 | 137,70 | 5,84 | 0,00 | 143,54 | |
| [illegible] | CCK | 76,80 | | | | | | | | 76,80 | 403,20 | 56,74 | 0,00 | 459,94 | |
| [illegible] | MBOY | 32,40 | | | | | | | | 32,40 | 162,60 | 53,77 | 0,00 | 216,37 | |
| KUSHMAUNZE OLEG | Deck Fitter | 70,40 | 2 231,83 | | 300,00 | | 38,46 | | | 2 640,69 | -2 182,02 | 3,48 | 2 178,54 | -0,00 | |
| [illegible] | Engine Fitter | 76,80 | | | | | | | | 76,80 | 388,20 | 7,28 | 0,00 | 395,48 | |
| [illegible] | Deck Cadet | 12,60 | | | | | | | | 12,60 | 62,40 | 253,55 | 0,00 | 315,95 | |
| [illegible] | 2nd Officer | 0,00 | | | | | | | | 0,00 | 33,00 | 0,00 | 0,00 | 33,00 | |
| [illegible] | Chief Engineer | 0,00 | | | | | | | | 0,00 | 85,00 | 0,00 | 0,00 | 85,00 | |
| [illegible] | 2nd Engineer | 0,00 | | | | | | | | 0,00 | 63,00 | 0,00 | 0,00 | 63,00 | |
| [illegible] | 3d Engineer | 0,00 | | | | | | | | 0,00 | 35,00 | 0,00 | 0,00 | 35,00 | |
| [illegible] | Bosun | 0,00 | | | | | | | | 0,00 | 15,00 | 0,00 | 0,00 | 15,00 | |
| [illegible] | ABS | 0,00 | | | | | | | | 0,00 | 8,50 | 0,00 | 0,00 | 8,50 | |
| [illegible] | Fitter | 0,00 | | | | | | | | 0,00 | 15,00 | 0,00 | 0,00 | 15,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| TOTAL | | 2 827,30 | 44297,39 | 0,00 | 2310,40 | 0,00 | 89,74 | 5,00 | 176,48 | 49706,31 | -31774,48 | 1 314,81 | 39998,05 | 9538,38 | |

**NOTE :**
***Leave pay is payable at the end of the contract.
**** Leave pay only for off-signers

| | DECK | |
|---|---|---|

| RANK | NAME | AMOUNT | EXPLANATIONS |
|---|---|---|---|
| 2ND OFF | MOKRYAK KOSTYANTYN | 176,48 | TAXI FOR VACCINATION |

Case 2:13-cv-00658-RGD-RJK   Document 227-3   Filed 05/09/14   Page 6 of 11   PageID# 4645

Cr-17

| Vessel: | CAPE VIEWER | From : | 01.03.2014 | To : | 31.03.2014 | | |
|---------|-------------|--------|------------|------|------------|--|--|

OWNERS: Sea Traffic Shipping Co.

