## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| FLAME S.A., | |
| Plaintiff, | |
| GLORY WEALTH SHIPPING PTE LTD., | |
| Consolidated Plaintiff, | Civil Action Nos. |
| v. | 2:13-cv-00658-RGD-LRL |
| | 2:13-cv-00704-RGD-LRL |
| INDUSTRIAL CARRIERS, INC., VISTA SHIPPING, INC., and FREIGHT BULK PTE. LTD., and VIKTOR BARANSKIY, | |
| Defendants. | |

## MOTION FOR SANCTIONS AND PARTIAL RECONSIDERATION
## OF THE COURT'S APRIL 30, 2014 ORDER

Plaintiff Flame S.A. ("Flame"), by and through its undersigned counsel, respectfully moves for sanctions against defendant Freight Bulk Pte. Ltd. ("FBP") under Rule 37(b) for violation of the Court's Order of April 30, 2014, D.E. #210, as detailed in the accompanying Memorandum in Support.  Also, pursuant to Rule 54(b) Flame respectfully requests that the Court reconsider and broaden that part of the Order outlining the scope of permissible discovery, for the reasons contained in the Memorandum.

Dated:  July 16, 2014

**FLAME S.A.**

_____ ____ */s/ David  C.  Hartnett*_____

____

Steven  M.  Stancliff,  VSB  No.  73853
David C. Hartnett, VSB No. 80452
*Attorneys for Plaintiff Flame S.A.*
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, VA 23510
Tel:  (757) 623-3000
Fax: (757) 623-5735
sstancliff@cwm-law.com
dhartnett@cwm-law.com

- and -

William R. Bennett, III, Esquire
Lauren B. Wilgus, Esquire
Nicholas R. Tambone, Esquire
*Attorneys for Plaintiff Flame S.A.*
*Admitted Pro Hac Vice*
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
Tel:  (212) 885-5000
Fax: (212) 885-5001
WBennett@BlankRome.com
LWilgus@BlankRome.com
NTambone@BlankRome.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2014, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such electronic filing to the following counsel of record:

Patrick M. Brogan
DAVEY & BROGAN, P.C.
101 Granby Street, Suite 300
Norfolk, Virginia 23510
Tel: (757) 622-0100
Fax: (757) 622-4924
Email: pbrogan@daveybroganpc.com
*Attorney for Defendant Freight Bulk PTE, LTD.*

Mark T. Coberly
Dustin M. Paul
VANDEVENTER BLACK LLP
101 W. Main Street
500 World Trade Center
Norfolk, VA 23510
Tel: (757) 446-8600
Fax: (757) 446-8670
Email: mcoberly@vanblk.com
        dpaul@vanblk.com
*Attorneys for Vitol, S.A.*

Sergei Kachura (pro hac vice)
Law Office of Sergei Kachura
311 N. Center Ave.
Brownwood, TX 76801
Tel:  (301) 358-5196
Fax: (325) 646-3628
Email: svkachura@yahoo.com
*Attorney for Defendant Freight Bulk PTE, LTD.*

James H. Power (pro hac vice)
Michelle Hess (VSB No. 71080)
HOLLAND & KNIGHT, LLP
31 West 52nd Street,
New York, NY 10019
Tel: (212)513-3200
Fax: (212)385-9010
Email: James.power@hklaw.com
        michelle.hess@hklaw.com
*Attorneys for Consolidated Plaintiff Glory Wealth Shipping Pte Ltd.*

David H. Sump
Leonard Fleisig
WILCOX SAVAGE, P.C.
440 Monticello Ave; Suite 2200
Norfolk, VA 23510
Email: dsump@wilsav.com
        lfleisig@wilsav.com
*Attorneys for Noble Chartering, Inc.*

Paul Myung Han Kim
John Joseph Reilly
SQUIRES SANDERS (US), LLP
30 Rockefeller Plaza; 23rd Floor
New York, NY 10112
Tel: (212) 872-9841
Fax: (212) 872-9815
Email: paul.kim@squiresanders.com
        John.reilly@squiresanders.com
*Attorneys for Noble Chartering, Inc.*

Michael E. Unger (pro hac vice)
Freehill, Hogan & Mahar LLP
80 Pine Street, New York, NY 10005
Tel: (212) 425-1900
Fax: (212) 425-1900
Email: unger@freehill.com
*Attorney for Vitol, S.A.*

_____/s/ David C. Hartnett_____
Steven M. Stancliff, VSB No. 73853
David C. Hartnett, VSB No. 80452
*Attorneys for Plaintiff Flame S.A.*
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, VA 23510
Tel:  (757) 623-3000
Fax: (757) 623-5735
sstancliff@cwm-law.com
dhartnett@cwm-law.com