**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| FLAME S.A., <br><br>                Plaintiff, <br><br>GLORY WEALTH SHIPPING PTE LTD., <br><br>                Consolidated Plaintiff, <br><br>            v. <br><br>INDUSTRIAL CARRIERS, INC., <br>VISTA SHIPPING, INC., and <br>FREIGHT BULK PTE. LTD., and <br>VIKTOR BARANSKIY, <br><br>                Defendants. | Civil Action Nos. <br>2:13-cv-00658-RGD-LRL <br>2:13-cv-00704-RGD-LRL |

## NOTICE

During the June 3, 2014 hearing, the Court advised that it might consider ruling on Plaintiff FLAME S.A.'s Expedited Second Motion for Interlocutory Sale of the M/V CAPE VIEWER (the "Motion"), D.E. #206, after the Fourth Circuit decided the issue of subject-matter jurisdiction. *See* D.E. #279 at 33 ("I may consider this motion that's been made concerning early sale, but I'm not going to do anything before the Fourth Circuit acts."). On August 5, 2014, the Fourth Circuit issued its opinion, D.E. #363, affirming this Court's ruling in D.E. #57.

In accordance with Federal Rule of Civil Procedure 78 and Local Rule 7, Flame hereby submits the Motion for determination on briefs, without a request for an oral hearing unless the Court determines that a hearing would assist the Court in its determination of the matter.

Dated:  August 7, 2014                                         **FLAME S.A.**

*/s/ David C. Hartnett*
Steven M. Stancliff, VSB No. 73853
David C. Hartnett, VSB No. 80452
*Attorneys for Plaintiff Flame S.A.*
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, VA 23510
Tel:  (757) 623-3000
Fax: (757) 623-5735
sstancliff@cwm-law.com
dhartnett@cwm-law.com

- and -

William R. Bennett, III, Esquire
Lauren B. Wilgus, Esquire
Nicholas R. Tambone, Esquire
*Attorneys for Plaintiff Flame S.A.*
*Admitted Pro Hac Vice*
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
Tel:  (212) 885-5000
Fax: (212) 885-5001
WBennett@BlankRome.com
LWilgus@BlankRome.com
NTambone@BlankRome.com

# **CERTIFICATE OF SERVICE**

   I hereby certify that on this 7th day of August, 2014, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such electronic filing to the following counsel of record:

| | |
|---|---|
| Patrick M. Brogan<br>DAVEY & BROGAN, P.C.<br>101 Granby Street, Suite 300<br>Norfolk, Virginia 23510<br>Tel: (757) 622-0100<br>Fax: (757) 622-4924<br>Email: pbrogan@daveybroganpc.com<br>*Attorney for Defendant Freight Bulk PTE, LTD.* | Mark T. Coberly<br>Dustin M. Paul<br>VANDEVENTER BLACK LLP<br>101 W. Main Street<br>500 World Trade Center<br>Norfolk, VA 23510<br>Tel: (757) 446-8600<br>Fax: (757) 446-8670<br>Email: mcoberly@vanblk.com<br>   dpaul@vanblk.com<br>*Attorneys for Vitol, S.A.* |
| Sergei Kachura (pro hac vice)<br>Law Office of Sergei Kachura<br>311 N. Center Ave.<br>Brownwood, TX 76801<br>Tel:  (301) 358-5196<br>Fax: (325) 646-3628<br>Email: svkachura@yahoo.com<br>*Attorney for Defendant Freight Bulk PTE, LTD.* | James H. Power (pro hac vice)<br>Michelle Hess (VSB No. 71080)<br>HOLLAND & KNIGHT, LLP<br>31 West 52nd Street,<br>New York, NY 10019<br>Tel: (212)513-3200<br>Fax: (212)385-9010<br>Email: James.power@hklaw.com<br>   michelle.hess@hklaw.com<br>*Attorneys for Consolidated Plaintiff Glory Wealth Shipping Pte Ltd.* |
| David H. Sump<br>Leonard Fleisig<br>WILCOX SAVAGE, P.C.<br>440 Monticello Ave; Suite 2200<br>Norfolk, VA 23510<br>Email: dsump@wilsav.com<br>   lfleisig@wilsav.com<br>*Attorneys for Noble Chartering, Inc.* | Paul Myung Han Kim<br>John Joseph Reilly<br>SQUIRES SANDERS (US), LLP<br>30 Rockefeller Plaza; 23rd Floor<br>New York, NY 10112<br>Tel: (212) 872-9841<br>Fax: (212) 872-9815<br>Email: paul.kim@squiresanders.com<br>   John.reilly@squiresanders.com<br>*Attorneys for Noble Chartering, Inc.* |

        Michael E. Unger (pro hac vice)
        Freehill, Hogan & Mahar LLP
        80 Pine Street, New York, NY 10005
        Tel: (212) 425-1900
        Fax: (212) 425-1900
        Email: unger@freehill.com
        *Attorney for Vitol, S.A.*


        */s/ David C. Hartnett*
        Steven M. Stancliff, VSB No. 73853
        David C. Hartnett, VSB No. 80452
        *Attorneys for Plaintiff Flame S.A.*
        CRENSHAW, WARE & MARTIN, P.L.C.
        150 W. Main Street, Suite 1500
        Norfolk, VA 23510
        Tel: (757) 623-3000
        Fax: (757) 623-5735
        sstancliff@cwm-law.com
        dhartnett@cwm-law.com