# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

| | |
|---|---|
| FLAME S.A., <br><br> Plaintiff, <br><br> GLORY WEALTH SHIPPING PTE LTD., <br><br> Consolidated Plaintiff, <br><br> NOBLE CHARTERING, INC. <br><br> Intervening Plaintiff <br> v. <br><br> INDUSTRIAL CARRIERS, INC. <br> VISTA SHIPPING, INC., and <br> FREIGHT BULK PTE. LTD., <br><br> Defendants. | Civil Action No: 2:13-cv-658 <br>         2:13-cv-704 |

### FREIGHT BULK PTE. LTD.'s NOTICE OF LETTER TO COURT REGARDING THREE POTENTIAL ACCOUNTANTS THAT MAY ASSIST THE COURT

**PLEASE TAKE NOTICE THAT** Specially Appearing Defendant FREIGHT BULK PTE. LTD. ("FBP"), by and through undersigned counsel, pursuant to the Court's Order of June 3, 2014 has filed herewith a letter identifying three potential accountants that FBP believes may assist the Court if the Court chooses to hire one under Federal Rules of Evidence 706.

Dated: August 7, 2014           Respectfully submitted,

                 By:    /s/ Patrick M. Brogan_____
                     Mr. Patrick M. Brogan (VSB No. 25568)
                     DAVEY & BROGAN, P.C.
                     101 Granby Street, Suite 300
                     Norfolk, Virginia 23510
                     Telephone: 757.622.0100
                     Facsimile: 757.622.4924
                     Email: pbrogan@daveybroganpc.com

AND

    /s/ Sergei Kachura (pro hac vice)
LAW OFFICE OF SERGEI KACHURA
Sergei Kachura (*Pro Hac Vice*)
311 North Center Avenue
Brownwood, TX 76801
Tel: 301.358.5196
Email: svkachura@yahoo.com

*Attorneys for Specially Appearing Defendant FREIGHT BULK PTE. LTD*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2014, I caused the foregoing NOTICE to be electronically filed with the Clerk of the Court using the CM/ECF system, which in turn will provide electronic notification of and access to such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Dated: August 7, 2014

By: /s/ *Patrick M. Brogan*
Patrick M. Brogan, Esq. (VSB No. 25568)
**DAVEY & BROGAN, P.C.**
101 Granby Street, Suite 300
Norfolk, Virginia 23510
Tel: (757) 622-0100
Fax: (757) 622-4924
pbrogan@daveybroganpc.com
*Counsel for Specially Appearing Defendant Freight Bulk Pte Ltd.*