<u>EXHIBIT 1</u>

Expert Witness Report by

Jean Richards of

Quantum Shipping Services, Ltd.

July 29, 2014

(Under Seal)