IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| FLAME S.A., | : |
| Plaintiff, | : |
| GLORY WEALTH SHIPPING PTE. LTD., | : |
| Consolidated Plaintiff, | : |
| v. | : CIVIL ACTION NO. 2:13-cv-658 |
| INDUSTRIAL CARRIERS, INC., et al., | : |
| Defendants. | : |

## ORDER

This matter is now before the Court on Flame's motion for leave to serve an additional subpoena after the discovery deadline, ECF No. 351. Flame wants to subpoena the Royal Bank of Scotland after it received records from Chalos & Co. that showed its client, Industrial Carriers Inc., was using an intermediary, More Fisher Brown Solicitors, a British law firm, and an account maintained at the Royal Bank of Scotland. *Id.* FBP "would welcome Court's ruling allowing Flame to issue such subpoena . . . [but] only asks that the Court also allow FBP to issue a subpoena to OW Bunker's US office, requesting documentation related to USD 39 million in payments made by ICI to an 'undisclosed recipient at Nordea Bank in Denmark." ECF No. 374. Flame did not file a reply, and the time to do so expired. The Court can extend deadlines for "good cause." Fed. R. Civ. P. 16(b)(4). However, "[d]istrict courts enjoy nearly unfettered discretion to control the timing and scope of discovery . . . ." *Hinkle v. City of Clarksburg, W. Va.*, 81 F.3d 416, 426 (4th Cir. 1996). Trial is set to commence on August 26, 2014, only eleven

days away. Discovery closed fifteen days before the motion was filed, and ten days before Chalos & Co. produced records that led to this request. The Court already emphasized that no additional extensions would be authorized. Therefore, the motion for leave to serve an additional subpoena, ECF No. 351, is **DENIED**, as is FBP's request in its response to the motion.

It is so **ORDERED**.

/s/
Lawrence R. Leonard
United States Magistrate Judge

Norfolk, Virginia
August 15, 2014