**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| FLAME S.A., <br><br> Plaintiff, <br><br> GLORY WEALTH SHIPPING PTE LTD., <br><br> Consolidated Plaintiff, <br><br> v. <br><br> INDUSTRIAL CARRIERS, INC., VISTA SHIPPING, INC., and FREIGHT BULK PTE. LTD., and VIKTOR BARANSKIY, <br><br> Defendants. | Civil Action Nos. <br> 2:13-cv-00658-RGD-LRL <br> 2:13-cv-00704-RGD-LRL |

**PLAINTIFF FLAME S.A.'S MOTION TO CORRECT CAPTION**

Plaintiff Flame S.A. ("Flame"), by counsel, pursuant to Rule 60(a), respectfully moves to correct a clerical error in the caption of this case. In support thereof, Flame states as follows:

1. Flame joins in the Motion to Correct Caption filed by consolidated plaintiff Glory Wealth Shipping Pte Ltd. ("Glory Wealth"), D.E. #414, after recently learning that the correct legal name for defendant "Vista" is Vista Shipping Ltd.

2. Rule 60(a) provides that "[t]he court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, *or other part of the record*. The court may do so on motion or on its own, with or without notice." Fed. R. Civ. P. 60(a) (emphasis added). Rule 60(a) provides relief from clerical mistakes committed by a party. *See Matter of West Texas Mktg. Corp.*, 12 F.3d 497, 503-04 (5th Cir. 1994) ("A mistake

correctable under Rule 60(a) need not be committed by the clerk or the court and Rule 60(a) is even available to correct mistakes by the parties.").

WHEREFORE, Flame respectfully moves to correct the misnomer and requests entry of the proposed Order attached to Glory Wealth's Motion to Correct Caption. D.E. #414-3. Because the two cases have been consolidated, entry of the proposed Order will correct the caption of both cases.

Dated: August 22, 2014  **FLAME S.A.**

    */s/ David C. Hartnett*
Steven M. Stancliff, VSB No. 73853
David C. Hartnett, VSB No. 80452
*Attorneys for Plaintiff Flame S.A.*
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, VA 23510
Tel: (757) 623-3000
Fax: (757) 623-5735
sstancliff@cwm-law.com
dhartnett@cwm-law.com

- and -

William R. Bennett, III, Esquire
Lauren B. Wilgus, Esquire
Nicholas R. Tambone, Esquire
*Attorneys for Plaintiff Flame S.A.*
*Admitted Pro Hac Vice*
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 885-5000
Fax: (212) 885-5001
WBennett@BlankRome.com
LWilgus@BlankRome.com
NTambone@BlankRome.com

**CERTIFICATE OF SERVICE**

        I hereby certify that on this 22nd day of August, 2014, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such electronic filing to the following counsel of record:

Patrick M. Brogan
Bryan K. Meals
DAVEY & BROGAN, P.C.
101 Granby Street, Suite 300
Norfolk, Virginia 23510
Tel: (757) 622-0100
Fax: (757) 622-4924
Email: pbrogan@daveybroganpc.com
       bmeals@daveybroganpc.com
*Attorneys for Defendant Freight Bulk PTE, LTD.*

Sergei Kachura (pro hac vice)
LAW OFFICE OF SERGEI KACHURA
311 N. Center Ave.
Brownwood, TX 76801
Tel: (301) 358-5196
Fax: (325) 646-3628
Email: svkachura@yahoo.com
*Attorney for Defendant Freight Bulk PTE, LTD.*

Leonard Fleisig
David H. Sump
WILCOX SAVAGE, P.C.
440 Monticello Ave; Suite 2200
Norfolk, VA 23510
Email: dsump@wilsav.com
       lfleisig@wilsav.com
*Attorneys for Noble Chartering, Inc.*

Paul Myung Han Kim
John Joseph Reilly
SQUIRES SANDERS (US), LLP
30 Rockefeller Plaza; 23rd Floor
New York, NY 10112
Tel: (212) 872-9841
Fax: (212) 872-9815
Email: paul.kim@squiresanders.com
       John.reilly@squiresanders.com
*Attorneys for Noble Chartering, Inc.*

Mark T. Coberly
Dustin M. Paul
VANDEVENTER BLACK LLP
101 W. Main Street
500 World Trade Center
Norfolk, VA 23510
Tel: (757) 446-8600
Fax: (757) 446-8670
Email: mcoberly@vanblk.com
       dpaul@vanblk.com
*Attorneys for Vitol, S.A.*

James H. Power (pro hac vice)
Robert T. Hicks
HOLLAND & KNIGHT, LLP
31 West 52nd Street,
New York, NY 10019
Tel: (212)513-3200
Fax: (212)385-9010
Email: James.power@hklaw.com
       Robert.hicks@hklaw.com
*Attorneys for Consolidated Plaintiff Glory Wealth Shipping Pte Ltd.*

Michael E. Unger (pro hac vice)
FREEHILL, HOGAN & MAHAR LLP
80 Pine Street, New York, NY 10005
Tel: (212) 425-1900
Fax: (212) 425-1900
Email: unger@freehill.com
*Attorney for Vitol, S.A.*

          */s/ David C. Hartnett*
Steven M. Stancliff, VSB No. 73853
David C. Hartnett, VSB No. 80452
*Attorneys for Plaintiff Flame S.A.*
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, VA 23510
Tel: (757) 623-3000
Fax: (757) 623-5735
sstancliff@cwm-law.com
dhartnett@cwm-law.com