# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
  Norfolk   DIVISION

## Monday, August 26, 2014

**MINUTES OF PROCEEDINGS** IN       Open Court
**PRESENT**: THE HONORABLE       Robert G. Doumar, Senior United States District Judge
Courtroom Deputy:   Lori Baxter
Law Clerk:   Jon Gryskiewicz                                          Reporter:   Heidi Jeffreys, OCR

| Set:   10:00 a.m. | Started:   10:25 a.m. | Ended:   5:00 p.m. |
|---|---|---|

| Case No.   2:13cv658 |
|---|
| |
| FLAME S.A., Plaintiff;<br>Glory Wealth Shipping Pte. Ltd., Consolidated Plaintiff |
| v. |
| Freight Bulk PTE. LTD., et al. |
| |
| Appearances:   Steven M. Stancliff, Nicholas R. Tambone and William R. Bennett, III for FLAME S.A.   James Power and Robert T. Hicks for Glory Wealth Shipping.   Patrick M. Brogan, Bryan K. Meals, and Sergei Kachura for Freight Bulk PTE. Ltd. |
| |
| Bench trial held.   Opening statements heard.   Motion to exclude witnesses from courtroom GRANTED.   One expert to remain on each side.   Plaintiff began presentation of evidence.   Witnesses testified and exhibits admitted.   Objections argued and rulings made on the record.   Parties excused and directed to return at 10:00 a.m., Wednesday, 8/27/14. |
| |
| Lunch:   12:55-2:00 p.m. |

Total Hours:   _____