# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
  Norfolk   DIVISION

## Wednesday, August 27, 2014

**MINUTES OF PROCEEDINGS** IN      Open Court
**PRESENT**: THE HONORABLE     Robert G. Doumar, Senior United States District Judge
Courtroom Deputy:   Lori Baxter
Law Clerk:   Jon Gryskiewicz                             Reporter:   Heidi Jeffreys, OCR

| Set: 10:00 a.m. | Started: 10:00 a.m. | Ended: 6:05 p.m. |
|---|---|---|

| Case No.    2:13cv658 |
|---|
| |
| FLAME S.A., Plaintiff;<br>Glory Wealth Shipping Pte. Ltd., Consolidated Plaintiff<br><br>                v.<br><br>Freight Bulk PTE. LTD., et al. |
| |
| Appearances:    Steven M. Stancliff, Nicholas R. Tambone and William R. Bennett, III for FLAME S.A.   James Power and Robert T. Hicks for Glory Wealth Shipping.    Patrick M. Brogan, Bryan K. Meals, and Sergei Kachura for Freight Bulk PTE. Ltd.    Trading Director Alessandro Ballerini appeared as to FLAME S.A.; Representative Viktor Baranskiy appeared as to Freight Bulk PTE, Ltd. |
| |
| Bench trial held.    Plaintiff resumed presentation of evidence.    Witnesses testified and exhibits admitted.    Objections argued and rulings made on the record.    Parties excused and directed to return at 9:30 a.m., Thursday, 8/28/14. |
| |
| Lunch:    1:00-2:05 p.m. |

Total Hours: _____