# MONTHLY     PORTAGE BILL

1 of 3

| No. | NAME | RANK | BASIC Pay | | OVERTIME | | FIDELITY BONUS | ALLOWANCE | Travelling | LEAVE | | BONUS | Bonus & Extras | TOTAL EARNINGS |
|-----|------|------|-----------|--|----------|--|----------------|-----------|------------|-------|--|-------|----------------|----------------|
| | | | DAYS | AMOUNT | HOUR | AMOUNT | BONUS | | | DAYS | AMOUNT | | | |
| 1 | YARMOLENKO K. | Master | 30 | 2 550,00 | | 3 188,00 | 0,00 | 0,00 | 0,00 | | 1 403,00 | 1 359,00 | 0,00 | 8 500,00 |
| 2 | SOLOVYOV GENNADIY | Chief officer | 30 | 1 935,00 | | 2 419,00 | 0,00 | 0,00 | 0,00 | | 1 065,00 | 1 031,00 | 0,00 | 6 450,00 |
| 3 | MOKRYAK KOSTYANTYN | 2nd Officer | 30 | 900,00 | | 1 125,00 | 0,00 | 0,00 | 0,00 | | 495,00 | 480,00 | 0,00 | 3 000,00 |
| 4 | RADCHENKO VIKTOR | 3d Officer | 30 | 885,00 | | 1 107,00 | 0,00 | 0,00 | 0,00 | | 487,00 | 471,00 | 50,00 | 3 000,00 |
| 5 | KONYUKHOV OLEKSANDR | Chief Engineer | 30 | 2 550,00 | | 3 188,00 | 0,00 | 0,00 | 0,00 | | 1 403,00 | 1 359,00 | 0,00 | 8 500,00 |
| 6 | FROLOV SERGIY | 2nd Engineer | 30 | 1 973,00 | | 2 467,00 | 0,00 | 0,00 | 0,00 | | 1 086,00 | 1 049,00 | 0,00 | 6 575,00 |
| 7 | KUZNIETSOV OLEKSANDR | 3d Engineer | 30 | 900,00 | | 1 125,00 | 0,00 | 0,00 | 0,00 | | 495,00 | 480,00 | 0,00 | 3 000,00 |
| 8 | SHCHERBINA DMYTRO | 4th Engineer | 30 | 750,00 | | 938,00 | 0,00 | 0,00 | 0,00 | | 413,00 | 399,00 | 0,00 | 2 500,00 |
| 9 | BULGAKOV ANDRIY | EL. ENG. | 30 | 1 410,00 | | 1 763,00 | 0,00 | 0,00 | 0,00 | | 776,00 | 751,00 | 30,00 | 4 730,00 |
| 10 | MAYSTRENKO O. | Bosun | 30 | 480,00 | | 600,00 | 0,00 | 0,00 | 0,00 | | 264,00 | 256,00 | 0,00 | 1 600,00 |
| 11 | FILIPPOV OLEKSII | ABS | 30 | 291,00 | | 364,00 | 0,00 | 0,00 | 0,00 | | 161,00 | 154,00 | 0,00 | 970,00 |
| 12 | BUZAZHY VITALII | ABS | 30 | 255,00 | | 319,00 | 0,00 | 0,00 | 0,00 | | 141,00 | 135,00 | 0,00 | 850,00 |
| 13 | DHAZHEV OLEKSANDR | ABS | 30 | 255,00 | | 319,00 | 0,00 | 0,00 | 0,00 | | 141,00 | 135,00 | 0,00 | 850,00 |
| 14 | THET TUN MIN | OS | 30 | 189,00 | | 237,00 | 0,00 | 0,00 | 0,00 | | 104,00 | 100,00 | 0,00 | 630,00 |
| 15 | | OS | 0 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 16 | TKACHENKO OLEKSII | Motorman | 30 | 267,00 | | 334,00 | 0,00 | 0,00 | 0,00 | | 147,00 | 142,00 | 0,00 | 890,00 |
| 17 | PETRUKHIN YURIY | Motorman | 30 | 279,00 | | 349,00 | 0,00 | 0,00 | 0,00 | | 154,00 | 148,00 | 0,00 | 930,00 |
| 18 | ZHDANOV VASIL | Motorman | 30 | 267,00 | | 334,00 | 0,00 | 0,00 | 0,00 | | 147,00 | 142,00 | 0,00 | 890,00 |
| 19 | SIDILIEV MAKSYM | Wiper | 30 | 165,00 | | 207,00 | 0,00 | 0,00 | 0,00 | | 91,00 | 87,00 | 0,00 | 550,00 |
| 20 | SOSHYN OLEG | CCK | 30 | 450,00 | | 563,00 | 0,00 | 0,00 | 0,00 | | 248,00 | 239,00 | 50,00 | 1 550,00 |
| 21 | BAZDYRIEV ILLIA | MBOY | 30 | 195,00 | | 244,00 | 0,00 | 0,00 | 0,00 | | 108,00 | 103,00 | 0,00 | 650,00 |
| 22 | KUSHMAUNZE OLEG | Deck Fitter | 30 | 480,00 | | 600,00 | 0,00 | 0,00 | 0,00 | | 264,00 | 256,00 | 0,00 | 1 600,00 |
| 23 | DUMBRAVA SERGIY | Engine Fitter | 30 | 465,00 | | 582,00 | 0,00 | 0,00 | 0,00 | | 256,00 | 247,00 | 0,00 | 1 550,00 |
| 24 | YARMOLENKO VIKTOR | Deck Cadet | 30 | 75,00 | | 94,00 | 0,00 | 0,00 | 0,00 | | 42,00 | 39,00 | 0,00 | 250,00 |
| 25 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 26 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 27 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 28 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 29 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 30 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 31 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| 32 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 |
| | TOTAL | | | 17.966,00 | | 22 466,00 | 0,00 | 0,00 | 0,00 | | 9 891,00 | 9 562,00 | 130,00 | 60 015,00 |

NOTE :

| OVER TIME RATING | DECK | |
|------------------|------|--|
| | ENGINE | |
| | CATERING | |

| REMARKS | RANK | NAME | AMOUNT | EXPLANATIONS |
|---------|------|------|--------|--------------|
| | 3RD OFF. | RADCHENKO VIKTOR | 50,00 | BONDED |
| | COOK | SOSHYN OLEG | 50,00 | PROVISIONS |
| | EL.ENG. | BULGAKOV ANDRIY | 30,00 | NEW C.O.E. FROM 22.02.2014 |
| | | | | |
| | | | | |

Master _____ / K. Yarmolenko /

Tech Project

Vessel: _____ CAPE VIEWER _____
OWNERS: Sea Traffic Shipping Co.

| NAME | RANK | ***Leave pay | Allotment | SING. PAYM. | CASH ADV.1 | CASH ADV.2 | Slopchest | Telecom | Other | TOTAL DEDUCTIONS | BALANCE | PREVIOUS BALANCE | ****Leave pay for off signers | FINAL BALLANCE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YARMOLENKO K. | Master | 1 403,00 | 7 000,00 | | 5,40 | | 154,12 | 26,00 | | 8 588,52 | -88,52 | 93,23 | 0,00 | 4,71 | |
| SOLOVYOV GENNADIY | Chief officer | 1 065,00 | 5 400,00 | +500 | | | | | | 6 465,00 | -15,00 | 38,64 | 0,00 | 23,64 | |
| MOKRYAK KOSTYANTYN | 2nd Officer | 495,00 | 2 400,00 | | | | 73,08 | 46,00 | | 3 014,08 | -14,08 | 93,48 | 0,00 | 79,40 | |
| RADCHENKO VIKTOR | 3d Officer | 487,00 | 2 500,00 | | | | 36,41 | 31,00 | | 3 054,41 | -54,41 | 59,75 | 0,00 | 5,34 | |
| KONYUKHOV OLEKSANDR | Chief Engineer | 1 403,00 | 7 100,00 | | | | | 10,00 | | 8 513,00 | -13,00 | 79,47 | 0,00 | 66,47 | |
| FROLOV SERGIY | 2nd Engineer | 1 086,00 | 5 500,00 | | | | | | | 6 586,00 | -11,00 | 82,58 | 0,00 | 71,58 | |
| KUZNIETSOV OLEKSANDR | 3d Engineer | 495,00 | 2 500,00 | | | | 18,03 | | | 3 013,03 | -13,03 | 89,20 | 0,00 | 76,17 | |
| SHCHERBINA DMYTRO | 4th Engineer | 413,00 | 2 100,00 | | | | 2,27 | | | 2 515,27 | -15,27 | 89,08 | 0,00 | 73,81 | |
| BULGAKOV ANDRIY | EL. ENG | 776,00 | 3 900,00 | | | | 121,00 | | | 4 797,00 | -67,00 | 98,54 | 0,00 | 31,54 | |
| MAYSTRENKO O. | Bosun | 264,00 | 1 300,00 | | | | 18,03 | | | 1 582,03 | 17,97 | 21,01 | 0,00 | 38,98 | |
| FILIPPOV OLEKSII | ABS | 161,00 | 900,00 | | | | 2,27 | | | 1 063,27 | -93,27 | 94,62 | 0,00 | 1,35 | |
| BUZAZHY VITALII | ABS | 141,00 | 700,00 | | | | 40,80 | 5,00 | | 886,80 | -36,80 | 70,03 | 0,00 | 33,23 | |
| DHAZHEV OLEKSANDR | ABS | 141,00 | 700,00 | | | | 66,31 | 26,00 | | 933,31 | -83,31 | 87,60 | 0,00 | 4,29 | |
| THET TUN MIN | OS | 104,00 | 300,00 | | | | 24,20 | 5,00 | | 433,20 | 196,80 | 51,69 | 0,00 | 248,49 | |
| | OS | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| TKACHENKO OLEKSII | Motorman | 147,00 | 700,00 | | | | 2,27 | | | 849,27 | 40,73 | 21,45 | 0,00 | 62,18 | |
| PETRUKHIN YURIY | Motorman | 154,00 | 700,00 | | | | | | | 854,00 | 76,00 | 14,34 | 0,00 | 90,34 | |
| ZHDANOV VASIL | Motorman | 147,00 | 800,00 | | | | 18,03 | | | 965,03 | -75,03 | 97,66 | 0,00 | 22,63 | |
| SIDILIEV MAKSYM | Wiper | 91,00 | 500,00 | | | | 7,48 | | | 598,48 | -48,48 | 54,32 | 0,00 | 5,84 | |
| SOSHYN OLEG | CCK | 248,00 | 1 200,00 | | | | 82,13 | | | 1 530,13 | 19,87 | 36,87 | 0,00 | 56,74 | |
| BAZDYRIEV ILLIA | MBOY | 108,00 | 500,00 | | | | | | | 608,00 | 42,00 | 11,77 | 0,00 | 53,77 | |
| KUSHMAUNZE OLEG | Deck Fitter | 264,00 | 1 300,00 | | | | 59,79 | | | 1 623,79 | -23,79 | 27,27 | 0,00 | 3,48 | |
| DUMBRAVA SERGIY | Engine Fitter | 256,00 | 1 300,00 | | | | | | | 1 556,00 | -6,00 | 13,28 | 0,00 | 7,28 | |
| YARMOLENKO VIKTOR | Deck Cadet | 42,00 | | | | | | | | 42,00 | 208,00 | 45,55 | 0,00 | 253,55 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| TOTAL | | 9 891,00 | 49300,00 | 0,00 | 5,40 | 0,00 | 726,22 | 149,00 | 0,00 | 60071,62 | -56,62 | 1 371,43 | 0,00 | 1314,81 | |

NOTE:

+500

+500 ***Leave pay is payable at the end of the contract.
**** Leave pay only for off-signers

49800

| | RANK | NAME | AMOUNT | EXPLANATIONS |
|---|---|---|---|---|
| | | | | |
| REMARKS | | | | |
| | | | | |
| | | | | |

| DECK | |
|---|---|
| ENGINE | |
| CATERING | |

Master _____

Tech Project

Case 2:13-cv-00658-RGD-RJK   Document 227-3   Filed 05/09/14   Page 8 of 11   PageID# 4647

Cr-17

1 of 3

**Vessel:** CAPE VIEWER   **From:** 01/12/2013   **To:** 31/12/2013

**Currency:** USD

**OWNERS:** Sea Traffic Shipping Co.

# MONTHLY        PORTAGE BILL

| No. | NAME | RANK | BASIC Pay DAYS | BASIC Pay AMOUNT | OVERTIME HOUR | OVERTIME AMOUNT | FIDELITY BONUS | ALLOWANCE | Travelling | LEAVE DAYS | LEAVE AMOUNT | BONUS | Bonus & Extras | TOTAL EARNINGS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | YARMOLENKO K. | Master | 30 | 2,550.00 | | 3,188.00 | 0.00 | 0.00 | 0.00 | | 1,403.00 | 1,359.00 | 0.00 | 8,500.00 |
| 2 | SOLOAYOV GENNADIY | Chief officer | 30 | 1,935.00 | | 2,419.00 | 0.00 | 0.00 | 0.00 | | 1,065.00 | 1,031.00 | 0.00 | 6,450.00 |
| 3 | MOKRYAK KOSTIANTYN | 2nd Officer | 30 | 900.00 | | 1,125.00 | 0.00 | 0.00 | 0.00 | | 495.00 | 480.00 | 0.00 | 3,000.00 |
| 4 | RADCHENKO VIKTOR | 3d Officer | 30 | 885.00 | | 1,107.00 | 0.00 | 0.00 | 0.00 | | 487.00 | 471.00 | 50.00 | 3,000.00 |
| 5 | KONYUSHOV OLEKSANDR | Chief Engineer | 30 | 2,550.00 | | 3,188.00 | 0.00 | 0.00 | 0.00 | | 1,403.00 | 1,359.00 | 0.00 | 8,500.00 |
| 6 | FROLOV SERGIY | 2nd Engineer | 30 | 1,973.00 | | 2,467.00 | 0.00 | 0.00 | 0.00 | | 1,086.00 | 1,049.00 | 0.00 | 6,575.00 |
| 7 | KUZNIETSOV OLEKSANDR | 3d Engineer | 30 | 900.00 | | 1,125.00 | 0.00 | 0.00 | 0.00 | | 495.00 | 480.00 | 0.00 | 3,000.00 |
| 8 | SHCHERBINA DMYTRO | 4th Engineer | 30 | 750.00 | | 938.00 | 0.00 | 0.00 | 0.00 | | 413.00 | 399.00 | 0.00 | 2,500.00 |
| 9 | BULGAKOV ANDRIY | EL. ENG | 30 | 1,380.00 | | 1,725.00 | 0.00 | 0.00 | 0.00 | | 759.00 | 736.00 | 0.00 | 4,600.00 |
| 10 | MAYSTRENKO O. | Bosun | 30 | 465.00 | | 582.00 | 0.00 | 0.00 | 0.00 | | 256.00 | 247.00 | 0.00 | 1,550.00 |
| 11 | FILIPEOV OLEKSII | ABS | 30 | 279.00 | | 349.00 | 0.00 | 0.00 | 0.00 | | 154.00 | 148.00 | 0.00 | 930.00 |
| 12 | BUZAZIY VITALII | ABS | 30 | 255.00 | | 319.00 | 0.00 | 0.00 | 0.00 | | 141.00 | 135.00 | 0.00 | 850.00 |
| 13 | DIIAZHEV OLEKSANDR | ABS | 30 | 255.00 | | 319.00 | 0.00 | 0.00 | 0.00 | | 141.00 | 135.00 | 0.00 | 850.00 |
| 14 | THEELTUN MIN | OS | 30 | 250.00 | | 125.00 | 0.00 | 0.00 | 0.00 | | 25.00 | 190.00 | 0.00 | 590.00 |
| 15 | | OS | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 | TKACHENKO OLEKSII | Motorman | 30 | 267.00 | | 334.00 | 0.00 | 0.00 | 0.00 | | 147.00 | 142.00 | 0.00 | 890.00 |
| 17 | PETRUKHIN YURIY | Motorman | 30 | 267.00 | | 334.00 | 0.00 | 0.00 | 0.00 | | 147.00 | 142.00 | 0.00 | 890.00 |
| 18 | ZHDANOV VASIL | Motorman | 30 | 267.00 | | 334.00 | 0.00 | 0.00 | 0.00 | | 147.00 | 142.00 | 0.00 | 890.00 |
| 19 | SIDLIIK MAKSIM | Wiper | 30 | 165.00 | | 207.00 | 0.00 | 0.00 | 0.00 | | 91.00 | 87.00 | 0.00 | 550.00 |
| 20 | SOSHYN OLEG | CCK | 30 | 450.00 | | 563.00 | 0.00 | 0.00 | 0.00 | | 248.00 | 239.00 | 50.00 | 1,550.00 |
| 21 | BAZDYRIEV ILLIA | MBOY | | 195.00 | | 244.00 | 0.00 | 0.00 | 0.00 | | 108.00 | 103.00 | 0.00 | 650.00 |
| 22 | KUSHMAENKO OLEG | Deck Fitter | 30 | 480.00 | | 600.00 | 0.00 | 0.00 | 0.00 | | 264.00 | 256.00 | 0.00 | 1,600.00 |
| 23 | DUMBRAVA SERGIY | Engine Fitter | 30 | 465.00 | | 582.00 | 0.00 | 0.00 | 0.00 | | 256.00 | 247.00 | 0.00 | 1,550.00 |
| 24 | YARMOLENKO VIKTOR | Deck Cadet | 30 | 75.00 | | 94.00 | 0.00 | 0.00 | 0.00 | | 42.00 | 39.00 | 0.00 | 250.00 |
| | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | **TOTAL** | | | 17,958.00 | | 22,268.00 | 0.00 | 0.00 | 0.00 | | 9,773.00 | 9,616.00 | 100.00 | 59,715.00 |

**NOTE:**

| OVER TIME RATING | DECK | |
|---|---|---|
| | ENGINE | |
| | CATERING | |

| | RANK | NAME | AMOUNT | EXPLANATIONS |
|---|---|---|---|---|
| REMARKS | 3RD OFF | RADCHENKO VIKTOR | 50.00 | BONDED |
| | COOK | SOSHYN OLEG | 50.00 | PROVISIONS |
| | | | | |
| | | | | |

FREIGHT BULK PTE
IMO No: 9008160
M/V CAPE VIEWER

Master _____ / K. Yarmolenko /

Tech Project

Vessel: **CAPE VIEWER**
OWNERS: Sea Traffic Shipping Co.

| NAME | RANK | ***Leave pay | Allotment | SIGN.PAYM. | CASH ADV 1 | CASH ADV 2 | Shipchar | Talson | Other | TOTAL DEDUCTIONS | BALANCE | PREVIOUS BALANCE | ****Leave pay for off.signers | FINAL BALANCE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | Master | 1,403.00 | 6,900.00 | | | | 192.99 | 52.00 | | 8,547.99 | 47.99 | 51.40 | 0.00 | 3.41 | |
| [redacted] | Chief officer | 1,065.00 | 5,300.00 | | | | 43.36 | | | 6,408.36 | 41.64 | 27.00 | 0.00 | 68.64 | |
| [redacted] | 2nd Officer | 495.00 | 2,400.00 | | | | 113.77 | 26.00 | | 3,034.77 | -34.77 | 44.85 | 0.00 | 10.08 | |
| [redacted] | 3d Officer | 487.00 | 2,400.00 | | | | 59.95 | 52.00 | | 2,998.95 | 1.05 | 69.11 | 0.00 | 70.16 | |
| [redacted] | Chief Engineer | 1,403.00 | 7,100.00 | | | | | | | 8,503.00 | -3.00 | 98.47 | 0.00 | 95.47 | |
| [redacted] | 2nd Engineer | 1,086.00 | 5,400.00 | | | | 79.77 | | | 6,565.77 | 4.23 | 30.38 | 0.00 | 34.61 | |
| [redacted] | 3d Engineer | 495.00 | 2,500.00 | | | | 31.94 | 26.00 | | 3,052.94 | -52.94 | 82.80 | 0.00 | 29.86 | |
| [redacted] | 4th Engineer | 413.00 | 2,100.00 | | | | 29.40 | | | 2,542.40 | -42.40 | 75.54 | 0.00 | 33.14 | |
| [redacted] | EL. ENG | 750.00 | 3,600.00 | | | | 189.93 | | | 4,548.93 | 51.07 | 7.83 | 0.00 | 58.40 | |
| [redacted] | Bosun | 256.00 | 1,300.00 | | | | 29.16 | 26.00 | | 1,611.16 | -61.16 | 85.97 | 0.00 | 24.81 | |
| [redacted] | ABS | 154.00 | 800.00 | | | | 50.04 | 26.00 | | 1,004.04 | -74.04 | 81.69 | 0.00 | 7.65 | |
| [redacted] | ABS | 141.00 | 700.00 | | | | 42.69 | 20.00 | | 903.69 | -53.69 | 69.87 | 0.00 | 16.18 | |
| [redacted] | ABS | 141.00 | 600.00 | | 100.00 | | 69.52 | | | 910.52 | -60.52 | 95.68 | 0.00 | 35.16 | |
| [redacted] | OS | 25.00 | 600.00 | | | | 16.19 | 26.00 | | 667.19 | -77.19 | 77.41 | 0.00 | 0.22 | |
| [redacted] | OS | 0.00 | 600.00 | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| [redacted] | Motorman | 147.00 | 600.00 | | | | 128.55 | 10.00 | | 885.55 | 4.45 | 67.10 | 0.00 | 71.55 | |
| [redacted] | Motorman | 147.00 | 700.00 | | | | 35.95 | | | 882.95 | 7.05 | 80.29 | 0.00 | 87.34 | |
| [redacted] | Motorman | 147.00 | 600.00 | | | | 119.92 | 10.00 | | 866.92 | 23.08 | 20.97 | 0.00 | 44.05 | |
| [redacted] | Wiper | 91.00 | 400.00 | | | | 52.56 | | | 553.56 | -3.56 | 74.03 | 0.00 | 70.47 | |
| [redacted] | CCK | 248.00 | 1,100.00 | | | | 79.21 | 26.00 | | 1,453.21 | 96.79 | 2.91 | 0.00 | 99.70 | |
| [redacted] | MBOY | 108.00 | 600.00 | | | | 4.73 | | | 712.73 | -62.73 | 90.50 | 0.00 | 27.77 | |
| [redacted] | Deck Fitter | 264.00 | 1,200.00 | | | | 88.61 | | | 1,552.61 | 47.39 | 49.76 | 0.00 | 97.15 | |
| [redacted] | Engine Fitter | 256.00 | 1,300.00 | | | | 59.62 | | | 1,615.62 | -65.62 | 90.90 | 0.00 | 25.38 | |
| [redacted] | Deck Cadet | 42.00 | | | 200.00 | | | | | 242.00 | 8.52 | 41.55 | 0.00 | 50.55 | |
| | | 0.00 | | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | 0.00 | | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | 0.00 | | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | 0.00 | | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **TOTAL** | | 9,773.00 | 48,300.00 | 0.00 | 300.00 | 0.00 | 1,517.86 | 27?.00 | 0.00 | 60,064.86 | -349.86 | 1,406.01 | 0.00 | 1,056.15 | |

NOTE:
*** Leave pay is payable at the end of the contract.
**** Leave pay only for off-signers.

| | RANK | NAME | AMOUNT | EXPLANATIONS |
|---|---|---|---|---|
| REMARKS | | | | |

| | |
|---|---|
| DECK | |
| ENGINE | |
| CATERING | |

Master

Tech Project

(Stamp: FREIGHT BULK F... CAPE VIEWER — IMO No 9004363)

**From:** 01.01.2014 **To:** 31.01.2014

**Vessel:** CAPE VIEWER **Currency:** USD

**OWNERS:** Sea Traffic Shipping Co.

# MONTHLY PORTAGE BILL

| No. | NAME | RANK | BASIC Pay DAYS | BASIC Pay AMOUNT | OVERTIME HOUR | OVERTIME AMOUNT | FIDELITY BONUS | ALLOWANCE | Travelling | LEAVE DAYS | LEAVE AMOUNT | BONUS | Bonus & Extras | TOTAL EARNINGS | |
|-----|------|------|------|--------|------|--------|------|------|------|------|--------|------|------|--------|---|
| 1 | YARMOLENKO K. | Master | 30 | 2 550,00 | | 3 188,00 | 0,00 | 0,00 | 0,00 | | 1 403,00 | 1 359,00 | 0,00 | 8 500,00 | |
| 2 | SOLOVYOV GENNADIY | Chief officer | 30 | 1 935,00 | | 2 419,00 | 0,00 | 0,00 | 0,00 | | 1 065,00 | 1 031,00 | 100,00 | 6 550,00 | +500 |
| 3 | MOKRYAK KOSTYANTYN | 2nd Officer | 30 | 900,00 | | 1 125,00 | 0,00 | 0,00 | 0,00 | | 495,00 | 480,00 | 0,00 | 3 000,00 | |
| 4 | RADCHENKO VIKTOR | 3d Officer | 30 | 885,00 | | 1 107,00 | 0,00 | 0,00 | 0,00 | | 487,00 | 471,00 | 50,00 | 3 000,00 | |
| 5 | KONYUKHOV OLEKSANDR | Chief Engineer | 30 | 2 550,00 | | 3 188,00 | 0,00 | 0,00 | 0,00 | | 1 403,00 | 1 359,00 | 0,00 | 8 500,00 | |
| 6 | FROLOV SERGIY | 2nd Engineer | 30 | 1 973,00 | | 2 467,00 | 0,00 | 0,00 | 0,00 | | 1 086,00 | 1 049,00 | 0,00 | 6 575,00 | |
| 7 | KUZNIETSOV OLEKSANDR | 3d Engineer | 30 | 900,00 | | 1 125,00 | 0,00 | 0,00 | 0,00 | | 495,00 | 480,00 | 0,00 | 3 000,00 | |
| 8 | SHCHERBINA DMYTRO | 4th Engineer | 30 | 750,00 | | 938,00 | 0,00 | 0,00 | 0,00 | | 413,00 | 399,00 | 0,00 | 2 500,00 | |
| 9 | BULGAKOV ANDRIY | EL. ENG | 30 | 1 380,00 | | 1 725,00 | 0,00 | 0,00 | 0,00 | | 759,00 | 736,00 | 0,00 | 4 600,00 | |
| 10 | MAYSTRENKO O. | Bosun | 30 | 465,00 | | 582,00 | 0,00 | 0,00 | 0,00 | | 256,00 | 247,00 | 390,00 | 1 940,00 | |
| 11 | FILIPPOV OLEKSII | ABS | 30 | 279,00 | | 349,00 | 0,00 | 0,00 | 0,00 | | 154,00 | 148,00 | 390,00 | 1 320,00 | |
| 12 | BUZAZHY VITALII | ABS | 30 | 255,00 | | 319,00 | 0,00 | 0,00 | 0,00 | | 141,00 | 135,00 | 390,00 | 1 240,00 | |
| 13 | DIIAZHEV OLEKSANDR | ABS | 30 | 255,00 | | 319,00 | 0,00 | 0,00 | 0,00 | | 141,00 | 135,00 | 390,00 | 1 240,00 | |
| 14 | THET TUN MIN | OS | 30 | 250,00 | | 125,00 | 0,00 | 0,00 | 0,00 | | 25,00 | 190,00 | 390,00 | 980,00 | |
| 15 | | OS | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | |
| 16 | TKACHENKO OLEKSII | Motorman | 30 | 267,00 | | 334,00 | 0,00 | 0,00 | 0,00 | | 147,00 | 142,00 | 0,00 | 890,00 | |
| 17 | PETRUKHIN YURIY | Motorman | 30 | 267,00 | | 334,00 | 0,00 | 0,00 | 0,00 | | 147,00 | 142,00 | 0,00 | 890,00 | |
| 18 | ZHDANOV VASIL | Motorman | 30 | 267,00 | | 334,00 | 0,00 | 0,00 | 0,00 | | 147,00 | 142,00 | 0,00 | 890,00 | |
| 19 | SIDILIEV MAKSYM | Wiper | 30 | 165,00 | | 207,00 | 0,00 | 0,00 | 0,00 | | 91,00 | 87,00 | 0,00 | 550,00 | |
| 20 | SOSHYN OLEG | CCK | 30 | 450,00 | | 563,00 | 0,00 | 0,00 | 0,00 | | 248,00 | 239,00 | 50,00 | 1 550,00 | |
| 21 | BAZDYRIEV ILLIA | MBOY | 30 | 195,00 | | 244,00 | 0,00 | 0,00 | 0,00 | | 108,00 | 103,00 | 0,00 | 650,00 | |
| 22 | KUSHMAUNZE OLEG | Deck Fitter | 30 | 480,00 | | 600,00 | 0,00 | 0,00 | 0,00 | | 264,00 | 256,00 | 60,00 | 1 660,00 | |
| 23 | DUMBRAVA SERGIY | Engine Fitter | 30 | 465,00 | | 582,00 | 0,00 | 0,00 | 0,00 | | 256,00 | 247,00 | 0,00 | 1 550,00 | |
| 24 | YARMOLENKO VIKTOR | Deck Cadet | 30 | 75,00 | | 94,00 | 0,00 | 0,00 | 0,00 | | 42,00 | 39,00 | 390,00 | 640,00 | |
| 25 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | |
| 26 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | |
| 27 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | |
| 28 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | |
| 29 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | |
| 30 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | |
| 31 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | |
| 32 | | | | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | | 0,00 | 0,00 | 0,00 | 0,00 | |
| TOTAL | | | | 17 958,00 | | 22 268,00 | 0,00 | 0,00 | 0,00 | | 9 773,00 | 9 616,00 | 2 600,00 | 62 215,00 | +500 = 62715 |

**NOTE:**

| | | |
|---|---|---|
| OVER TIME | DECK | |
| RATING | ENGINE | |
| | CATERING | |

| RANK | NAME | AMOUNT | EXPLANATIONS |
|------|------|--------|--------------|
| 3RD OFF. | RADCHENKO VIKTOR | 50,00 | BONDED |
| REMARKS COOK | SOSHYN OLEG | 50,00 | PROVISIONS |
| DECK CREW | AS PER ATTACHED LIST | 2 500,00 | HARGO HOLDS PREPARATION |

Master _____ / K. Yarmolenko /

Tech Project

**Vessel:** CAPE VIEWER
**OWNERS:** Sea Traffic Shipping Co.

| NAME | RANK | ****Leave pay | Allotment | SING.PAYM. | CASH ADV.1 | CASH ADV.2 | Slopchest | Telecom | Other | TOTAL DEDUCTIONS | BALANCE | PREVIOUS BALANCE | ****Leave pay for off-signers | FINAL BALLANCE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YARMOLENKO K. | Master | 1 403,00 | 6 800,00 | | | | 175,68 | 78,00 | | 8 456,68 | 43,32 | 3,41 | 0,00 | 46,73 | |
| SOLOVYOV GENNADIY | Chief officer | 1 065,00 | 5 500,00 | +500 | | | | | | 6 565,00 | -15,00 | 68,64 | 0,00 | 53,64 | |
| MOKRYAK KOSTYANTYN | 2nd Officer | 495,00 | 2 300,00 | | | | 55,38 | 124,00 | | 2 974,38 | 25,62 | 10,08 | 0,00 | 35,70 | |
| RADCHENKO VIKTOR | 3d Officer | 487,00 | 2 500,00 | | | | 56,90 | 26,00 | | 3 069,90 | -69,90 | 70,16 | 0,00 | 0,26 | |
| KONYUKHOV OLEKSANDR | Chief Engineer | 1 403,00 | 7 100,00 | | | | | 10,00 | | 8 513,00 | -13,00 | 95,47 | 0,00 | 82,47 | |
| FROLOV SERGIY | 2nd Engineer | 1 086,00 | 5 500,00 | | | | 9,03 | | | 6 595,03 | -20,03 | 39,61 | 0,00 | 19,58 | |
| KUZNIETSOV OLEKSANDR | 3d Engineer | 495,00 | 2 400,00 | | | | 50,66 | | | 2 945,66 | 54,34 | 29,86 | 0,00 | 84,20 | |
| SHCHERBINA DMYTRO | 4th Engineer | 413,00 | 2 100,00 | | | | 9,03 | | | 2 522,03 | -22,03 | 33,14 | 0,00 | 11,11 | |
| BULGAKOV ANDRIY | EL. ENG | 759,00 | 3 700,00 | | | | 108,18 | 26,00 | | 4 593,18 | 6,82 | 58,90 | 0,00 | 65,72 | |
| MAYSTRENKO O. | Bosun | 256,00 | 1 700,00 | | | | | | | 1 956,00 | -16,00 | 24,81 | 0,00 | 8,81 | |
| FILIPPOV OLEKSII | ABS | 154,00 | 1 100,00 | | | | 9,03 | 10,00 | | 1 273,03 | 46,97 | 7,65 | 0,00 | 54,62 | |
| BUZAZHY VITALII | ABS | 141,00 | 1 100,00 | | | | | 10,00 | | 1 251,00 | -11,00 | 16,18 | 0,00 | 5,18 | |
| DHAZHEV OLEKSANDR | ABS | 141,00 | 1 000,00 | | | | 79,00 | | | 1 220,00 | 20,00 | 35,16 | 0,00 | 55,16 | |
| HTET TUN MIN | OS | 25,00 | 900,00 | | | | 30,25 | 10,00 | | 965,25 | 14,75 | 0,22 | 0,00 | 14,97 | |
| | OS | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| TKACHENKO OLEKSII | Motorman | 147,00 | 700,00 | | | | 36,10 | | | 883,10 | 6,90 | 71,55 | 0,00 | 78,45 | |
| PETRUKHIN YURIY | Motorman | 147,00 | 800,00 | | | | | | | 947,00 | -57,00 | 87,34 | 0,00 | 30,34 | |
| ZHDANOV VASIL | Motorman | 147,00 | 700,00 | | | | 86,33 | | | 933,33 | -43,33 | 44,05 | 0,00 | 0,72 | |
| SIDDIEV MAKSYM | Wiper | 91,00 | 500,00 | | | | | | | 591,00 | -41,00 | 70,47 | 0,00 | 29,47 | |
| SOSHYN OLEG | CCK | 248,00 | 1 200,00 | | | | 112,38 | | | 1 560,38 | -10,38 | 99,70 | 0,00 | 89,32 | |
| BADYRIEV ILLIA | MBOY | 108,00 | 500,00 | | | | | | | 608,00 | 42,00 | 27,77 | 0,00 | 69,77 | |
| KUSHMAUNZE OLEG | Deck Fitter | 264,00 | 1 400,00 | | | | 56,34 | | | 1 720,34 | -60,34 | 97,15 | 0,00 | 36,81 | |
| DUMBRAVA SERGIY | Engine Fitter | 256,00 | 1 300,00 | | | | | | | 1 556,00 | -6,00 | 25,28 | 0,00 | 19,28 | |
| YARMOLENKO VIKTOR | Deck Cadet | 42,00 | 600,00 | | | | | | | 642,00 | -2,00 | 39,55 | 0,00 | 37,55 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| | | 0,00 | | | | | | | | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | |
| TOTAL | | 9 773,00 | 51400,00 | 0,00 | 0,00 | 0,00 | 874,29 | 294,00 | 0,00 | 62341,29 | -126,29 | 1 056,15 | 0,00 | 929,86 | |

**NOTE:** ***Leave pay is payable at the end of the contract.
**** Leave pay only for off-signers

+500

51900

| | DECK | |
|---|---|---|
| | ENGINE | |
| | CATERING | |

| | RANK | NAME | AMOUNT | EXPLANATIONS |
|---|---|---|---|---|
| REMARKS: | | | | |
| | | | | |
| | | | | |
| | | | | |

Master _____

Tech Project